IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHOLA ODEYALE,<br><br>        Plaintiff,<br><br>    v.<br><br>ARAMARK FACILITY SERVICES, INC.,<br>1101 Market Street<br>Philadelphia, PA 19107<br><br>        Defendant. | Civil Action No. _____ |

**NOTICE OF REMOVAL OF**
**DEFENDANT ARAMARK FACILITY SERVICES, INC.**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant ARAMARK Facility Services, Inc. ("ARAMARK"), by its undersigned attorneys, hereby gives notice of the removal of this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. The removal of this action is based on the following:

1. Plaintiff Shola Odeyale commenced this action by filing a Complaint in the Superior Court of the District of Columbia, styled <u>Shola Odeyale v. ARAMARK Facility Services, Inc.</u>, Civil Action No. 05-008081.

2. Copies of the Summons and Complaint in said action were served on ARAMARK on October 20, 2005. No other proceedings have been held in this action, and the Summons and Complaint constitute all processes and pleadings served upon ARAMARK in this action. A copy of the Summons and Complaint are attached hereto as Exhibit 1.

3. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed

1-WA/2482387.1

with this Court because thirty days have not expired since ARAMARK first received notice of this action.

4. ARAMARK seeks removal of this action pursuant to 28 U.S.C. § 1441(b) on the ground that the above-captioned matter is a civil action over which this Court has diversity jurisdiction under 28 U.S.C. § 1332.

    a. Plaintiff is a citizen of the District of Columbia.

    b. Although Plaintiffs' Complaint alleges that Defendant ARAMARK Facility Services, Inc. is a District of Columbia Corporation, ARAMARK Facility Services, Inc. is a corporation organized and existing under the laws of the State of Maryland, with its principal place of business in the State of Pennsylvania. Moreover, ARAMARK Facility Services, Inc. is not a proper Defendant to this action. Plaintiff's actual employer was, and thus the proper Defendant in this action is, ARAMARK Management Services Limited Partnership,[1] which is a partnership organized and existing under the laws of the State of Delaware with its principal place of business in the State of Pennsylvania.[2] Regardless of which ARAMARK entity is the proper defendant, there is complete diversity of citizenship between the parties as required by 28 U.S.C. § 1332(a)(1).

    c. Plaintiff's Complaint fails to allege an amount in controversy, and is therefore fatally defective. However, in the Complaint, Plaintiff "prays for judgment

---

[1] Plaintiff's Complaint improperly named "ARAMARK Facility Services, Inc." as Defendant. Concurrently with its Answer, ARAMARK will file a Motion for Substitution of Defendant to name "ARAMARK Management Services Limited Partnership" as Defendant.

[2] ARAMARK Management Services Limited Partnership is owned and operated by ARAMARK Services, Inc., a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of Pennsylvania, and ARAMARK SMMS, LLC, which is organized and existing under the laws of the State of Delaware, with its principal place of business in the State of Pennsylvania.

- 3 -

against Defendant for all damages available under the law, including lost wages and benefits, compensatory, liquidated, and punitive damages." Based on the relief sought, the amount in controversy exceeds $75,000, without regard to any setoff or counterclaim, and exclusive of interest and costs as required for diversity jurisdiction under 28 U.S.C. § 1332(b).

5. The United States District Court for the District of Columbia is the judicial district embracing the place where the state court action was brought and is pending, and therefore is the proper district court to which this case should be removed.

6. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being forwarded on this date to the Superior Court of the District of Columbia, Civil Division, and to Plaintiff's counsel of record.

7. The undersigned is counsel for ARAMARK and is duly authorized to effect removal on behalf of ARAMARK.

WHEREFORE, ARAMARK respectfully requests that the above referenced action be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Dated: November 18, 2005             Respectfully submitted,

*/s/ Grace E. Speights*
_____
Grace E. Speights (D.C. Bar No. 392091)
Ray E. Donahue (D.C. Bar No. 482930)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
202.739.3000
202.739.3001 (facsimile)
gspeights@morganlewis.com
rdonahue@morganlewis.com

Counsel for Defendant
ARAMARK Facility Services, Inc.

- 4 -

1-WA/2482387.1

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th Day of November, 2005, a copy of the foregoing Notice of Removal was served via first-class mail, postage prepaid, on Counsel for Plaintiffs as follows:

>Michael J. Hoare
>Cynthia A. Duffe
>MICHAEL J. HOARE, P.C.
>1101 14th St., NW, Suite 710
>Washington, D.C. 20005

                          Ray E. Donahue

1-WA/2482387.1