CO-386-online
10/03

# United States District Court
# For the District of Columbia

Shola Odeyale )
)
)
)
vs       Plaintiff )   Civil Action No._____
)
ARAMARK Facility Services, Inc. )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __ARAMARK Facility Services, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __ARAMARK Facility Services, Inc.__ which have any outstanding securities in the hands of the public:

**ARAMARK Corporation**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

482930
BAR IDENTIFICATION NO.

Ray E. Donahue
Print Name

1111 Pennsylvania Ave., N.W.
Address

Washington, D.C. 20004
City      State      Zip Code

202.739.3000
Phone Number