UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHOLA ODEYALE<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK FACILITY SERVICES, INC.,<br><br>Defendant. | Civil Action No.  1:05CV02250 RMC |

### [PROPOSED] ORDER

Upon consideration of Defendant ARAMARK's Partial Motion to Dismiss, its Memorandum of Points and Authorities in support thereof, and any opposition thereto, it is by the Court this _____ day of _____, 2005, hereby **ORDERED** that Defendant ARAMARK's Partial Motion to Dismiss be and hereby is **GRANTED**.

IT IS FURTHER ORDERED that Count 4-6 of the Complaint are dismissed with prejudice.

_____                    _____
Date                                                               Judge Rosemary M. Collyer
                                                                         United States District Judge

1-WA/2487231.1