## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHOLA ODEYALE**<br><br>**Plaintiff,**<br><br>v.<br><br>**ARAMARK FACILITY SERVICES, INC.,**<br><br>**Defendant.** | **Civil Action No.  1:05CV02250 RMC** |

## ARAMARK FACILITY SERVICES, INC.'S
## CONSENT MOTION FOR SUBSTITUTION OF DEFENDANT

Defendant ARAMARK Facility Services, Inc. hereby moves for an order, with Plaintiff's consent, that ARAMARK Management Services Limited Partnership be substituted for it as Defendant in the above-captioned matter, and that ARAMARK Facility Services, Inc. be removed as a Defendant.

Dated:  November 28, 2005

Respectfully submitted,

_____/s/_____
Grace E. Speights (D.C. Bar No. 392091)
Ray E. Donahue (D.C. Bar. No. 482930)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
202.739.3000
202.739.3001 (facsimile)

Counsel for Defendant ARAMARK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **SHOLA ODEYALE**<br><br>**Plaintiff,**<br><br>v.<br><br>**ARAMARK FACILITY SERVICES, INC.,**<br><br>**Defendant.** | **Civil Action No. 1:05CV02250 RMC** |

**ARAMARK FACILITY SERVICES, INC.'S MEMORANDUM
OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S
<u>CONSENT MOTION FOR SUBSTITUTION OF DEFENDANT</u>**

Plaintiff's Complaint incorrectly identified ARAMARK Facility Services, Inc. as a proper Defendant. ARAMARK Management Services Limited Partnership, not ARAMARK Facility Services, Inc. is the proper Defendant in this matter. Defendant ARAMARK Facility Services, Inc. therefore moves for an order that ARAMARK Management Services Limited Partnership be substituted for it as Defendant in the above-captioned matter, and that ARAMARK Facility Services, Inc. be removed as a Defendant.

Pursuant to LCvR 7.1(m), Counsel for Plaintiff consents to the relief requested in this motion.

Dated: November 28, 2005

Respectfully submitted,

_____/s/_____
Grace E. Speights (D.C. Bar No. 392091)
Ray E. Donahue (D.C. Bar. No. 482930)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
202.739.3000
202.739.3001 (facsimile)

Counsel for Defendant ARAMARK

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**SHOLA ODEYALE**

       **Plaintiff,**

       **v.**               **Civil Action No.  1:05CV02250 RMC**

**ARAMARK FACILITY SERVICES, INC.,**

       **Defendant.**

### [PROPOSED] ORDER

Upon consideration of Defendant ARAMARK's Consent Motion for Substitution of Defendant, it is by the Court this _____ day of _____, 2005, hereby **ORDERED** that Defendant ARAMARK's motion be and hereby is **GRANTED**.

IT IS FURTHER ORDERED that ARAMARK Management Services Limited Partnership be substituted as Defendant in the above-captioned matter, and that ARAMARK Facility Services, Inc. be removed as a Defendant.

_____              _____

Date                                Judge Rosemary M. Collyer
United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 28th day of November, 2005, a copy of the foregoing Consent

Motion for Substitution of Defendant was served via the electronic case filing (CM/ECF) system

and first-class mail, postage pre-paid, on Counsel for Plaintiffs as follows:

Michael J. Hoare, Esq.
Cynthia A. Duffe, Esq.
MICHAEL J. HOARE, P.C.
1101 14th St., NW, Suite 710
Washington, D.C. 20005


_____/s/_____
Ray E. Donahue