IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHOLA ODEYALE<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>Defendant. | Civil Action No.  1:05CV02250 RMC |

NOTICE OF APPEARANCE OF LEAD COUNSEL
FOR DEFENDANT ARAMARK

Please enter the appearance of the following lead counsel for Defendant ARAMARK

Management Services Limited Partnership:

    Grace E. Speights (D.C. Bar # 392091)
    Morgan, Lewis & Bockius LLP
    1111 Pennsylvania Avenue, N.W.
    Washington, D.C, 20004
    202.739.5189
    202.739.3001 (facsimile)

Date: November 30, 2005              Respectfully submitted,

                                                   /s/
                                     Grace E. Speights (D.C. Bar # 392091)
                                     Ray E. Donahue (D.C. Bar # 482930)
                                     Morgan, Lewis & Bockius LLP
                                     1111 Pennsylvania Avenue, N.W.
                                     Washington, D.C. 20004
                                     202.739.3000
                                     202.739.3001 (facsimile)

                                     Lead Attorney for Defendant ARAMARK