THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHOLA ODEYALE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:05cv02250 RMC |
| ) | |
| v. ) | |
| ) | |
| ARAMARK MANAGEMENT SERVICES ) | |
| LIMITED PARTNERSHIP, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S <u>UNCONTESTED</u> MOTION TO
EXTEND THE DEADLINE FOR FILING PLAINTIFF'S OPPOSITION TO
PARTIAL MOTION TO DISMISS OF DEFENDANT
ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP**

COMES NOW Plaintiff Shola Odeyale, by and through counsel, and moves this Court to modify the deadline of for filing his memorandum in opposition to Defendant's partial motion to dismiss and, in that regard, states as follows:

1.　On November 28, 2005, counsel for Defendant filed and served via electronic case filing Defendant's Partial Motion to Dismiss thereby causing Plaintiff's opposition thereto to be due on December 15, 2005.

2.　Due to the press of business Plaintiff's counsel is unable to timely file his opposition to Defendant's motion and therefore requests an extension of four calendar days -- until December 19, 2005 -- to prepare and file Plaintiff's memorandum in opposition to Defendant's partial motion to dismiss.

3.　Counsel for the Plaintiff has discussed with defense counsel Mr. Ray Donahue

and is authorized to represent that Defendant does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion and enter the proposed Order submitted herewith.

Respectfully submitted,

_____/s/_____
Michael J. Hoare [D.C. Bar No. 206979]
MICHAEL J. HOARE, P.C.
1101 14th Street, NW, Suite 710
Washington, DC 20005-2409
202.408.7901
202.408.7903 (Fax)
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of December 2005, a copy of the foregoing Plaintiff's Uncontested Motion to Extend the Deadline For Filing Plaintiff's Opposition To Partial Motion to Dismiss of Defendant Aramark Management Services Limited Partnership upon counsel for Defendant, was served via the electronic case filing (CM/ECF) system and by first-class mail, postage prepaid, addressed as follows:

Ms. Grace Speights
Mr. Ray Donahue
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004

_____/s/_____
Cynthia Duffe