UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHOLA ODEYALE,  )
  )
    Plaintiff,  ) Civil Action No. 1:05cv02250 RMC
  )
v.  )
  )
ARAMARK MANAGEMENT SERVICES  )
LIMITED PARTNERSHIP,  )
  )
    Defendant.  )

**ORDER**

Upon consideration of Plaintiff's Uncontested Motion to Extend the Deadline for Filing Plaintiff's Opposition to Partial Motion to Dismiss of Defendant Aramark Management Services Limited Partnership, it is this _____ day of _____, 2005

ORDERED that the motion is GRANTED.  Plaintiff shall file any opposition to Defendant's Partial Motion to Dismiss on or before December 19, 2005.

SO ORDERED.

_____
Judge