IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHOLA ODEYALE**<br><br>**Plaintiff,**<br><br>v.<br><br>**ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,**<br><br>**Defendant.** | **Civil Action No. 1:05CV02250 RMC** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Shola Odeyale and Defendant ARAMARK Management Services Limited Partnership ("ARAMARK"), through their undersigned counsel, hereby stipulate to the dismissal, with prejudice, of Plaintiff's claims for breach of contract (Count 4), assault (Count 5), and battery (Count 6), which were subject to Defendant ARAMARK's Partial Motion to Dismiss, in the above-captioned action.

This stipulation is entered into without prejudice to Plaintiff's remaining claims for race discrimination and retaliation under the District of Columbia Human Rights Act (Counts 1 &2) and for failure to pay timely wages earned upon termination under District of Columbia law (Count 3), which were not subject to Defendant's Partial Motion to Dismiss.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Grace E. Speights (D.C. Bar No. 392091) | Michael J. Hoare (D.C. Bar No. 206979) |
| Ray E. Donahue (D.C. Bar. No. 482930) | Cynthia Duffe (D.C. Bar No. 488406) |
| Morgan, Lewis & Bockius LLP | Michael J. Hoare, P.C. |
| 1111 Pennsylvania Ave., N.W. | 1101 14th St., N.W., Suite 710 |
| Washington, D.C. 20004 | Washington, D.C. 20005 |
| 202.739.3000 | 202.408.7901 |
| 202.739.3001 (facsimile) | 202.408.7903 (facsimile) |
| | |
| Counsel for Defendant ARAMARK Management Services Ltd. Partnership | Counsel for Plaintiff Shola Odeyale |
| | |
| Dated: December 19, 2005 | Dated: December 19, 2005 |