IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHOLA ODEYALE<br><br>**Plaintiff,**<br><br>v.<br><br>**ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,**<br><br>**Defendant.** | Civil Action No.  1:05CV02250 RMC |

**WITHDRAWAL OF APPEARANCE OF COUNSEL**
**FOR DEFENDANT ARAMARK**

Please withdraw the appearance of the following counsel for Defendant ARAMARK Management Services Limited Partnership:

> Ray E. Donahue (D.C. Bar # 482930)
> Morgan, Lewis & Bockius LLP
> 1111 Pennsylvania Avenue, N.W.
> Washington, D.C, 20004
> 202.739.5204

Grace E. Speights remains lead counsel of record for Defendant ARAMARK.

Date: April 17, 2006                           Respectfully submitted,

                                                     /s/
                                               Grace E. Speights (D.C. Bar # 392091)
                                               Morgan, Lewis & Bockius LLP
                                               1111 Pennsylvania Avenue, N.W.
                                               Washington, D.C. 20004
                                               202.739.3000
                                               202.739.3001 (facsimile)

                                               Lead Attorney for Defendant ARAMARK

1-WA/2554337.1