IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHOLA ODEYALE<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>Defendant. | Civil Action No.  1:05CV02250 RMC |

REPORT OF LOCAL RULE 16.3 CONFERENCE

Pursuant to the rules of this Court, counsel in the above-captioned matter submit this report regarding the issues discussed during the parties' LCvR 16.3 Conference.

**I.     STATEMENT OF THE CASE**

Plaintiff is a former employee of ARAMARK Management Services Limited Partnership ("ARAMARK"), which provides janitorial and housekeeping services for the D.C. Convention Center.  Plaintiff alleges that he experienced race discrimination and retaliation in violation of the District of Columbia Human Rights Act and that Defendant ARAMARK violated the District of Columbia Payment and Collection of Wages Act by failing to pay wages earned upon termination.  Defendant ARAMARK denies Plaintiff's allegations.

**II.    RULE 16.3 REPORT**

1. <u>Status of Dispositive Motions</u>.  Plaintiff does not believe that this action may be resolved by dispositive motion following discovery.  Defendant believes that this action may be dismissed through a Motion for Summary Judgment following discovery.

2. <u>Amended Pleadings</u>:  Parties do not at this time anticipate that it will be necessary to join third parties or amend the pleadings.

3. <u>Assignment to Magistrate Judge</u>:  The parties do not consent to assignment of a magistrate judge for trial.

4. <u>Settlement Possibility</u>:  The parties are willing to entertain the possibility of settlement.

5. <u>Alternative Dispute Procedures</u>:  The parties are willing to entertain the possibility of Alternative Dispute Resolution.

6. <u>Dispositive Motions</u>:  The parties believe that any dispositive motion should be filed on or before November 15, 2006, that any opposition to that motion should be filed on or before December 15, 2006, and that any reply should be filed on or before January 15, 2007.

7. <u>Initial Disclosures</u>:  The parties request that initial disclosures be exchanged on or before June 15, 2006.

8. <u>Discovery</u>.  The parties request four months to complete discovery.  The parties do not see any need to exceed the presumptive limits sets forth in the Federal Rules of Civil Procedure.  The parties request that discovery close on or before October 1, 2006.

9. <u>Experts</u>:  The parties do not believe that expert witnesses will be required.

10. <u>Class Action Procedures</u>:  Not applicable.

11. <u>Bifurcation of Discovery or Trial</u>:  The parties do not believe this matter should be bifurcated.

12. <u>Proposed Date for the Pretrial Conference</u>:  The parties believe that a pretrial conference should be scheduled within 60 days after the Court rules on any motions for summary judgment that may be filed, or within 60 days of the close of discovery if no motions for summary judgment are filed.

13. <u>Trial Date</u>:  The parties agree that, if necessary, a trial date should be set at the pretrial conference.

The parties hereby certify that all items required to be discussed by Rule 26(f) and LCvR 16.3(c) were addressed.

                                                    Respectfully submitted,

Date:  May 19, 2006                                    /s Michael J. Hoare
                                                      Michael J. Hoare (D.C. Bar No. 206979)
                                                      Cynthia Duffe (D.C. Bar No. 488406)
                                                      Michael J. Hoare, P.C.
                                                      1101 14th Street, N.W., Suite 710
                                                      Washington, D.C.  20005
                                                      (202) 408-7901
                                                      (202) 408-7903 – facsimile

                                                      *Attorneys for Plaintiff*

Date:  May 19, 2006                                    Respectfully submitted,

                                                      s/ Grace E. Speights
                                                      Grace E. Speights (D.C. Bar # 392091)
                                                      Katherine J. Emig (D.C. Bar # 496410)
                                                      Morgan, Lewis & Bockius LLP
                                                      1111 Pennsylvania Avenue, N.W.
                                                      Washington, D.C. 20004
                                                      (202) 739-3000
                                                      (202) 739-3001 -- facsimile

                                                      *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHOLA ODEYALE<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>Defendant. | Civil Action No.  1:05CV02250 RMC |

**PROPOSED SCHEDULING ORDER**

The Court, having considered the Joint Report of the Parties, enters the following Scheduling Order, in this matter:

1. The parties shall exchange initial disclosures on or before June 15, 2006.

2. All discovery in this action shall be completed on or before October 1, 2006.

3. Any Motion for Summary Judgment shall be filed on or before November 15, 2006.  Any Opposition to that Motion shall be filed on or before December 15, 2006 and any Reply should be filed on or before January 15, 2007.

4. The pretrial conference in this matter shall be held on _____, ____, 2007, at __.m.

It Is So Ordered, this _____ day of _____, 2006.

_____
Rosemary M. Collyer
United States District Court Judge