IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHOLA ODEYALE**<br><br>**Plaintiff,**<br><br>v.<br><br>**ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,**<br><br>**Defendant.** | **Civil Action No. 1:05CV02250 RMC** |

### JOINT MOTION FOR AN EXTENSION OF THE DISCOVERY PERIOD AND MEMORANDUM IN SUPPORT

Plaintiff Shola Odeyale and Defendant ARAMARK Management Services Limited Partnership, ("ARAMARK"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), hereby move the Court for a ninety (90) day extension of the discovery period in the above-captioned matter, which is presently scheduled to end on October 1, 2006. For the reasons set forth more fully below, discovery cannot be completed within the present discovery period.

To date, the Parties have served one another with and responded to written discovery requests. The Parties are also engaged in on-going settlement discussions. Plaintiff, however, has been out of the country for extended periods of time to assist with the care of his ailing sister, which, in part, has delayed the course of discovery. Most recently, Plaintiff has traveled to Africa. Plaintiff presently anticipates returning to D.C. on/about and no later than October 31, 2006.

The parties have both recently noticed depositions of fact witnesses in this case and are working on establishing a schedule to conduct a total of four depositions of fact witnesses. Three of the four fact witnesses are current and/or former ARAMARK employees who no longer

work and/or reside in the D.C. metro area. Additionally, Defendant is in the process of locating a last-known address for one of the witnesses. The process of locating these witnesses and scheduling several out-of-town depositions has/will delay the course of discovery.

Plaintiff's extended absence from the country required to care for his ailing sister and the need to conduct several out-of-town depositions has/will prevent the parties from completing settlement discussions and/or discovery absent an extension of time.

WHEREFORE the Parties request that the Court grant an extension of the discovery period for ninety days, through and including December 30, 2006, which is approximately sixty days after Mr. Odeyale returns to the United States. The Parties also request a corresponding extension of the remaining deadlines in this case.

Dated: September 21, 2006.

Respectfully submitted,

_____/s/_____
Michael J. Hoare, Esq.
Cynthia Duffe, Esq.
Michael J. Hoare, P.C.
1101 14th Street, N.W. Suite 710
Washington, D.C. 20005
(202) 408-7901
(202) 408-7903 (Fax)
Attorneys for Plaintiff

_____/s/_____
Grace E. Speights (D.C. Bar No. 392091)
Katherine J. Emig (D.C. Bar No. 496410)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 739-3000
(202) 739-3001 (Fax)
Attorneys for Defendant ARAMARK Management
Services Limited Partnership

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHOLA ODEYALE<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>Defendant. | Civil Action No.  1:05CV02250 RMC |

## ORDER

Upon consideration of the Parties' Joint Motion for an Extension of the Discovery Period, and the entire record herein, it is this _____ day of _____, 2006, hereby

**ORDERED** that the Parties' Motion for an Extension of the Discovery Period is **GRANTED**; and it is further

**ORDERED** that the Parties shall have through and including December 30, 2006, to complete fact discovery; and it is further

**ORDERED** that the remaining deadlines in this case shall each be extended by ninety days as follows:

| | |
|---|---|
| Status Hearing | January ___, 2007 |
| Dispositive motions due | February 15, 2007 |
| Oppositions to dispositive motions due | March 15, 2007 |
| Replies in support of dispositive motions due | April 15, 2007 |

_____
Hon. Rosemary M. Collyer
United States District Judge