UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHOLA ODEYALE,<br><br>    Plaintiff,<br><br>    v.<br><br>ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>    Defendant. | Civil Action No. 1:05cv02250 RMC |

### ENTRY OF APPEARANCE OF KATHERINE J. EMIG

PLEASE TAKE NOTICE of the appearance of the undersigned counsel, Katherine J. Emig, as additional counsel on behalf of Defendant ARAMARK Management Services Limited Partnership in connection with the above-captioned matter.

Date: January 5, 2007

                                                                                       /s/
                                          Grace E. Speights (D.C. Bar # 392091)
                                          Katherine J. Emig (D.C. Bar # 496410)
                                          Morgan, Lewis & Bockius LLP
                                          1111 Pennsylvania Avenue, N.W.
                                          Washington, D.C. 20004
                                          (202) 739-3000
                                          (202) 739-3001 (fax)

                                          Counsel for Defendant ARAMARK
                                          Management Services Limited Partnership

## CERTIFICATE OF SERVICE

I, Katherine J. Emig, hereby certify that a true and correct copy of the foregoing Entry of Appearance for Katherine J. Emig was filed electronically and served via first-class mail on this 5th day of January, 2007, on the following:

>Michael J. Hoare, Esq.
>Michael J. Hoare, P.C.
>1101 14th Street, N.W. Suite 710
>Washington, D.C. 20005
>
>*Attorneys for Plaintiff*

>_____/s/_____
>Katherine J. Emig