IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHOLA ODEYALE**<br><br>**Plaintiff,**<br><br>v.<br><br>**ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,**<br><br>**Defendant.** | **Civil Action No. 1:05CV02250 RMC** |

## DEFENDANT ARAMARK'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Civil Rules 7(h) and 56.1 and Federal Rule of Civil Procedure 56(c), Defendant ARAMARK Management Services Limited Partnership ("ARAMARK"), by and through counsel, moves for summary judgment on the claims race discrimination and retaliation set forth in Plaintiff Ololade Shola Odeyale's ("Mr. Odeyale's") Complaint on the grounds that:

1. Mr. Odeyale's claim of a hostile work environment under the District of Columbia Human Rights Act, D.C. Code §§ 2-1401.1-1403.17 ("DCHRA") should be dismissed because he cannot establish that during the four days that he worked for ARAMARK that he was subjected to harassment that was sufficiently severe or pervasive.

2. Mr. Odeyale's claim of racially discriminatory discharge under the DCHRA should be dismissed because Mr. Odeyale cannot establish a *prima facie* case of race discrimination. Moreover, even if Mr. Odeyale could establish a *prima facie* case, he cannot establish that ARAMARK's stated reason was pretext for race discrimination.

3. Mr. Odeyale's claim of retaliation under the DCHRA should be dismissed because Mr. Odeyale cannot state a *prima facie* case of retaliation. Mr. Odeyale relies only on his own self-serving testimony as evidence that he engaged in any statutorily protected activity

and suffered an adverse employment action. Moreover, even if Mr. Odeyale could state a *prima facie* case, he cannot show that ARAMARK's stated reason was pretextual.

WHEREFORE, for these reasons and the reasons set forth in the accompanying Memorandum of Points and Authorities in Support of its Motion for Summary Judgment and Statement of Material Facts As to Which There Is No Genuine Dispute, Defendant respectfully requests that the Court grant summary judgment and dismiss Plaintiff's claims of discrimination and retaliation.

Respectfully submitted:

\_\_\_\_/s Katherine J. Emig_____
Grace E. Speights (D.C. Bar No. 392091)
Katherine J. Emig (D.C. Bar No. 496410)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 739-3000
Fax: (202) 739-3001

*Counsel for Defendant*
*ARAMARK Management Services Limited Partnership*

Dated: March 8, 2007