# EXHIBIT B

# Excerpts of the Deposition Transcript of Christopher Cunningham

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CIVIL ACTION NO. 1:05cv02250 RMC

SHOLA ODEYALE,                              )
                                            )
          Plaintiff,                        )
                                            )
   vs.                                      )
                                            )
ARAMARK MANAGEMENT SERVICES                 )
LIMITED PARTNERSHIP,                        )
                                            )
          Defendant.                        )
_____)


**D E P O S I T I O N**

OF

**CHRISTOPHER M. CUNNINGHAM**


At Charlotte, North Carolina

Wednesday, December 13, 2006



REPORTER:   VONDA L. REED, CVR
            Notary Public


**REED & ASSOCIATES**
2401 Whirlaway Court
Matthews, NC  28105
(704) 844-6198

Page 5

1 against your former employer, Aramark?
2 A. Yeah. That's all I know, though.
3 Q. Do you know who the party bringing the lawsuit is?
4 A. Yeah.
5 Q. And who is that?
6 A. I'm looking at the thing. It says Shola Odeyale,
7 however you say that.
8 Q. Right. I represent Mr. -- I pronounce it Odeyale.
9 A. Yeah. I'm sure I didn't say it right.
10 Q. Okay. I represent him.
11 A. Okay.
12 Q. Do you understand what the claim is in Mr. Odeyale's
13 lawsuit?
14 A. No.
15 Q. How long have you known Mr. Odeyale?
16 A. Probably seven days.
17 Q. When did you first meet him?
18 A. I don't know what the date was.
19 Q. What year was it?
20 A. 2002 or 2003. I'm not sure.
21 Q. What was the occasion on which you met him?
22 A. I was assigned to operating -- operating task at the
23 Convention Center, and he was given to me as an
24 employee.
25 Q. What operating task are you referring to?

Page 6

1 A. Facility housekeeping.
2 Q. And you were employed by whom?
3 A. Aramark.
4 Q. And this was in Washington, D.C.?
5 A. Yes.
6 Q. At the Convention Center?
7 A. Yes.
8 Q. What was your position with the company Aramark?
9 A. I was just helping operations manager.
10 Q. Helping? Is that what you're saying, helping?
11 A. Yeah. I mean, there was no direct title. It was
12 like a floating position. I wasn't assigned there.
13 Q. Did you have a work relationship with Mr. Odeyale?
14 A. He worked for me, along with all the other employees.
15 Q. Did you socialize with him?
16 A. No. I didn't socialize with any employees. I just
17 assigned them work.
18 Q. I'm sorry. I didn't understand what you said. You
19 just assigned them work?
20 A. I didn't socialize with anything -- any worker. I
21 assigned them work.
22 Q. Oh. You assigned them work, you said?
23 A. Yes.
24 Q. Okay. Thank you. How frequently did you work with
25 Mr. Odeyale?

Page 7

1 A. Maybe a couple days, two or three days.
2 Q. Can you tell me what hours during those days that you
3 worked with him?
4 A. I don't really remember.
5 Q. What was your position at the time?
6 A. Operations management.
7 Q. You didn't have a formal title?
8 A. No.
9 Q. What was his position?
10 A. I have no idea.
11 Q. What was his function?
12 A. To do whatever was assigned, I guess. He was an
13 employee. We were housekeeping, so we got the
14 job -- we got whatever needed to be done
15 housekeeping-wise.
16 Q. And would you explain to me what aspect of
17 housekeeping you expected Mr. Odeyale to perform?
18 A. Whatever was assigned that day. I don't remember. I
19 mean, that's three, four years ago.
20 Q. You don't remember what it was he was doing?
21 A. No, I don't.
22 Q. Do you remember whether or not Mr. Odeyale was
23 working in a particular part of the Convention
24 Center?
25 A. Probably all of it, because we worked in all the

Page 8

1 Convention Center. It's a 2 million-square-foot
2 building.
3 Q. Okay. Thank you. Did you have any nonwork-related
4 conversations with Mr. Odeyale?
5 A. Not that I know of.
6 Q. Did you learn anything about his family?
7 A. Elaborate what you mean. I don't --
8 Q. Did you pick up any information regarding his family
9 from Mr. Odeyale or from others about Mr. Odeyale's
10 family?
11 A. I just heard that he was coming back from a vacation.
12 That's all I know, that he was coming back from some
13 family-related vacation. And I have no -- I didn't
14 ask him any other questions about it.
15 Q. Do you know anything about his children?
16 A. No.
17 Q. Do you know anything about his origins?
18 A. No.
19 Q. How tall a person is Mr. Odeyale?
20 A. I don't remember that.
21 Q. How tall are you?
22 A. Six two.
23 Q. Can you estimate Mr. Odeyale's weight when you knew
24 him?
25 A. No.

Page 13

1  Q. So you are what can be referred to as a manager?
2  A. Yeah.
3  Q. Manager/supervisor?
4  A. Supervisor is a lower position than manager; yeah.
5  Q. So you're talking management, manager's position?
6  A. Right.
7  Q. Distinguishing it from a lower supervisory position?
8  A. Right.
9  Q. Do you know Philip Myers?
10 A. Yeah. I haven't talked to him since three or four
11    years ago either.
12 Q. How did you know him?
13 A. He was just another manager that was at that
14    building.
15 Q. At the Convention Center?
16 A. Yes.
17 Q. Was he also a manager?
18 A. Yes.
19 Q. Was he your supervisor?
20 A. I don't really know if there was a direct org chart
21    there, because I wasn't assigned to that building.
22    None of us were really assigned to that building. We
23    weren't going to stay there long-term. So I don't
24    know if there was a direct org chart, but I guess you
25    could say he had a higher position than I did. So, I

Page 14

1     mean, indirectly or directly, whoever. I mean --
2  Q. Who was in charge of the operation for Aramark?
3  A. I guess at that time Phil may have been the highest
4     person who was assigned to the building.
5  Q. Who was immediately below him, if you know?
6  A. Like I said, there was no direct org chart. There
7     was a bunch of managers at my level that were in the
8     building, and some people were handling the interior
9     office stuff and some people were handling projects.
10 Q. When you were working at the Convention Center, were
11    you living in North Carolina?
12 A. Yes.
13 Q. How did you get to work at the Convention Center?
14 A. I either drove or I flew.
15 Q. I mean, how did you get the job?
16 A. Oh. I was working for Aramark.
17 Q. So outline your employment history for me, then.
18 A. Elaborate.
19 Q. Sure. Where have you worked since high school or
20    college? Pick your favorite spot.
21 A. I worked for FedEx, 84 Lumber, and Aramark and
22    ServiceMaster, because Aramark bought my division of
23    ServiceMaster.
24 Q. ServiceMaster was acquired by Aramark?
25 A. (Witness nods head affirmatively.)

Page 15

1  Q. When did you last work for Aramark?
2  A. Probably two years ago.
3  Q. Where did you work last for them?
4  A. Either Fenway Park or -- I don't know. I was at the
5     Convention Center several different times.
6  Q. The D.C. Convention Center?
7  A. Yeah. So probably either Fenway Park or D.C.
8     Convention Center. No, no. It was Philadelphia. It
9     was the new ballpark in Philadelphia.
10 Q. Not Fenway?
11 A. No. See, I moved around a lot. That's why it's -- I
12    mean, names, those are the names.
13 Q. Why were you moving around?
14 A. Because I was like a project manager who went around
15    and put out troubles or looked at operations and
16    stuff like that.
17 Q. And then you went into business for yourself?
18 A. No. Then I looked for positions here in Charlotte.
19 Q. And you found one?
20 A. Yeah.
21 Q. In your present position?
22 A. Right.
23 Q. Do you anticipate going back to work for Aramark?
24 A. No.
25 Q. Is there a reason for that?

Page 16

1  A. They don't have any positions in North Carolina or
2     Charlotte. I live here. I don't want to travel
3     anymore.
4  Q. It must get a little old after a while.
5  A. Yeah.
6  Q. If you can't distinguish between Philadelphia and
7     Fenway Park.
8  A. Well, I spent a lot of time at the new Philadelphia
9     baseball stadium just because it was a start-up. No,
10    I know the difference. Fenway is a lot older and a
11    lot nastier.
12 Q. It must be much more difficult to maintain, huh?
13 A. Well, if you pressure-wash it, it will fall apart, so
14    yeah.
15 Q. Right. Right. I hadn't thought about that. I'm
16    familiar with the park.
17       So you haven't talked to Phil Myers in a
18    couple of years?
19 A. Three or four years, yeah.
20 Q. In what context did you last deal with him?
21 A. Whatever the last day that he was at the Convention
22    Center, we probably all went out to dinner or
23    something.
24 Q. I see. The Convention Center in D.C.?
25 A. Uh-huh.