# EXHIBIT C

# Excerpts of the Deposition Transcript of Plaintiff Ololade Shola Odeyale

# In The Matter Of:

*SHOLA ODEYALE   v.*
*ARAMARK MANAGEMENT SERVICES*

---

*OLOLADE SHOLA ODEYALE*
*January 29, 2007*

---

*For The Record, Inc.*
*Court Reporting and Litigation Support*
*10760 Demarr Road*
*White Plains, MD  USA  20695*
*(301) 870-8025    FAX: (301) 870-8333*

*Original File 70129ODE.ASC, 265 Pages*
*Min-U-Script® File ID: 2300939248*

**Word Index included with this Min-U-Script®**

Page 33

[1] Q: Who was that?

[2] A: Dr. Lawrence and Dr. Riley.

[3] Q: Were you paid during the leave of
[4] absence?

[5] A: I don't remember.

[6] Q: Was the leave of absence pursuant to the
[7] Family and Medical Leave Act?

[8] MR. HOARE: Objection. It assumes facts
[9] not in evidence. It requires a legal conclusion.

[10] BY MS. EMIG:

[11] Q: You can answer.

[12] A: I don't remember.

[13] Q: When did your employment at the
[14] Washington Convention Center end?

[15] A: September the 30th of 2004.

[16] Q: Is it correct to say that you worked at
[17] the Convention Center from April of 2001 until
[18] September 30th of 2004?

[19] A: Yes, ma'am.

[20] Q: And why did your employment at the
[21] Convention Center end?

[22] A: They outsourced the department.

Page 34

[1] Q: When did you learn that the Convention
[2] Center was outsourcing your department?

[3] A: I don't remember.

[4] Q: How did you learn that?

[5] A: I don't remember how I learned that.

[6] Q: Did someone tell you that they were
[7] outsourcing the department?

[8] A: Okay. Can you rephrase the question for
[9] me, please? So I can come back.

[10] Q: Did your supervisors tell you that they
[11] were outsourcing the department?

[12] A: Yes.

[13] Q: Do you remember who told you
[14] specifically?

[15] A: I don't remember who told me.

[16] Q: Were you on a leave of absence when you
[17] learned that the Convention Center was outsourcing
[18] your department?

[19] A: Yes.

[20] Q: Were you on a leave of absence near the
[21] end of your employment with the Convention Center?

[22] A: Yes.

Page 35

[1] Q: And why were you on a leave of absence?

[2] A: Due to my health reasons.

[3] Q: Okay. And what specific health problems?

[4] A: Diabetes. Hypertension. Blood pressure,
[5] high blood pressure.

[6] Q: How long was the leave of absence?

[7] A: I don't remember.

[8] Q: Was it days or weeks?

[9] A: Weeks.

[10] Q: Weeks. What was your understanding of
[11] what would happen when the Convention Center
[12] outsourced your department?

[13] MR. HOARE: Objection. It assumes facts
[14] not in evidence.

[15] THE WITNESS: I don't know.

[16] BY MS. EMIG:

[17] Q: You learned that the Convention Center
[18] was going to outsource your department, is that
[19] correct?

[20] MR. HOARE: Same objection.

[21] THE WITNESS: Yes.

[22] BY MS. EMIG:

Page 36

[1] Q: What were you told about your employment
[2] at the Convention Center?

[3] A: I was told I'm going to get a quality
[4] assurance supervisor.

[5] Q: Who told you that?

[6] A: The Human Resources employees.

[7] Q: And do you remember when that was?

[8] A: They have been telling me before I went
[9] to sick.

[10] Q: Before you went on leave of absence you
[11] were told that you would be getting the quality
[12] assurance position.

[13] A: Yes.

[14] Q: Did you end up getting the quality
[15] assurance supervisor position?

[16] A: No, ma'am.

[17] Q: Why not?

[18] MR. HOARE: Objection. No foundation.
[19] Assumes facts not in evidence.

[20] BY MS. EMIG:

[21] Q: You can answer.

[22] A: I don't know.

Page 37

[1] **Q:** Who did get the quality assurance
[2] position?

[3] **A:** Albert Curaton.

[4] **Q:** Who was the Washington Convention Center
[5] going to outsource your department to?

[6] **MR. HOARE:** Objection. It assumes facts
[7] not in evidence. It misstates his testimony.

[8]                  **BY MS. EMIG:**

[9] **Q:** If you understand my question, you can
[10] answer.

[11] **A:** I learned that that is Aramark.

[12] **Q:** When you did not receive the quality
[13] assurance position, did you apply for another
[14] position, any other positions at the Convention
[15] Center?

[16] **A:** I don't remember.

[17] **Q:** Is it correct that you applied for a
[18] quality assurance position with the Washington
[19] Convention Center?

[20] **A:** Yes, I would say.

[21] **Q:** Did you get that position?

[22] **A:** No, ma'am.

Page 38

[1] **Q:** So you remained a — was your position
[2] building services supervisor?

[3] **A:** Yes, ma'am.

[4] **Q:** And then how did your position as a
[5] building services supervisor for the Convention
[6] Center, how did that end?

[7] **A:** September the 30th, 2004.

[8] **Q:** Okay. And why did it end?

[9] **MR. HOARE:** Objection. Calls for
[10] speculation.

[11] **THE WITNESS:** Because they outsourced the
[12] department.

[13]                  **BY MS. EMIG:**

[14] **Q:** Okay. Were you offered any sort of
[15] severance?

[16] **A:** Yes.

[17] **Q:** Do you remember how much severance you
[18] were offered?

[19] **A:** No, ma'am.

[20] **Q:** Do you remember what you were earning
[21] while you were employed by the Washington Convention
[22] Center?

Page 39

[1] **A:** I don't remember.

[2] **Q:** Did you apply for employment with the new
[3] contractor?

[4] **A:** Yes, ma'am.

[5] **Q:** What did the Washington Convention Center
[6] tell you about the new contractor?

[7] **A:** They told me that the new contractor
[8] Aramark, they will give me a job that I'm doing
[9] right now with the Convention Center, the same pay,
[10] and I cannot be terminated until like maybe six
[11] months. If they still need me, they can keep me.

[12] **Q:** And did you wish to work for the new
[13] contractor?

[14] **A:** Yes, ma'am.

[15] **Q:** Okay.

[16] **MS. EMIG:** I would like to mark
[17] Exhibit 1.

[18]     (The document referred to was
[19] marked Deposition Exhibit
[20] No. 1 for identification.)

[21]                  **BY MS. EMIG:**

[22] **Q:** Do you recognize this document?

Page 40

[1] **A:** Yes.

[2] **Q:** Can you tell me what it is?

[3] **A:** It is a notice of abolishment of position
[4] notice.

[5] **Q:** On the second page, is that your
[6] signature?

[7] **A:** Yes.

[8] **Q:** And it's dated September 7th, 2004, is
[9] that correct?

[10] **A:** Yes.

[11] **Q:** Does that refresh your recollection as to
[12] when you might have learned that the Convention
[13] Center had decided to outsource your department?

[14] **A:** Yes.

[15] **Q:** Do you think it was around September 7th
[16] that you learned this?

[17] **A:** Yes.

[18] **Q:** On the first page of this document, in
[19] the third paragraph, it says "You will be paid your
[20] current salary, $18.89 an hour." Was $18.89 per
[21] hour your salary at the Washington Convention
[22] Center?

Page 41

[1] A: I don't know.

[2] Q: Does that sound to be approximately
[3] correct?

[4] A: Yes.

[5] Q: Thank you. Do you recall receiving any
[6] other documents from the Washington Convention
[7] Center with respect to its decision to outsource
[8] your department?

[9] A: I don't remember, ma'am.

[10] Q: Thank you. You can hand that back.

[11] A: Yes, ma'am.

[12] Q: What was the first contact you had with
[13] Aramark?

[14] A: With Mr. Phil Myers.

[15] Q: And when did that occur?

[16] A: He called me — he called me when I
[17] arrive at the airport.

[18] Q: Where were you arriving from?

[19] A: From New York.

[20] Q: And why had you been in New York?

[21] A: I was sick.

[22] Q: You were sick?

Page 42

[1] A: Yes.

[2] Q: And why had you gone to New York?

[3] A: To stay with my grandmother.

[4] Q: Okay. Do you remember how long you were
[5] in New York?

[6] A: No, ma'am.

[7] Q: Do you remember when that was?

[8] A: It's got to be around that
[9] August-September.

[10] Q: August or September of 2004?

[11] A: Yes.

[12] Q: Did you go to New York and stay with your
[13] grandmother while you were on the leave of absence?

[14] A: Yes.

[15] Q: Do you recall whether it would have been
[16] after September 7th when you received notice of the
[17] abolishment of position?

[18] A: I don't remember.

[19] Q: Can you describe your telephone
[20] conversation with Mr. Myers?

[21] A: Part of the conversation was he can't
[22] wait to see me, that the housekeepers, they say I'm

Page 43

[1] the best, I'm the best manager. And he, too, he
[2] cannot wait to see me.

[3] Q: What was your response?

[4] A: My response was me too, I cannot wait to
[5] come over there and join them and join the
[6] organization.

[7] Q: Did you make arrangements for when you
[8] would start?

[9] A: Yes, ma'am.

[10] Q: Or actually can I rephrase the question?

[11] A: Yes.

[12] Q: Did you make arrangements for when you
[13] would meet with Mr. Myers?

[14] A: He called me a day prior to the day I'm
[15] going to start working with him.

[16] Q: Okay. So he asked you to come in the day
[17] before you were going to start working.

[18] A: No.

[19] Q: I'm sorry, I could have misunderstood.

[20] A: Yeah. The day —

[21] MR. HOARE: What's the question?

[22] MS. EMIG: The question is did he make

Page 44

[1] arrangements to meet with Mr. Myers?

[2] THE WITNESS: Yes.

[3] BY MS. EMIG:

[4] Q: And when were you going to meet with
[5] Mr. Myers?

[6] A: October the 1st, the day I supposed to
[7] start working for them. He told me to come early
[8] and so we can talk.

[9] Q: Okay. He asked you to come on October
[10] 1st.

[11] A: Yes.

[12] Q: Okay. How long do you think this
[13] telephone conversation lasted?

[14] A: I don't remember how long.

[15] Q: Did Mr. Myers ask you to submit a job
[16] application?

[17] A: No, ma'am.

[18] Q: Did he indicate that he would want to
[19] interview you?

[20] MR. HOARE: Objection. Vague.
[21] Ambiguous.

[22] THE WITNESS: I don't remember.

Page 49

[1] hall or anything from us, from the Convention
[2] Center, so we have to go and set the room for them,
[3] set the furnitures, the lights, everything. So I
[4] supervise those employees.
[5]    Q: Part of your description here mentions
[6] the ability occasionally to perform work of a
[7] strenuous nature — lifting, walking and climbing —
[8] is that correct?
[9]    A: Yes.
[10]    Q: Can you give me an example of some of the
[11] work of a strenuous nature that you would have to
[12] perform?
[13]    A: Yes. Sometimes if we have to clean, work
[14] like outside of the building. Sometimes like
[15] cleaning the windows. So we have to, you know,
[16] climb and use the machine.
[17]    Q: Okay.
[18]    A: We call it wheel lifter. Wheel lifter.
[19]    MR. HOARE: Wheel lifter?
[20]    THE WITNESS: Yeah. It is some special
[21] equipment to lift you to the top and so you can
[22] reach.

Page 50

[1]    BY MS. EMIG:
[2]    Q: Are there any other examples you can
[3] think of?
[4]    A: No, that's all I can remember now.
[5]    Q: What was the first time you came to the
[6] Aramark office?
[7]    A: October the 1st, 2004.
[8]    Q: Who did you meet with?
[9]    A: Phil Myers, my supervisor.
[10]    Q: Did you meet with anyone else?
[11]    A: I don't remember.
[12]    Q: Was anyone else present?
[13]    A: No, only him.
[14]    Q: Phil Myers was the only person in the
[15] Aramark office?
[16]    A: In the Aramark office, yes. And some,
[17] and some girls there. I don't remember.
[18]    Q: I'm sorry, did you say some girls?
[19]    A: Some, like two ladies.
[20]    Q: Okay. Do you remember who those women
[21] were?
[22]    A: No, ma'am.

Page 51

[1]    Q: What did you and Mr. Myers discuss?
[2]    A: He was looking at my — we were
[3] discussing and he was telling me that people, former
[4] employees, they talk very good about you, the woman,
[5] the housekeepers, and the management. There is a
[6] lot of good talk, very good, highly good about me.
[7]    Q: What else did you discuss?
[8]    A: We discuss about my, what my citizenship.
[9] Looking at my passport. I show him my passport and
[10] he say, you know, that's nice. You know, he say
[11] welcome back aboard.
[12]    Q: What did he tell you about possible
[13] employment with Aramark?
[14]    MR. HOARE: Objection. Assumes facts not
[15] in evidence.
[16]    BY MS. EMIG:
[17]    Q: Did he tell you anything about possible
[18] employment with Aramark?
[19]    A: He told me I'm going to be the evening
[20] shift supervisor.
[21]    Q: Anything else?
[22]    A: And he said as the temps goes on, he is

Page 52

[1] going to make me the evening shift manager.
[2]    Q: Do you remember what time of day this
[3] meeting occurred?
[4]    A: I don't remember.
[5]    Q: How long do you think the meeting lasted?
[6]    A: I don't remember, ma'am.
[7]    Q: Did Mr. Myers tell you what the job
[8] responsibilities were for the evening shift
[9] supervisor?
[10]    A: Yes, ma'am.
[11]    Q: What did he say?
[12]    A: He told me I'm going to be basically
[13] doing the things that I've been doing before with
[14] the Convention Center. He said maybe sometimes I
[15] would be showing the Aramark management staff,
[16] showing them around the building, because the
[17] convention staff said I'm the one that know both in
[18] and out of the Convention Center, both the
[19] corridors, where to go in case of the emergencies.
[20] So I'm going to be the right person to go to. And I
[21] said that would be no problem, sir.
[22]    Q: And who was going to be your supervisor?

Page 53

[1]  **A:** Phil Myers.

[2]  **Q:** He was going to be your direct

[3]  supervisor?

[4]  **A:** Yes.

[5]  **MS. EMIG:** Mark this Exhibit 3, please.

[6]  (The document referred to was

[7]  marked Deposition Exhibit

[8]  No. 3 for identification.)

[9]  **BY MS. EMIG:**

[10]  **Q:** Mr. Odeyale, can you review this document

[11]  and tell me whether or not you recognize it?

[12]  **MR. HOARE:** Take your time to look at it,

[13]  please.

[14]  **THE WITNESS:** Yes.

[15]  (Brief pause.)

[16]  **THE WITNESS:** Yes.

[17]  **BY MS. EMIG:**

[18]  **Q:** Can you tell me what this document is?

[19]  **A:** It is employment application for

[20]  employment.

[21]  **Q:** Is this your handwriting on this

[22]  document?

Page 54

[1]  **A:** Yes.

[2]  **Q:** On the third page is that your signature?

[3]  **A:** Yes.

[4]  **Q:** And is that your handwriting which

[5]  indicates the date 9-30-04?

[6]  **A:** Yes.

[7]  **Q:** Do you remember completing this document?

[8]  **A:** Yes.

[9]  **Q:** When did you complete it?

[10]  **A:** 9-30-04.

[11]  **Q:** After you have had a chance to review it,

[12]  is the information that's provided on this

[13]  application for employment accurate?

[14]  **A:** Yes.

[15]  **Q:** At the time that you completed this

[16]  application had you already spoken with Mr. Myers on

[17]  the telephone?

[18]  **A:** Yes.

[19]  **Q:** And who gave you this application to

[20]  complete?

[21]  **A:** Phil Myers.

[22]  **Q:** He gave it to you.

Page 55

[1]  **A:** Yes.

[2]  **Q:** When was the first time you met Mr. Myers

[3]  in person?

[4]  **A:** I think it's on or about 9-30-04.

[5]  **Q:** Was 9-30-04 the day you came to meet with

[6]  him at the office?

[7]  **A:** On or about.

[8]  **Q:** Okay. On the first page, which in the

[9]  right-hand corner is labeled D0038, in the space

[10]  that says position applied for you wrote operation

[11]  project manager, daytime, is that correct?

[12]  **A:** Yes.

[13]  **Q:** Is that the position you were applying

[14]  for?

[15]  **A:** No, Phil told me to put it down, so

[16]  because the daytime operation project manager is

[17]  going to be open when the full — when they are

[18]  going full in the operations. So he told me to just

[19]  write this down and put it down.

[20]  **Q:** Okay. What was your understanding, or

[21]  what did the operation project manager do?

[22]  **A:** I don't really know what the Aramark

Page 56

[1]  project manager operation would be doing.

[2]  **Q:** Would this position be more senior to a

[3]  supervisor position?

[4]  **MR. HOARE:** Objection. Calls for

[5]  speculation.

[6]  **THE WITNESS:** I don't know.

[7]  **BY MS. EMIG:**

[8]  **Q:** Did Mr. Myers tell you anything else

[9]  about this position?

[10]  **A:** No.

[11]  **Q:** Did he give you a sense of when the

[12]  operation would be up and running or when this

[13]  position would be available?

[14]  **MR. HOARE:** Objection. Vague.

[15]  Ambiguous. Compound.

[16]  **THE WITNESS:** No, ma'am.

[17]  **BY MS. EMIG:**

[18]  **Q:** Let me rephrase that question. Did he

[19]  tell you when this position would be available?

[20]  **A:** He just say when they go into full

[21]  operation and he would let me know.

[22]  **Q:** At the time you were filling out this

Page 57

[1] application was Aramark just beginning its
[2] operations?
[3]   MR. HOARE: Objection. Vague.
[4] Ambiguous.
[5]   THE WITNESS: I don't know.
[6]   BY MS. EMIG:
[7]   Q: Had Aramark had employees at the
[8] Convention Center before September of '04?
[9]   MR. HOARE: Calls for speculation.
[10]   THE WITNESS: I don't know.
[11]   BY MS. EMIG:
[12]   Q: Did Mr. Myers ask you any questions
[13] during this meeting?
[14]   A: I don't remember.
[15]   Q: Did you meet with anyone else that day?
[16]   A: I don't remember.
[17]   Q: What position did you have at Aramark?
[18]   A: I supposed to be the supervisor.
[19]   Q: So did Mr. Myers hire you that day?
[20]   A: Yes, ma'am.
[21]   Q: And what position did he hire you for?
[22]   A: He hire me for a supervisor.

Page 58

[1]   Q: A supervisor.
[2]   A: Yes, ma'am.
[3]   Q: What shifts were you going to be working?
[4]   A: Evening shift.
[5]   Q: Did he tell you anything about the
[6] position?
[7]   A: Yes, ma'am.
[8]   Q: What did he tell you?
[9]   A: He just say basically you're going to be
[10] doing what you were doing before. You know, you
[11] will be supervising your people and also new
[12] employees will be coming in. And I say that's fine.
[13]   Q: Just so we're clear, this meeting that
[14] you had with Mr. Myers where you discussed the
[15] position, was that the same time that you filled out
[16] this application that's Exhibit 3?
[17]   A: I think so.
[18]   Q: And when did you start working?
[19]   A: October the 1st.
[20]   Q: Okay.
[21]   MS. EMIG: Exhibit 4, please.
[22]   (The document referred to was

Page 59

[1] marked Deposition Exhibit
[2] No. 4 for identification.)
[3]   BY MS. EMIG:
[4]   Q: Can you take a moment and review that?
[5]   A: Yes, ma'am.
[6]   Q: Yes.
[7]   A: Thank you.
[8]   (Brief pause.)
[9]   A: Yes, ma'am.
[10]   Q: Do you recognize this document?
[11]   A: I've never seen this document.
[12]   Q: You've never seen this document before
[13] today.
[14]   A: No, ma'am.
[15]   Q: Were you given any written description
[16] about your position with Aramark?
[17]   A: No, ma'am.
[18]   Q: If you were working the evening shift,
[19] would that be the same shift that you had worked for
[20] the Washington Convention Center?
[21]   A: Yes, ma'am.
[22]   Q: What time was the evening shift for

Page 60

[1] Aramark?
[2]   A: 2:30 to 11:30.
[3]   Q: And that was the same shift that you had
[4] been working previously at the Washington Convention
[5] Center.
[6]   A: Yes, ma'am.
[7]   Q: What was your first day of work for
[8] Aramark?
[9]   A: October the 1st, '04.
[10]   Q: Do you know whether that was the first
[11] day of Aramark's contract with the Convention
[12] Center?
[13]   A: Yes, ma'am.
[14]   Q: Was it the first day of Aramark's
[15] contract with the Convention Center?
[16]   A: Yes.
[17]   Q: What time did you report to work?
[18]   A: He told me to come in earlier before the
[19] time I was supposed to start working, so I came
[20] early, so I don't know what time I come. But I came
[21] early.
[22]   Q: Who told you to come earlier?

Page 61

[1] **A:** Phil Myers.

[2] **Q:** Did he tell you why he needed you to come

[3] earlier?

[4] **A:** He said he wanted to introduce me to some

[5] new employees that I never met.

[6] **MS. EMIG:** This would be a good time to

[7] switch then.

[8] **THE VIDEO OPERATOR:** This concludes tape

[9] one in the deposition of Shola Odeyale. Off the

[10] record at 11:21.

[11] (Brief recess.)

[12] **THE VIDEO OPERATOR:** This begins tape two

[13] in the deposition of Shola Odeyale. On the record

[14] at 11:30.

[15] **MS. EMIG:** Would you mark Exhibit 5.

[16] (The document referred to was

[17] marked Deposition Exhibit

[18] No. 5 for identification.)

[19]                **BY MS. EMIG:**

[20] **Q:** Can you go ahead and review these

[21] documents, Mr. Odeyale?

[22] **A:** Okay.

Page 62

[1] (Brief pause.)

[2] **A:** Yes, ma'am.

[3] **Q:** On the first page which is labeled D0045,

[4] do you recognize this page?

[5] **A:** Yes, ma'am.

[6] **Q:** Can you tell me what it is?

[7] **A:** This is sign-in sheet for Aramark.

[8] **Q:** Is this the sign-in sheet for Friday,

[9] October 1st, 2004?

[10] **A:** Yes, ma'am.

[11] **Q:** Was this your first day at work at

[12] Aramark?

[13] **A:** Yes, ma'am.

[14] **Q:** Is your handwriting on this document?

[15] **A:** Not all.

[16] **Q:** Okay. But did you sign in on this

[17] sign-in sheet?

[18] **A:** Yes, ma'am.

[19] **Q:** And is that your signature next to your

[20] name?

[21] **A:** Yes, ma'am.

[22] **Q:** Okay. So on Friday, October 1st, 2004,

Page 63

[1] you worked the 2:30 to 11:30 p.m. shift, is that

[2] correct?

[3] **A:** Yes, ma'am.

[4] **Q:** Can you turn to the second page which is

[5] D0046?

[6] **A:** Yes, ma'am.

[7] **Q:** Can you identify this document for me?

[8] **A:** Yes, ma'am. The sign-in sheet for

[9] Aramark.

[10] **Q:** Is it for Saturday, October 2nd, 2004?

[11] **A:** Yes, ma'am.

[12] **Q:** And did you sign in on Saturday, October

[13] 2nd, 2004?

[14] **A:** Yes, ma'am.

[15] **Q:** And you also worked the 2:30 to

[16] 11:30 p.m. shift on that day, is that correct?

[17] **A:** Yes, ma'am.

[18] **Q:** Can you please turn to D0047?

[19] **A:** Yes, ma'am.

[20] **Q:** Can you identify this document for me?

[21] **A:** Yes, ma'am. It is a sign-in sheet for

[22] Aramark.

Page 64

[1] **Q:** Okay. Is it for Tuesday, October 5th,

[2] 2004?

[3] **A:** Yes, ma'am.

[4] **Q:** Did you sign in on this sign-in sheet?

[5] **A:** Yes, ma'am.

[6] **Q:** And what hours did you work that day?

[7] **A:** 9:00 a.m.

[8] **Q:** And what time did you leave work or what

[9] time did your shift end?

[10] **A:** 7:00 a.m.

[11] **Q:** In the column that says end time?

[12] **A:** Yes, ma'am.

[13] **Q:** What is written there next to your name?

[14] **A:** 7.

[15] **Q:** Are we looking at the same spot?

[16] **A:** Oh, okay. I thought you were talking

[17] about this one.

[18] **Q:** Oh, okay.

[19] **A:** Okay. 6 p.m.

[20] **Q:** 6 p.m.?

[21] **A:** Yes, ma'am.

[22] **Q:** So you worked on Tuesday, October 5th,

Page 65

[1] 2004.

[2]    A: Yes, ma'am.

[3]    Q: And then on D0048, can you recognize that

[4] document?

[5]    A: Yes, ma'am.

[6]    Q: And is this a sign-in sheet for

[7] Wednesday, October 6th?

[8]    A: Yes, ma'am.

[9]    Q: And did you sign in on that day?

[10]    A: Yes, ma'am.

[11]    Q: What shift were you working that day?

[12]    A: 7 a.m.

[13]    Q: And what time did you leave?

[14]    A: I don't remember what time I left.

[15]    Q: Okay. What does the end time of your

[16] shift indicate on this form?

[17]    A: It indicate 4 p.m.

[18]    Q: Okay. So based on these documents, is it

[19] accurate to say that you worked Friday, October 1st;

[20] Saturday, October 2nd; Tuesday, October 5th; and

[21] Wednesday, October 6th of 2004?

[22]    A: Yes, ma'am.

Page 66

[1]    Q: Do you recall whether you worked on

[2] Sunday, October 3rd?

[3]    A: I don't recall. No, ma'am.

[4]    Q: Did you work on Sunday, October 3rd?

[5]    A: No, ma'am.

[6]    Q: Did you work on Monday, October 4th?

[7]    A: No, ma'am.

[8]    Q: Do you remember what the last day you

[9] worked at Aramark was?

[10]    A: Yes, ma'am.

[11]    Q: What day was that?

[12]    A: October the 6th, 2004.

[13]    Q: So is it accurate that you worked four

[14] days for Aramark?

[15]    A: Yes, ma'am.

[16]    Q: Okay, thank you.

[17]    A: Thank you.

[18]    Q: What were you asked to do on your first

[19] day of work?

[20]    A: My supervisor, Phil Myers —

[21]    MR. HOARE: Let me object to the form of

[22] the question to the extent that it assumes facts not

Page 67

[1] in evidence and it's vague and ambiguous.

[2]            BY MS. EMIG:

[3]    Q: You can continue.

[4]    A: Okay. He told me to follow him to the

[5] big storage room. I'm to be rearranging and moving

[6] heavy stuff.

[7]    Q: What sort of things were you rearranging?

[8]    A: I can remember a few, like sands,

[9] S-A-N-D, sands in the bag and snow salt, chemicals,

[10] and some other things.

[11]    Q: How big or how heavy were the bags of

[12] sand?

[13]    A: A hundred pound.

[14]    Q: And how heavy were the bags of snow salt?

[15]    A: It's about a hundred pounds too.

[16]    Q: Did Mr. Myers tell you what he wanted you

[17] to do in the storeroom?

[18]    A: He told me — he showed me the big

[19] storage room and he told me — can I describe it for

[20] you?

[21]    Q: Yes.

[22]    A: Okay. He said about like half of this

Page 68

[1] room full of snow salt and a lot of things. He want

[2] me to move them to other places. And I was trying

[3] to explain to him that that's the right place to be.

[4] But he is my supervisor and I was talking to him

[5] very cautiously, that that is the place that is need

[6] to be. And I told him, I say this big storage room,

[7] I help to set it up. And the general manager, the

[8] director, everybody, they look at it, they say

[9] perfect. So I say —

[10]    MR. HOARE: No, we're interested in what

[11] he said to you.

[12]    THE WITNESS: Okay. So he told me to

[13] move all the stuff on the floor and rearrange it and

[14] put it away somewhere.

[15]            BY MS. EMIG:

[16]    Q: And what did you say to him?

[17]    A: So I start doing it and he told me to use

[18] my hands to lift it. And I say I have to go and get

[19] the pallet jack. So I went to get the pallet jack.

[20] So I remove a lot of them and we still have a lot of

[21] them. Because the pallet jack cannot reach the

[22] place he want me to put it, so I use my hand.

**OLOLADE SHOLA ODEYALE**
**January 29, 2007**

**SHOLA ODEYALE    v.**
**ARAMARK MANAGEMENT SERVICES**

Page 69

[1]    **MS. EMIG:** Can we go off the record?

[2]    **THE VIDEO OPERATOR:** Off the record at

[3] 11:41.

[4]    (Brief pause.)

[5]    **THE VIDEO OPERATOR:** On the record at

[6] 11:41.

[7]                    **BY MS. EMIG:**

[8]    **Q:** Mr. Odeyale, could you continue telling

[9] me what you were saying to Mr. Myers about the

[10] storeroom?

[11]    **A:** Right.

[12]    **Q:** I believe Mr. Hoare interrupted your

[13] testimony on that. Could you finish that?

[14]    **MR. HOARE:** Well, it assumes facts not in

[15] evidence. Maybe you could — can we repeat the

[16] question?

[17]                    **BY MS. EMIG:**

[18]    **Q:** What was your response when Mr. Myers

[19] asked you to rearrange the storeroom?

[20]    **A:** He told me to be moving the heavy objects

[21] and put them away.

[22]    **Q:** And did you think that was a good idea?

Page 70

[1]    **A:** No.

[2]    **Q:** Why not?

[3]    **A:** Because the heavy stuff supposed to be on

[4] the floor, not on the shelf, before if we need it,

[5] so to remove them again is going to be very, very

[6] difficult.

[7]    **Q:** And had you set up the storeroom as it

[8] was arranged when Mr. Myers was showing it to you?

[9]    **MR. HOARE:** Vague. Ambiguous.

[10]    **THE WITNESS:** Can you rephrase the

[11] question so I can understand it?

[12]                    **BY MS. EMIG:**

[13]    **Q:** Did you ever work in that storeroom when

[14] you were an employee of the Washington Convention

[15] Center?

[16]    **A:** I monitoring people working over there.

[17] I supervise people that work over there.

[18]    **Q:** Had you designed the way the storeroom

[19] had been set up?

[20]    **A:** Yes.

[21]    **Q:** And how was it set up?

[22]    **A:** We set it up that the employees can get

Page 71

[1] whatever, what they want to use, what equipment or

[2] chemicals they want to use, that is not going to

[3] hurt them and in a very timely manner.

[4]    **Q:** Where were the chemicals and equipment

[5] stored, or how was it stored?

[6]    **A:** We store some on the lower shelf. Every,

[7] all the heavy heavy stuff, we don't put them on the

[8] top top top top. We put them on the lower lower

[9] lower level.

[10]    **Q:** And how did Mr. Myers ask you to

[11] rearrange it?

[12]    **A:** He wanted me to put all the heavy stuff

[13] on the top top of the shelf and the light light

[14] stuff, he wanted that to be on the floor.

[15]    **Q:** And what did you tell Mr. Myers? Did you

[16] tell Mr. Myers anything about it?

[17]    **A:** Yes.

[18]    **Q:** What did you say?

[19]    **A:** I told him I don't think that's a good

[20] idea, that the lighter stuff supposed to be on the

[21] floor.

[22]    **Q:** And what was his response?

Page 72

[1]    **A:** He said that's how he want it.

[2]    **Q:** So did you go ahead and start rearranging

[3] things?

[4]    **A:** Yes. As he wanted.

[5]    **Q:** And how did you move the chemicals and

[6] the sand and the snow salt and the other heavy items

[7] that were in the storeroom?

[8]    **A:** I was using both — I was using my hands

[9] to carry it. You want me to describe it?

[10]    **Q:** Yes, please.

[11]    **A:** I have to — can I use this as example?

[12]    **Q:** Sure.

[13]    **A:** Okay. I have to like bend down like this

[14] and put it on my knee because it's very heavy and I

[15] go like this. I would do this.

[16]    **Q:** And then would you put it on the shelf?

[17]    **A:** Yes, I would put it on the shelf.

[18] Sometimes with the ladder.

[19]    **Q:** Thank you.

[20]    **A:** You're welcome.

[21]    **Q:** How high was the shelf?

[22]    **A:** I don't remember how many steps, but it's

Page 81

[1] **A:** The same thing I was doing on previous
[2] time. In the storage room.
[3] **Q:** Did you meet with Mr. Myers that morning?
[4] **A:** Yes, ma'am.
[5] **Q:** And what did he say that morning?
[6] **A:** The same thing he always said. Follow me
[7] to the storage room.
[8] **Q:** And did he stay in the storage room with
[9] you all day?
[10] **A:** Sometimes he would go and take a break,
[11] go and smoke and come back.
[12] **Q:** But would he spend the majority of his
[13] time in the storeroom with you besides for smoke
[14] breaks?
[15] **MR. HOARE:** Vague and ambiguous.
[16] **THE WITNESS:** I don't know.
[17] **BY MS. EMIG:**
[18] **Q:** How long were you in the storeroom on
[19] Tuesday, October 5th?
[20] **A:** All the time.
[21] **Q:** For the entire shift.
[22] **A:** Yes, ma'am.

Page 82

[1] **Q:** Was anyone else present in the storeroom
[2] that day?
[3] **A:** I don't remember, ma'am.
[4] **Q:** How big is the storeroom?
[5] **A:** It's very big.
[6] **Q:** Can you estimate how big it is in either
[7] feet or yards or whatever?
[8] **A:** It's very big. I can't describe it.
[9] It's very huge.
[10] **Q:** Were you coming close to finishing
[11] reorganizing it?
[12] **MR. HOARE:** Objection. Vague and
[13] ambiguous.
[14] **THE WITNESS:** Can you rephrase the
[15] question for me, ma'am?
[16] **BY MS. EMIG:**
[17] **Q:** How many days would you think it would
[18] take for you to finish reorganizing the storeroom
[19] the way Mr. Myers had asked you to reorganize it?
[20] **MR. HOARE:** It's without foundation.
[21] **THE WITNESS:** I don't know, ma'am.
[22] **BY MS. EMIG:**

Page 83

[1] **Q:** During the time that you were working in
[2] the storeroom with Mr. Myers was he giving you
[3] instructions as to how he wanted it organized?
[4] **A:** Yes, ma'am.
[5] **Q:** Would he give you instructions throughout
[6] the day?
[7] **A:** Yes, ma'am.
[8] **Q:** Was he moving any of the materials?
[9] **A:** I don't remember.
[10] **Q:** Did he help you move the materials?
[11] **A:** No, ma'am.
[12] **Q:** Who was Chris Cunningham?
[13] **A:** Chris Cunningham, I don't remember his
[14] position, but I saw him there too. I saw him there.
[15] Phil introduced him to me.
[16] **Q:** Did he work for Aramark?
[17] **A:** Yes, ma'am.
[18] **Q:** Was he a manager?
[19] **A:** I don't know his position, but he is
[20] management type.
[21] **Q:** Did you ever work with Chris Cunningham?
[22] **MR. HOARE:** Objection. It's vague,

Page 84

[1] ambiguous.
[2] **BY MS. EMIG:**
[3] **Q:** If you understand my question, you can
[4] answer it.
[5] **MR. HOARE:** Same objection.
[6] **THE WITNESS:** I just walk, I just walk
[7] around with him for one day, for a couple of, maybe
[8] one hours or two.
[9] **BY MS. EMIG:**
[10] **Q:** So you walked around with — I'm sorry,
[11] I'm just trying to understand — you walked around
[12] with Mr. Cunningham for some time on one day? Is
[13] that what you said?
[14] **A:** Yeah, he came to the storeroom and he
[15] asked me if I can follow him to the hall and show
[16] him something.
[17] **Q:** Okay. Do you remember what day that was?
[18] **A:** That would be on the 6th.
[19] **Q:** On the 6th. How long were you with
[20] Mr. Cunningham that day?
[21] **A:** I believe it's like around 11 a.m. for a
[22] couple of minutes and he came back and get me for

Page 85

[1] some couple of more minutes.

[2]   **Q:** Did you have a conversation with

[3] Mr. Cunningham?

[4]   **A:** Yes, ma'am.

[5]   **Q:** Can you describe that conversation?

[6]   **MR. HOARE:** Objection. Calls for a

[7] narrative answer.

[8]   **MS. EMIG:** I'm sorry, what was your

[9] objection?

[10]   **MR. HOARE:** It calls for a narrative

[11] answer.

[12]          **BY MS. EMIG:**

[13]   **Q:** If you understand my question, you can

[14] answer it.

[15]   **A:** Okay. We were just talking generally

[16] about how big is the Convention Center and, you

[17] know, he was talking about the storeroom. He said

[18] he never see anything like that. It's a very huge

[19] storage room, the place I was working at with Phil.

[20] So I was showing him the emergency doors, the exit

[21] doors and, you know, the halls, particularly A hall.

[22]   **Q:** A hall, like the letter A?

Page 86

[1]   **A:** A, as in apple, hall.

[2]   **Q:** Was he asking you questions about the

[3] Convention Center?

[4]   **A:** Yes.

[5]   **Q:** Was he new at the Convention Center?

[6]   **A:** He worked for Aramark, yes, ma'am.

[7]   **Q:** Had he just recently started working for

[8] Aramark at the Convention Center?

[9]   **A:** I don't know.

[10]   **Q:** Did you talk about anything else?

[11]   **A:** Yes.

[12]   **Q:** What else did you talk about?

[13]   **MR. HOARE:** Same objection. It calls for

[14] a narrative answer.

[15]   **THE WITNESS:** Talking about the employee

[16] that was loafing, like sitting down doing nothing.

[17] So he was showing me the employee and he was asking

[18] me if I see the employee, and I said yes, I see him

[19] sitting down. He told me to go and tell him to go

[20] to work.

[21]     So I went to go and tell him to go to

[22] work, and he got up. So maybe probably a couple

Page 87

[1] minutes. So I return back to the storage room. So

[2] I was working. And I believe maybe probably around

[3] 1:00 again he came back and get me and say Shola,

[4] that guy, I saw him, he is still sitting down there.

[5] So he want me to follow him again.

[6]          **BY MS. EMIG:**

[7]   **Q:** And where did he want you to follow him?

[8]   **A:** Follow him to the same hall. And I saw

[9] the guy again and I say why are you still sitting

[10] down? So he, Chris Cunningham, told me to tell the

[11] supervisor. So the supervisor, he work with direct,

[12] his direct supervisor. So I went to go and tell the

[13] supervisor. Her name is Juanita Jones. Because he

[14] told me to tell Juanita that Juanita need to get rid

[15] of that guy. And I told Juanita that.

[16]     I came back to — Chris was still there

[17] and he told me to write, he told me to write

[18] something here for Phil Myers. Told me to write

[19] something. So after I finish giving it to him, then

[20] he told me to put supervisor on the — in between my

[21] signature, put supervisor there.

[22]   **Q:** Okay. Who was the employee who was

Page 88

[1] loafing?

[2]   **A:** His name is Gerry Willis.

[3]   **Q:** What was his job?

[4]   **A:** I don't know what his job.

[5]   **Q:** Was he an employee of Aramark?

[6]   **A:** Yes, ma'am.

[7]   **Q:** Was he part of your department?

[8]   **A:** I'm basically working inside the

[9] storeroom so I don't know.

[10]   **Q:** Were you a part of housekeeping services

[11] at Aramark?

[12]   **A:** Yes, ma'am.

[13]   **Q:** Was Mr. Willis a part of housekeeping

[14] services at Aramark?

[15]   **A:** Yes, ma'am.

[16]   **Q:** How many conversations did you have with

[17] Mr. Willis?

[18]   **A:** Just only that back and forth.

[19]   **Q:** Just one.

[20]   **A:** No. The first time I told him that he

[21] need to get up to go to work. Then the second time

[22] like around maybe 1 p.m. or so that Chris Cunningham

[1] came back and get me and said the guy is still
[2] sitting down there. So I went back to say, to tell
[3] him to get up and start working.
[4]   **Q:** Okay. What did you tell him the first
[5] time you spoke with him I think more in the morning,
[6] around 11 you said?
[7]   **A:** Yeah. I can't remember all the
[8] conversation, but I remember I tell him to get up
[9] and go on working.
[10]   **Q:** What was his response?
[11]   **A:** He said yes, sir.
[12]   **Q:** And then did you see what he did after
[13] that conversation?
[14]   **A:** No, ma'am. Because I went back to the
[15] storeroom.
[16]   **Q:** You went back to the storeroom.
[17]   **A:** Yes, ma'am.
[18]   **Q:** Where was he when you had this
[19] conversation?
[20]   **A:** I believe he's in between A loading dock
[21] and the hall.
[22]   **Q:** What is Mr. Willis' race?

[1]   **A:** Black.
[2]   **Q:** And then where were you when you had the
[3] conversation with him later?
[4]   **A:** The same place.
[5]   **Q:** And was he sitting down?
[6]   **A:** I can't recall if he is sitting down or
[7] just standing there.
[8]   **Q:** Was he working?
[9]   **A:** No.
[10]   **Q:** Were other employees with him?
[11]   **A:** No, ma'am.
[12]   **Q:** What did you say to him the second time?
[13]   **A:** I just tell him that the guy that is
[14] following me tell me to tell you that you need to
[15] get up, that he is here before and see you. You
[16] need to go back to work.
[17]   **Q:** And the person you're referring to, is
[18] that Chris Cunningham?
[19]   **A:** Yes.
[20]   **Q:** Did you know Mr. Willis before the day
[21] that you had these conversations with him?
[22]   **A:** Yes.

[1]   **Q:** Had he worked at the Convention Center
[2] previously?
[3]   **A:** He worked for the Eagle, E-A-G-L-E,
[4] contractor that worked for us.
[5]   **Q:** Had you supervised him previously?
[6]   **A:** Yes, I supervise him and his supervisor,
[7] the subordinate supervisor.
[8]   **Q:** Do you remember at the time you
[9] supervised him what his position was?
[10]   **A:** Housekeeping cleaning services.
[11]   **Q:** I believe next you spoke with Juanita
[12] Jones.
[13]   **A:** Yes.
[14]   **Q:** What was her position?
[15]   **A:** She is their supervisor.
[16]   **Q:** She was Mr. Willis' supervisor?
[17]   **A:** Yes.
[18]   **Q:** Was she an Aramark employee?
[19]   **A:** Yes, ma'am.
[20]   **Q:** Did she hold the same position that you
[21] did?
[22]   **A:** I don't know.

[1]   **Q:** She was a supervisor in housekeeping
[2] services for Aramark, is that correct?
[3]   **A:** Yes.
[4]   **Q:** Was that your position as well?
[5]   **MR. HOARE:** Objection.
[6]             **BY MS. EMIG:**
[7]   **Q:** Were you a supervisor in Aramark
[8] housekeeping services?
[9]   **A:** I supposed to be a supervisor, but that's
[10] not what I'm doing.
[11]   **Q:** Can you explain that?
[12]   **A:** Because I always work in the storage room
[13] with Phil Myers for Aramark.
[14]   **Q:** Did you feel that working in the
[15] storeroom was not appropriate for a supervisor?
[16]   **A:** Not that it's not appropriate but the way
[17] Phil was design the stuff that I was doing, that's
[18] not, it's not appropriate.
[19]   **Q:** Could you explain that for me, the way
[20] Phil was — I'm not sure I heard you correctly.
[21] Could you repeat that?
[22]   **MR. HOARE:** Could we have the court

OLOLADE SHOLA ODEYALE
January 29, 2007

SHOLA ODEYALE    v.
ARAMARK MANAGEMENT SERVICES

---

Page 93

[1] reporter read it back?

[2]    **MS. EMIG:** Sure.

[3]    (The record was read by the reporter.)

[4]        **BY MS. EMIG:**

[5]    **Q:** Could you explain what you mean by that?

[6]    **A:** Because it's like he confine me into the

[7] storage room, moving heavy objects that three people

[8] supposed to be doing.

[9]    **Q:** I'm sorry, what was the last part of

[10] that?

[11]    **A:** Like the stuff, like the things that

[12] three or more employees supposed to be doing.

[13]    **Q:** Three or more.

[14]    **A:** Yes. That's what he was asking me to be

[15] doing.

[16]    **Q:** Okay.

[17]    **A:** And I supposed to be supervising

[18] employees.

[19]    **Q:** We were talking about your conversation

[20] with Juanita Jones?

[21]    **A:** Yes, ma'am.

[22]    **Q:** Can you tell me what you said to her?

---

Page 94

[1]    **A:** I don't remember what I said to her.

[2]    **Q:** After you spoke with Mr. Willis the

[3] second time you indicated that you then spoke with

[4] Juanita Jones, his supervisor?

[5]    **A:** Yes.

[6]    **Q:** Is that correct?

[7]    **A:** Yes, ma'am.

[8]    **Q:** Do you remember that conversation with

[9] Juanita Jones?

[10]    **MR. HOARE:** Asked and answered.

[11]        **BY MS. EMIG:**

[12]    **Q:** You can answer that.

[13]    **A:** That's just what I told you previously.

[14] What Chris Cunningham told me to tell.

[15]    **Q:** And what was her response?

[16]    **A:** I don't remember her response.

[17]    **Q:** Do you know whether she spoke with

[18] Mr. Willis after your conversation with her?

[19]    **A:** I don't know, ma'am.

[20]    **Q:** Do you remember anything else about your

[21] conversation with Ms. Jones?

[22]    **A:** No, ma'am.

---

Page 95

[1]    **MS. EMIG:** Mark this Exhibit 6.

[2]    (The document referred to was

[3] marked Deposition Exhibit

[4] No. 6 for identification.)

[5] (Brief pause.)

[6]    **THE WITNESS:** I've seen this.

[7]        **BY MS. EMIG:**

[8]    **Q:** Have you had a chance to see this?

[9]    **A:** I'm just seeing it now.

[10]    **Q:** Do you recognize this document?

[11]    **A:** No.

[12]    **Q:** Have you ever seen this document before?

[13]    **A:** No.

[14]    **Q:** Did you ever receive this document from

[15] Phil Myers?

[16]    **A:** No, ma'am.

[17]    **Q:** Thank you.

[18] Did you ever discuss the incident with

[19] Gerald Willis with Mr. Myers?

[20]    **A:** I don't remember, no.

[21]    **Q:** You don't remember?

[22]    **A:** No, ma'am.

---

Page 96

[1]    **Q:** Did you ever discuss it any further with

[2] Mr. Cunningham?

[3]    **A:** No, ma'am.

[4]    **Q:** Mr. Willis, was his employment

[5] terminated?

[6]    **A:** I don't know.

[7]    **Q:** Did you ever ask what had happened?

[8]    **A:** No, ma'am.

[9]    **Q:** What was your understanding of

[10] Mr. Cunningham's instruction to you to get rid of

[11] him? Am I correctly stating the instruction?

[12]    **A:** Yes, ma'am.

[13]    **Q:** How did you understand that?

[14]    **A:** It just a simple and plain English. He

[15] instruct me to tell his supervisor that you need to

[16] get rid of this guy. Instruct to tell the

[17] supervisor that.

[18]    **Q:** Did that mean to fire him?

[19]    **A:** I don't know, maybe that's what

[20] interpreted it to.

[21]    **Q:** I'm sorry?

[22]    **A:** I said I don't know, maybe that's what it

---

OLOLADE SHOLA ODEYALE
January 29, 2007

SHOLA ODEYALE    v.
ARAMARK MANAGEMENT SERVICES

---

Page 117

[1] **Q:** Your employment with the Washington
[2] Convention Center had ended at this point, is that
[3] correct?
[4] **A:** Yes.
[5] **Q:** Did they know that you still had the key?
[6] **MR. HOARE:** Objection. Calls for
[7] speculation. It's without foundation.
[8]             **BY MS. EMIG:**
[9] **Q:** You can answer if you understand my
[10] question.
[11] **A:** I don't know.
[12] **Q:** Did they ever ask you to return the key?
[13] **A:** They only told me to return the key to
[14] the building.
[15] **Q:** And so you kept the key to the forklift.
[16] **A:** Yes.
[17] **Q:** Who owned the forklift?
[18] **A:** Convention Center.
[19] **Q:** So on October 6th you were working in the
[20] storeroom with Phil Myers, is that correct?
[21] **A:** Yes.
[22] **Q:** Was he present in the storeroom?

---

Page 118

[1] **A:** Yes.
[2] **Q:** And did you go and get the forklift?
[3] **A:** Yes.
[4] **Q:** Did you ask Phil if you could use the
[5] forklift?
[6] **A:** I just told Phil that I want to go and
[7] get the forklift.
[8] **Q:** And did Phil respond?
[9] **A:** He said okay.
[10] **Q:** Then did you bring the forklift into the
[11] storeroom?
[12] **A:** Yes.
[13] **Q:** Were you driving the forklift?
[14] **A:** Yes, ma'am.
[15] **Q:** And did you move anything with the
[16] forklift?
[17] **A:** Yes.
[18] **Q:** What were you moving?
[19] **A:** I don't remember, but it's heavy stuff,
[20] on the pallet.
[21] **Q:** Was Phil watching you move things with
[22] the forklift?

---

Page 119

[1] **A:** Yes.
[2] **Q:** Was Ms. Nelson watching you move things
[3] with the forklift?
[4] **A:** I don't remember.
[5] **Q:** Did you drive forklifts when you were an
[6] employee of the Washington Convention Center?
[7] **A:** Yes, ma'am.
[8] **Q:** How often?
[9] **A:** Almost every day.
[10] **Q:** Had you had any conversations with Phil
[11] Myers about driving forklifts as an Aramark
[12] employee?
[13] **A:** No.
[14] **Q:** Had you had any conversations with anyone
[15] at Aramark about driving forklifts?
[16] **A:** No.
[17] **Q:** Were you trained on how to drive a
[18] forklift?
[19] **A:** Yes, ma'am.
[20] **Q:** Who trained you?
[21] **A:** Diane Nelson.
[22] **Q:** When?

---

Page 120

[1] **A:** When I first started working at the
[2] Convention Center.
[3] **Q:** Did you tell Mr. Myers that you were
[4] authorized to operate a forklift?
[5] **MR. HOARE:** Objection. Assumes facts not
[6] in evidence. It is inconsistent with the witness'
[7] testimony.
[8]             **BY MS. EMIG:**
[9] **Q:** You can answer my question if you
[10] understand it.
[11] **A:** I don't remember.
[12] **Q:** Did you tell Mr. Myers that you had been
[13] trained to operate a forklift?
[14] **A:** I don't remember.
[15] **Q:** Did Mr. Myers at any point ask you to
[16] stop driving the forklift?
[17] **A:** Yes.
[18] **Q:** When did that happen?
[19] **A:** That's when I was operating the forklift
[20] and he told me he want to go and smoke, so he showed
[21] up with Diane Nelson.
[22] **Q:** And what happened when he showed up with

---

**Page 121**

[1] Diane Nelson?

[2]    A: He and Diane have some conversation but I

[3] don't know, and he came to me, he said I didn't tell

[4] him I'm not supposed to be using a forklift. And I

[5] told him that I've been using the forklift since

[6] I've been working with, you know, Washington

[7] Convention Center.

[8]    Q: What was his response?

[9]    A: He was very angry.

[10]    Q: How do you know he was angry?

[11]    A: He was very upset. It show in his face.

[12] He was coming, and I was moving back like this, and

[13] I think probably he is going to strike me.

[14]    Q: You thought he was going to strike you?

[15]    A: Right.

[16]    Q: Were you on the forklift at this time?

[17]    A: Yes, ma'am.

[18]    Q: When he was talking to you, did you stop

[19] the forklift?

[20]    A: Yes.

[21]    Q: So you had stopped the forklift.

[22]    A: Yeah. I put it on parking brake.

**Page 122**

[1]    Q: Okay. And Mr. Myers approached you in

[2] the forklift?

[3]    A: Yes, ma'am.

[4]    Q: How close did he get to you?

[5]    A: Very, very close.

[6]    Q: And what did he say?

[7]    A: He raised his voice. He used some verbal

[8] language and say why don't you tell me you supposed

[9] to be — you are using the forklift?

[10]    Q: Did he raise his hand as if to strike

[11] you?

[12]    A: The motion that he was coming, it look

[13] like he is going to strike me.

[14]    Q: Did he strike you?

[15]    A: He didn't strike me.

[16]    **MS. EMIG:** Okay. I think we're running

[17] out of time on the tape so we can stop here.

[18]    **THE WITNESS:** Okay.

[19]    **THE VIDEO OPERATOR:** This is the

[20] conclusion of tape two in the deposition of Shola

[21] Odeyale. Off the record at 12:51.

[22]    (Whereupon, at 12:51 p.m., the deposition

**Page 123**

[1] in the above-entitled matter was recessed for lunch,

[2] to reconvene at 1:45 p.m. this same day.)

[3]

[4]    **AFTERNOON SESSION**

[5]    (1:53 p.m.)

[6]    **THE VIDEO OPERATOR:** This begins tape

[7] three in the deposition of Shola Odeyale. On the

[8] record at 1:53.

[9]    **BY MS. EMIG:**

[10]    Q: Mr. Odeyale, before the break we were

[11] talking about some events that happened on October

[12] 6th, 2004, I believe, involving the forklift?

[13]    A: Yes, ma'am.

[14]    Q: While you were employed by Aramark did

[15] you ever witness any other Aramark employees driving

[16] the forklift?

[17]    A: I can't remember.

[18]    Q: I'm sorry?

[19]    A: I don't know.

[20]    Q: You don't know? I just didn't hear you.

[21]    A: I don't know.

[22]    Q: Did Diane Nelson say anything to you

**Page 124**

[1] after you stopped driving the forklift?

[2]    A: Yes.

[3]    Q: What did she say?

[4]    A: She said Shola, you supposed to be

[5] certified to be operating the forklift.

[6]    Q: And were you certified to drive the

[7] forklift?

[8]    A: No.

[9]    Q: No. Did she ask to take the forklift key

[10] back?

[11]    A: No. Phil Myers.

[12]    Q: Phil Myers asked you for the key.

[13]    A: Yes.

[14]    Q: Did you give it to him?

[15]    A: Yes.

[16]    Q: Did this occur on the same day that the

[17] incident with Gerald Willis had occurred?

[18]    A: Yes, ma'am.

[19]    Q: Did anything happen after you gave

[20] Mr. Myers the key back?

[21]    **MR. HOARE:** Objection. Vague.

[22] Ambiguous. Requires definition. It's without

OLOLADE SHOLA ODEYALE
January 29, 2007

SHOLA ODEYALE    v.
ARAMARK MANAGEMENT SERVICES

---

Page 125

[1] limitation as to time or circumstance.

[2]           **BY MS. EMIG:**

[3]   **Q:** What happened after you gave Mr. Myers

[4] the key back?

[5]   **MR. HOARE:** Same objection.

[6]           **BY MS. EMIG:**

[7]   **Q:** You can answer if you understand my

[8] question.

[9]   **A:** Okay.

[10]   **MR. HOARE:** Same objection.

[11]   **THE WITNESS:** He walk towards me and

[12] raise his voice and he came with the very angry and

[13] I think probably he's going to strike me and he was

[14] yelling and he say give me the key, give me the key,

[15] and I gave him the key.

[16]           **BY MS. EMIG:**

[17]   **Q:** And then did he say anything else?

[18]   **A:** I don't remember.

[19]   **Q:** Did you return to working after that?

[20]   **A:** Yes, ma'am.

[21]   **Q:** Did Mr. Myers ever give you any written

[22] discipline for this incident?

---

Page 126

[1]   **A:** No, ma'am.

[2]   **Q:** Did he ever indicate that he was

[3] disciplining you in any way?

[4]   **MR. HOARE:** Objection. Vague.

[5] Ambiguous. Without definition as to time or

[6] circumstance.

[7]   **THE WITNESS:** I don't remember that.

[8]           **BY MS. EMIG:**

[9]   **Q:** Did he ever tell you he was giving you a

[10] warning?

[11]   **A:** No, ma'am.

[12]   **Q:** Was Diane Nelson angry?

[13]   **A:** No, ma'am.

[14]   **MR. HOARE:** I will object to that

[15] question as vague, ambiguous, and requiring

[16] speculation.

[17]           **BY MS. EMIG:**

[18]   **Q:** Did — sorry, lost my train of thought.

[19]   **MR. HOARE:** Can't help you.

[20]           **BY MS. EMIG:**

[21]   **Q:** Do you remember what time of day it was

[22] when this happened?

---

Page 127

[1]   **A:** I don't remember the time, but it's in

[2] the afternoon.

[3]   **Q:** Was this after you had written the memo

[4] about Mr. Willis?

[5]   **A:** Yes.

[6]   **Q:** Was this the last day that you worked at

[7] Aramark?

[8]   **A:** Yes, ma'am.

[9]   **Q:** How did your employment with Aramark end?

[10]   **A:** I was terminated.

[11]   **Q:** When did that happen?

[12]   **A:** I believe on October the 7th, 2004.

[13]   **Q:** Who terminated your employment?

[14]   **A:** Mike Noble.

[15]   **Q:** Who was Mike Noble?

[16]   **A:** I believe by the time he is the general

[17] manager.

[18]   **Q:** When did you first meet Mr. Noble?

[19]   **A:** I don't remember.

[20]   **Q:** Had you met him before October 7th?

[21]   **A:** Yes.

[22]   **Q:** Did you report to work on October 7th?

---

Page 128

[1]   **A:** No, ma'am.

[2]   **Q:** Did you meet with Mr. Noble?

[3]   **A:** Yes, ma'am.

[4]   **Q:** Why did you meet with Mr. Noble?

[5]   **A:** Because I want to complain and report

[6] what happened on the previous day, on the 6th.

[7]   **Q:** Do you remember what time you met with

[8] Mr. Noble?

[9]   **A:** I don't remember the time, ma'am.

[10]   **Q:** Was it in the morning?

[11]   **A:** Yes, ma'am.

[12]   **Q:** And what did you tell him?

[13]   **A:** I was explaining to him how I've been

[14] treated in the storage room.

[15]   **Q:** Can you elaborate on what you said, what

[16] your more specific complaints were?

[17]   **A:** Yes, ma'am. I told him that I was trying

[18] to see you yesterday, that would be October the 6th,

[19] but I didn't have a chance to see him and I came

[20] back on that following morning on the 7th and I was

[21] explaining to him everything that happened.

[22]   **Q:** What did you explain to him about what

---

[1] had happened in the storage room?

[2]    **A:** I was showing him my forehead, that Phil

[3] Myers pushed me from the ladder, like swing me or

[4] push me.

[5]    **MR. HOARE:** Phil Myers pushed —

[6]    **THE WITNESS:** Phil Myers pulled me from

[7] the ladder and I fell down with the ladder. I was

[8] explaining that to him. And I say he will never let

[9] me go and take my medicine. I am a diabetes. I

[10] just came back from the sick leave. So Phil Myers

[11] won't let me take my medication. I beg him almost

[12] all the time that I work there. He didn't let me

[13] take my medicine. My diabetes, my high blood

[14] pressure, he did not allow me to go and take my

[15] medicine.

[16]    And I told him, I say he was telling me

[17] to be moving all the heavy heavy stuff without any

[18] help. I beg him to give me some more employee to

[19] help me to do the job and Phil Myers say no, I have

[20] to continue doing that all the time, my work in the

[21] storage room, I have to be doing all those stuff,

[22] all those work by myself. And I just came back from

[1] the sick leave.

[2]    And I told him that he called me sickler,

[3] he called me N word, he called me act like a

[4] chicken, and some other names that I can't recall.

[5] And I explain all that to Mike Noble.

[6]    Mike Noble said Phil Myers don't like

[7] you, he cannot work with you, so you're terminated.

[8] And I told him, I said I am very scared because I

[9] know you the big boss. You are all of our boss.

[10] Because he was introduced to me as the general

[11] manager. So I say I am very scared to come to you,

[12] to come forward and tell you because I don't, I

[13] never experienced something like that, somebody

[14] calling me nigger and, you know. And I was very,

[15] very hot. And I told him, I say I was crying. And

[16] that's it. That's what I can remember now.

[17]    **BY MS. EMIG:**

[18]    **Q:** I'm sorry. Were you crying when you

[19] spoke with Mike Noble?

[20]    **A:** Yes.

[21]    **Q:** You mentioned that Phil Myers had pulled

[22] you off a ladder. When did that happen?

[1]    **A:** On October the 6th.

[2]    **Q:** Do you remember when that day it

[3] happened?

[4]    **A:** No, ma'am. I believe it's in the

[5] afternoon, but I don't remember.

[6]    **Q:** Did it happen after you were using the

[7] forklift?

[8]    **A:** Yes, ma'am, after that.

[9]    **Q:** Can you explain to me where you were in

[10] the storeroom?

[11]    **A:** I was inside the storeroom and there is

[12] stuff that I was using with the forklift because he

[13] take the key from me, so he didn't let me to use

[14] forklift no more, so he told me to go and get the

[15] ladder.

[16]    **MR. HOARE:** The question is where were

[17] you?

[18]    **THE WITNESS:** I was inside the storeroom.

[19]    **BY MS. EMIG:**

[20]    **Q:** After you could no longer use the

[21] forklift how were you going about moving things?

[22]    **A:** Can I describe it for you?

[1]    **Q:** Yes.

[2]    **MR. HOARE:** Is it the same demonstration

[3] you gave us last time?

[4]    **THE WITNESS:** Yes.

[5]    **BY MS. EMIG:**

[6]    **Q:** Oh, no, that's okay, I understand.

[7]    **A:** Okay.

[8]    **Q:** So after you stopped using the forklift

[9] were you on a ladder lifting things?

[10]    **A:** Yes. I carry stuff on my head or, you

[11] know, I put it away.

[12]    **Q:** Okay. How tall was the ladder?

[13]    **A:** I can't remember how tall.

[14]    **Q:** Do you remember how high on the ladder

[15] you were?

[16]    **A:** No, ma'am.

[17]    **Q:** Can you explain to me how Phil pulled you

[18] off the ladder?

[19]    **A:** Okay. Phil is a lot, a lot taller than

[20] me, so he grab my pant and — because I didn't know

[21] he was behind me. He just let go.

[22]    **Q:** So he came up from behind you and grabbed

OLOLADE SHOLA ODEYALE
January 29, 2007

---

Page 133

[1] your pants?

[2] **A:** No, he was on the floor.

[3] **Q:** Okay. Did you see him approach you?

[4] **A:** Yes.

[5] **Q:** So did he come up alongside of you or did

[6] he come up behind you?

[7] **A:** Behind me.

[8] **Q:** How did you see him approach you then?

[9] **A:** Because he was talking to me, he was

[10] raising his voice to me and say you this, he was

[11] calling me names, and he was saying can you do on

[12] time? And can you do on time? And also before

[13] that, before I even go on the ladder, he was telling

[14] me to look at the letter N, telling me, you know,

[15] what is that for? So all that. So I was on the

[16] ladder maybe a minute, a minute or something, I

[17] don't know, but I was on the ladder.

[18] **Q:** I'm sorry. You said he was saying why

[19] can't you do things on time? Is that what he was

[20] saying?

[21] **A:** Yes.

[22] **Q:** I'm not sure I understood you correctly

---

Page 134

[1] so please correct me if I'm wrong.

[2] **A:** Okay. He was just —

[3] **MR. HOARE:** Do you understand the

[4] question?

[5] **THE WITNESS:** Can you repeat it?

[6]

[7] **Q:** I'm just trying to understand what he was

[8] saying to you. I wasn't sure I understood you

[9] correctly the first time.

[10] **A:** He called me nigger, used N word for me

[11] nigger, and called me chicken, chicken something.

[12] **Q:** And this is while you were on the ladder?

[13] **A:** Before and after.

[14] **Q:** Did you have any idea why he was upset?

[15] Or I'm sorry. Was he raising his voice to you?

[16] **A:** Yes, ma'am.

[17] **Q:** Do you have any idea why he was raising

[18] his voice to you?

[19] **MR. HOARE:** Objection. Calls for

[20] speculation.

[21] **THE WITNESS:** He is like upset or angry.

[22] I don't know. So I don't know why.

---

Page 135

[1] **BY MS. EMIG:**

[2] **Q:** Did he tell you what he was upset or

[3] angry about?

[4] **A:** No, ma'am.

[5] **Q:** So at some point after you stopped using

[6] the forklift, you were on the ladder.

[7] **A:** Yes, ma'am.

[8] **Q:** And Phil approached you and started

[9] calling you names.

[10] **A:** He called me names before I used the

[11] ladder, before I even used the forklifts too.

[12] **Q:** Were you having a conversation before he

[13] started calling you names?

[14] **MR. HOARE:** Objection. Vague.

[15] Ambiguous.

[16] **THE WITNESS:** I don't know. I don't

[17] remember.

[18] **BY MS. EMIG:**

[19] **Q:** Did Mr. Myers leave the storeroom after

[20] he asked you to stop using the forklift?

[21] **A:** I don't remember.

[22] **Q:** Do you remember how long it was between

---

Page 136

[1] when you stopped using the forklift and when you

[2] were on the ladder?

[3] **A:** I don't remember, ma'am.

[4] **Q:** Did the ladder fall over as well? Did

[5] the ladder fall over when Mr. Myers pulled you?

[6] **A:** We landed that way. We fall down

[7] together.

[8] **Q:** How did you land?

[9] **A:** I don't remember how I land.

[10] **Q:** Did you land on your feet?

[11] **A:** No. I lied, I lied, I lying on the floor

[12] with the ladder.

[13] **Q:** Okay.

[14] **A:** I was completely on the floor.

[15] **Q:** Okay. Were you injured?

[16] **A:** Yes, ma'am.

[17] **Q:** How were you injured?

[18] **A:** I hit my forehead on the shelf and my

[19] back too.

[20] **Q:** Did you hit your back on the shelf?

[21] **A:** I don't know if it is on the shelf or on

[22] the floor.

---

---

Page 141

[1] **Q:** What other times had he called you names?

[2] **A:** Frequently.

[3] **Q:** What names would he call you?

[4] **A:** I can only remember a few. Nigger is one

[5] that hurt me most. And because I'm from Nigeria and

[6] I'm a U.S. citizen, when he call me that, I told

[7] him, I said look it, you are hurting my feelings so

[8] bad, it's like you are torturing me, you are torture

[9] me, and this is not good, you're doing this to me.

[10] I came to this country to have a better life. And

[11] all the time that I've been working, that nobody

[12] ever treat me this way.

[13] **Q:** Did he call you that on the first day

[14] that you worked there?

[15] **A:** I don't remember.

[16] **Q:** Did he call you that on the second day

[17] you were working there?

[18] **A:** I believe so.

[19] **Q:** Did he call you that when you came in on

[20] September 30th?

[21] **A:** I don't remember, ma'am.

[22] **Q:** Did anyone ever overhear him call you the

Page 142

[1] N word?

[2] **MR. HOARE:** Objection. Calls for

[3] speculation. No foundation.

[4] **THE WITNESS:** I don't know.

[5] **BY MS. EMIG:**

[6] **Q:** Did anyone ever tell you they overheard

[7] him call you the N word?

[8] **A:** Yes.

[9] **Q:** And who was that?

[10] **A:** That would be the security officer on

[11] patrol, Salita Janey.

[12] **Q:** And when did she tell you that?

[13] **A:** On the 6th. October the 6th, 2004.

[14] **Q:** Was that the same conversation after you

[15] had hit your head?

[16] **A:** Yes, ma'am.

[17] **Q:** Did you ever hear Mr. Myers call anyone

[18] else by that name?

[19] **A:** No, ma'am.

[20] **MR. HOARE:** Do you want to take a break?

[21] **THE WITNESS:** Maybe.

[22] **MS. EMIG:** Yes, we can take a break if

Page 143

[1] you would like.

[2] **THE VIDEO OPERATOR:** Off the record at

[3] 2:19.

[4] (Brief recess.)

[5] **THE VIDEO OPERATOR:** On the record at

[6] 2:22.

[7] **BY MS. EMIG:**

[8] **Q:** Mr. Odeyale, did you seek medical

[9] treatment after the 6th?

[10] **A:** Yes, ma'am.

[11] **Q:** And what doctors did you see?

[12] **A:** Dr. Riley.

[13] **Q:** Did you see any other doctors?

[14] **A:** I don't remember, ma'am.

[15] **Q:** What did you see her for?

[16] **A:** For depression. For my constantly

[17] headache. And for my back pain. And other stuff I

[18] can't remember.

[19] **Q:** When did you begin experiencing

[20] headaches?

[21] **A:** It's like maybe, after like one week or

[22] something.

Page 144

[1] **Q:** Did your head injury require stitches?

[2] **A:** No, ma'am.

[3] **Q:** How long was it swollen? Or I'm sorry.

[4] Was it swollen? I can't remember if you testified

[5] to that.

[6] **A:** Yes, ma'am.

[7] **Q:** How long was it swollen?

[8] **A:** I don't know.

[9] **Q:** You also mentioned you were experiencing

[10] back problems?

[11] **A:** Yes, ma'am.

[12] **Q:** What sort of problems?

[13] **A:** Just a sharp pain, like a sharp pain.

[14] **Q:** How far would you estimate that you fell?

[15] **A:** I don't know, ma'am.

[16] **Q:** When Mr. Myers pulled you, was he

[17] standing on the ground?

[18] **A:** Yes, ma'am.

[19] **Q:** And where on your pants did he grab you?

[20] **A:** On my — on my belt.

[21] **Q:** Near your belt?

[22] **A:** Right.

[1]  Q: Did you attempt to talk with Mr. Noble
[2] about this incident on the 6th?

[3]  A: Yes, ma'am.

[4]  Q: Were you able to speak with him on the
[5] 6th?

[6]  A: No, ma'am.

[7]  Q: Was he in the office or was he at the
[8] Convention Center on October 6th do you know?

[9]  A: Yes, ma'am.

[10]  Q: Why were you unable to speak with him?

[11]  MR. HOARE: Objection. Calls for
[12] speculation.

[13]  THE WITNESS: Because I was trying to see
[14] him and the girls in the office told me to come
[15] back, that he's busy.

[16]          BY MS. EMIG:

[17]  Q: Do you remember who was in the office?

[18]  A: I don't know, ma'am.

[19]  Q: Was it more than one person?

[20]  A: I don't remember.

[21]  Q: Well, you mentioned girls. Was it women?

[22]  A: Yes, ma'am.

[1]  Q: And was it more than one?

[2]  A: I don't remember.

[3]  Q: Okay. I believe you testified that you
[4] were able to meet with Mr. Noble the following day?

[5]  A: Yes, ma'am.

[6]  Q: What was his response when you told him
[7] about this incident?

[8]  A: He told me Phil Myers don't like you and
[9] we don't have job for you. You are terminated.

[10]  Q: Were those the exact words he used?

[11]  MR. HOARE: Objection.

[12]  THE WITNESS: I don't know.

[13]          BY MS. EMIG:

[14]  Q: Did you tell Mr. Noble about Mr. Myers
[15] calling you racial names?

[16]  A: Yes, ma'am.

[17]  Q: Do you believe that you were assigned to
[18] work in the storeroom on those days because of your
[19] race?

[20]  A: I don't know.

[21]  MR. HOARE: Calls for speculation.

[22]          BY MS. EMIG:

[1]  Q: I'm just trying to recall your testimony
[2] about what you told Mr. Noble.

[3]  MR. HOARE: Take your time.

[4]          BY MS. EMIG:

[5]  Q: Did you tell Mr. Noble that you had been
[6] working in the storeroom for several days?

[7]  A: Yes, ma'am.

[8]  Q: What did you tell him about that?

[9]  A: I don't remember. I told him that I've
[10] been working in the storage room.

[11]  Q: Did you do any work on October 7th?

[12]  A: No, ma'am.

[13]  Q: After Mr. Noble told you that your
[14] employment had been terminated what did you do?

[15]  A: I went to the Human Resources of the
[16] Convention Center.

[17]  Q: You went to the Washington Convention
[18] Center Authority Human Resources Office.

[19]  A: Yes, ma'am.

[20]  Q: Is that separate from any sort of Human
[21] Resources Office that Aramark might have had?

[22]  A: Yes, ma'am.

[1]  Q: Why did you go there?

[2]  A: Because I want to go actually in to
[3] Ms. Bankins, that Aramark just told me that my
[4] contract — my appointment has been terminated and
[5] the letter, the agreement they sent to Aramark is
[6] they have to keep us for at least six months. And
[7] to show him my forehead.

[8]  Q: I'm sorry, was that Ms. Bankins?

[9]  A: Ms. Bankins.

[10]  Q: Do you recall what her position was?

[11]  A: She is the director of administration.

[12]  Q: And were you able to meet with her?

[13]  A: No, ma'am.

[14]  Q: And why was that?

[15]  MR. HOARE: Objection. Speculation. No
[16] foundation.

[17]  THE WITNESS: I don't know, ma'am.

[18]          BY MS. EMIG:

[19]  Q: Was she in the office?

[20]  MR. HOARE: Same.

[21]  THE WITNESS: I don't know.

[22]          BY MS. EMIG:

Page 149

[1] **Q:** Did you speak with anyone at the Human
[2] Resources Office of the Washington Convention
[3] Center?
[4] **A:** Yes, ma'am.
[5] **Q:** Who did you speak with?
[6] **A:** Ms. Hall.
[7] **Q:** Ms. Hall?
[8] **A:** Yes, ma'am.
[9] **Q:** And who is she?
[10] **A:** She work for Human Resources. She is one
[11] of the staff there.
[12] **Q:** Do you know what her position was?
[13] **A:** She is the Human Resources staff, general
[14] staff.
[15] **Q:** Okay. What did you tell Ms. Hall? What
[16] did you tell Ms. Hall?
[17] **A:** I told her I want to see Ms. Bankins.
[18] **Q:** And what was her response?
[19] **A:** She told me to wait in the conference
[20] room.
[21] **Q:** Did you do that?
[22] **A:** Yes, ma'am.

Page 150

[1] **Q:** How long did you wait?
[2] **A:** Maybe approximately three hours.
[3] **Q:** I'm sorry?
[4] **A:** Maybe approximately — it's more than
[5] hour.
[6] **Q:** Okay. Did you say at first approximately
[7] three hours?
[8] **A:** Yes, ma'am.
[9] **Q:** Did Ms. Bankins ever show up to meet with
[10] you?
[11] **A:** No, ma'am.
[12] **Q:** So what time did you leave do you recall?
[13] **A:** I don't know, ma'am.
[14] **Q:** Did you speak with anyone else before you
[15] left?
[16] **A:** I don't remember.
[17] **Q:** Were you told anything about when you
[18] might be able to meet with Ms. Bankins?
[19] **A:** I don't remember.
[20] **Q:** Did you ask about making an appointment
[21] with her?
[22] **A:** I don't know.

Page 151

[1] **Q:** In your conversation with Mr. Noble did
[2] he tell you anything about your paycheck?
[3] **A:** Yes, ma'am.
[4] **Q:** What did he tell you?
[5] **A:** He said your paycheck will be ready on
[6] the 22nd.
[7] **Q:** Is that the 22nd of October?
[8] **A:** Yes, ma'am.
[9] **Q:** Did he say where?
[10] **A:** Yes, ma'am.
[11] **Q:** And where was that?
[12] **A:** Told me to come back, back to the center,
[13] to Aramark.
[14] **Q:** So he told you to come pick it up on the
[15] 22nd of October.
[16] **A:** Yes, ma'am.
[17] **Q:** Did you pick it up on the 22nd of
[18] October?
[19] **A:** No, ma'am.
[20] **Q:** Why not?
[21] **A:** I went there. There is no check for me.
[22] **Q:** Where did you go on the 22nd?

Page 152

[1] **A:** To Aramark.
[2] **Q:** Is there only one Aramark office at the
[3] Convention Center?
[4] **A:** They have office and they have like a
[5] satellite office.
[6] **Q:** Okay.
[7] **MR. HOARE:** They have a —
[8] **THE WITNESS:** A satellite. Like a
[9] satellite.
[10] **MR. HOARE:** Satellite. Thank you.
[11]           **BY MS. EMIG:**
[12] **Q:** Did Mr. Noble tell you where you were
[13] supposed to pick up the check?
[14] **A:** He just say come back. Just come back.
[15] **Q:** And who did you speak to when you came on
[16] the 22nd? Or did you speak to anyone on the 22nd
[17] when you came?
[18] **A:** Mike Noble.
[19] **Q:** He was there on the 22nd.
[20] **A:** Yes.
[21] **Q:** And what did you say to him?
[22] **A:** I greeted him and I told him I come to

OLOLADE SHOLA ODEYALE
January 29, 2007

SHOLA ODEYALE   v.
ARAMARK MANAGEMENT SERVICES

---

Page 157

[1] Mr. Noble on the 7th?

[2] **A:** Yes, ma'am.

[3] **Q:** So after you got this phone call at home

[4] you came to see Mr. Noble at Aramark.

[5] **A:** Yes, ma'am.

[6] **Q:** Did you tell Mr. Noble about this phone

[7] call?

[8] **A:** I don't remember.

[9] **Q:** Were you scheduled to work on the 7th?

[10] **A:** I don't remember.

[11] **Q:** Do you remember if you came to work on

[12] time?

[13] **MR. HOARE:** Objection.

[14] **THE WITNESS:** No, ma'am.

[15] **BY MS. EMIG:**

[16] **Q:** Do you remember what time you came to

[17] meet with Mr. Noble?

[18] **A:** I don't remember the time, ma'am, but

[19] it's in the morning.

[20] **Q:** But it was after you received the phone

[21] call from Mr. Myers.

[22] **A:** Yes, ma'am.

---

Page 158

[1] **Q:** Did you ever meet with Mr. Noble after

[2] October 7th?

[3] **A:** Yes, ma'am.

[4] **Q:** When did you meet with him after that

[5] day?

[6] **A:** That would be October the 22nd.

[7] **Q:** Okay. When you came to pick up the

[8] paycheck, is that correct?

[9] **A:** Yes, ma'am.

[10] **Q:** Did you come to Aramark on October 8th?

[11] **A:** No, ma'am.

[12] **MS. EMIG:** This would be Exhibit 10.

[13] (The document referred to was

[14] marked Deposition Exhibit

[15] No. 10 for identification.)

[16] (Brief pause.)

[17] **THE WITNESS:** I never see this. I see

[18] this for the first time.

[19] **BY MS. EMIG:**

[20] **Q:** You never received this document?

[21] **A:** No, ma'am.

[22] **Q:** Did you receive any written

---

Page 159

[1] correspondence from Aramark?

[2] **A:** Yes, ma'am.

[3] **Q:** What was that?

[4] **A:** When they mailed the check to me.

[5] **Q:** And that was the only time you ever

[6] received any written correspondence from Aramark.

[7] **A:** That's what I can remember.

[8] **Q:** Did you ever express an intent to resign

[9] your employment at Aramark?

[10] **A:** No, ma'am.

[11] **Q:** Did you ever refuse to sign a

[12] disciplinary memo?

[13] **A:** No, ma'am.

[14] **Q:** Were you ever told that you were being

[15] disciplined while you were an employee at Aramark?

[16] **A:** No, ma'am.

[17] **Q:** Did you ever hear Mr. Noble use racially

[18] derogatory language?

[19] **MR. HOARE:** Except as to him?

[20] **MS. EMIG:** Mr. Noble.

[21] **MR. HOARE:** Oh, I'm sorry.

[22] **THE WITNESS:** No, ma'am.

---

Page 160

[1] **BY MS. EMIG:**

[2] **Q:** Did you ever hear Mr. Myers use racially

[3] derogatory language towards anyone else?

[4] **A:** No, ma'am.

[5] **MS. EMIG:** 11.

[6] (The document referred to was

[7] marked Deposition Exhibit

[8] No. 11 for identification.)

[9] (Brief pause.)

[10] **BY MS. EMIG:**

[11] **Q:** Do you recognize this document?

[12] **A:** Yes, ma'am.

[13] **Q:** Could you identify it for me?

[14] **A:** It is a paycheck they sent to me in

[15] December.

[16] **Q:** That Aramark sent to you?

[17] **A:** Yes, ma'am.

[18] **Q:** And how did they send this document to

[19] you?

[20] **A:** They mailed it.

[21] **Q:** And this check is for $528.45, is that

[22] correct?

---

SHOLA ODEYALE v. Case 1:05-cv-02250-RMC    Document 18-6    Filed 03/08/2007    Page 1 of 1 SHOLA ODEYALE
ARAMARK MANAGEMENT SERVICES

January 29, 2007

[1] **Q:** Did you leave him messages?

[2] **A:** I don't remember.

[3] **Q:** But you never spoke with him on the phone

[4] after the 22nd.

[5] **A:** I don't remember.

[6] **Q:** Okay.

[7] **MS. EMIG:** Can we go off the record for a

[8] second?

[9] **THE VIDEO OPERATOR:** Off the record at

[10] 2:59.

[11] (Brief recess.)

[12] **THE VIDEO OPERATOR:** On the record at

[13] 3:03.

[14] **BY MS. EMIG:**

[15] **Q:** Mr. Odeyale, I would like to ask you some

[16] questions about your allegations in this lawsuit.

[17] **A:** Yes, ma'am.

[18] **Q:** In your complaint you allege that Aramark

[19] failed and/or refused to provide you with a job

[20] comparable to your previous position with the

[21] Convention Center. Could you explain to me how your

[22] new position was not comparable to your previous

[1] position?

[2] **A:** Yes, ma'am. Working in the storage room,

[3] moving heavy stuff, so that's not what I was doing

[4] at the Convention Center.

[5] **Q:** Were you permanently assigned to work in

[6] the storeroom for Aramark?

[7] **A:** That's where Phil Myers put me

[8] permanently.

[9] **Q:** Did he ever tell you that you would

[10] continue to work there on a long-term basis?

[11] **A:** No, ma'am.

[12] **Q:** Is it possible that you were just being

[13] asked to work there during the first week?

[14] **MR. HOARE:** Objection. Calls for

[15] speculation. Without foundation.

[16] **THE WITNESS:** I don't know.

[17] **BY MS. EMIG:**

[18] **Q:** Had you ever been asked to organize the

[19] storeroom when you were employed with the Convention

[20] Center?

[21] **A:** I am the one that make that decision that

[22] the storeroom need to be reorganized.

[1] **Q:** And you had decided how it would be

[2] organized, correct?

[3] **A:** Yes, ma'am.

[4] **Q:** Was anyone else asked to organize the

[5] storeroom —

[6] **MR. HOARE:** Calls for speculation.

[7] **BY MS. EMIG:**

[8] **Q:** — at Aramark?

[9] **MR. HOARE:** Calls for speculation. Lack

[10] of foundation.

[11] **THE WITNESS:** No, ma'am.

[12] **BY MS. EMIG:**

[13] **Q:** Do you know whether anyone else has been

[14] asked to organize the storeroom?

[15] **A:** I don't know, ma'am.

[16] **Q:** Was Chris Cunningham ever in the

[17] storeroom with you?

[18] **A:** Yes, ma'am.

[19] **Q:** What was he doing in the storeroom?

[20] **A:** He came back and get me to follow him to

[21] the hall.

[22] **Q:** Did he ever do any work in the storeroom?

[1] **A:** Not that — no, ma'am. I don't know.

[2] **Q:** Did he ever move any of the items in the

[3] storeroom?

[4] **A:** I don't know, ma'am.

[5] **Q:** Did you ever witness him move any of the

[6] items in the storeroom?

[7] **A:** No, ma'am.

[8] **Q:** Do you believe that you were asked to

[9] work in the storeroom because of your race?

[10] **A:** I don't know.

[11] **Q:** Did you ever raise your concerns about

[12] your job responsibilities and specifically your

[13] assignment to the storeroom with Mr. Myers?

[14] **A:** Yes, ma'am.

[15] **Q:** When was that?

[16] **A:** I don't remember the date. But I've

[17] talked to him about it. I don't remember the date.

[18] **Q:** What did you tell him?

[19] **A:** I told him that what I'm doing now is not

[20] the job description that I'm doing for Convention

[21] Center and he need to read the agreement between the

[22] Convention Center and the Aramark before they get

OLOLADE SHOLA ODEYALE
January 29, 2007

SHOLA ODEYALE    v.
ARAMARK MANAGEMENT SERVICES

---

Page 173

[1] the contract and what the Convention Center tell
[2] them on the paper that the supervisor, you know,
[3] will be doing or employees will be doing. Like the
[4] people that were transferred to the Aramark, we
[5] supposed to have our job, what we are doing before
[6] at the Convention Center. So we would be doing the
[7] same thing for the Aramark.
[8]    Q: How did Mr. Myers respond?
[9]    A: He was raising his voice on me.
[10]    Q: After you said this to him?
[11]    A: Yes.
[12]    Q: Do you remember what he said?
[13]    A: He calling me names. He told me you do
[14] as I told you to do. You have to listen to me. You
[15] do it how I want it to be. I don't care what the
[16] Convention Center. This is not the Convention
[17] Center. This is Aramark right now. So you do
[18] whatever I ask you to do.
[19]    Q: Did you raise these concerns with him on
[20] more than one occasion?
[21]    A: Yes, ma'am.
[22]    Q: How many times?

---

Page 174

[1]    A: I told him, I say it's like you tortured
[2] me. You don't let me take my medicine. I just came
[3] back from my — from sick leave. I didn't take no
[4] medicine and my doctor say I have to take this
[5] twice, or three times a day. So I said well, you
[6] didn't let me do it. I beg him. I say can you let
[7] me go and take a water, quickly? Or let me have —
[8] because I dose medicine. It's one that I have to
[9] take with food. On my lunch. Please, Phil. I
[10] talked to Phil. Phil, please, let me go and eat a
[11] little bit of food.
[12]    He did not let me take my 15 minutes
[13] break, he did not let me take nothing, but I need to
[14] take my medicine. I just came back. You know I
[15] just came back from my sick leave. Please. I'm
[16] begging him. I beg you, Phil, please, don't kill
[17] me. Let me go and take medicine.
[18]    He said medicine? I show it to him. I
[19] wrap it in the paper towel. I show it to him. I
[20] have to take this. He said no no no. You listen to
[21] me. N word. Go and do your job. Go and do this.
[22] I don't care. And I was sweating. He say I don't

---

Page 175

[1] care.
[2]    Q: Do you remember what medicine it was that
[3] you needed to take?
[4]    A: The most important thing, one of them is
[5] I think Metformin.
[6]    Q: What does that treat?
[7]    A: My diabetes.
[8]    Q: And how many times a day would you take
[9] it?
[10]    A: Twice a day.
[11]    Q: Would you take it in the morning and then
[12] in the evening?
[13]    A: Yes, ma'am.
[14]    Q: So would there be one time during work
[15] when you would need to take it?
[16]    A: Sometimes. But all the time that I work
[17] for him, I have to take the two, right there,
[18] because he didn't let me go home on time. And the
[19] time I supposed to take my medicine, I would tell
[20] him let me go and take my medicine, he would say no.
[21]    Q: So when you were working, on the days
[22] that you worked from 2:30 to 11:30, what time did

---

Page 176

[1] you need to take your medicine?
[2]    A: I take it in the morning.
[3]    Q: So you would take it once in the morning.
[4]    A: Yes.
[5]    Q: At home?
[6]    A: Yes.
[7]    Q: And then when would you take the second
[8] dose?
[9]    A: After four, five hours.
[10]    Q: So while you were at work?
[11]    A: Yes.
[12]    Q: Did you get a lunch break on those days?
[13]    A: He didn't let me go no lunch break.
[14]    Q: He didn't let you take a lunch break at
[15] all.
[16]    A: Frequently. Maybe only — maybe I took
[17] lunch maybe only one time.
[18]    Q: Okay. Do you remember taking lunch the
[19] first day?
[20]    A: No, ma'am.
[21]    Q: Do you remember taking lunch the second
[22] day?

---

Page 177

[1] **A:** I don't remember which day I took lunch.

[2] **Q:** Okay. But you think out of the four days

[3] you worked you only received a lunch break one day.

[4] **A:** Yes.

[5] **Q:** Would you be permitted to take breaks to

[6] go to the bathroom?

[7] **A:** Yeah. But as a supervisor, I don't have

[8] to tell him I'm going to the bathroom or I want to

[9] take a medicine, because my job before is to monitor

[10] the employees, make sure they do what they are

[11] supposed to be doing, walking around the building,

[12] checking on the employees. But when I was working

[13] with Phil Myers, it was like he confined me into the

[14] storage room.

[15] **Q:** Would he let you leave to go to the

[16] bathroom?

[17] **A:** I don't remember.

[18] **Q:** How many times during those four days did

[19] you ask to take breaks to take your medication?

[20] **A:** I believe it's two times.

[21] **Q:** Two times?

[22] **A:** Yes.

Page 178

[1] **Q:** And both times he said no?

[2] **A:** He said no.

[3] **Q:** Were you able to take the medicine

[4] without taking a break?

[5] **A:** I don't remember.

[6] **Q:** Did you become sick?

[7] **A:** Yes.

[8] **Q:** As a result of not taking the medicine?

[9] **A:** Yes.

[10] **Q:** What happened?

[11] **A:** I was sweating so much. And I told him I

[12] was sick. So he said you're a sickler. He said

[13] you're a sickler and called me other names.

[14] Chicken. You don't have no strength. Something

[15] like that.

[16] **Q:** What does sickler mean?

[17] **MR. HOARE:** Objection. Calls for

[18] speculation.

[19] **THE WITNESS:** As I know, I think sickler

[20] means somebody who is sick, of that nature.

[21]         **BY MS. EMIG:**

[22] **Q:** Just so I understand, Mr. Myers was in

Page 179

[1] the storeroom with you all four days?

[2] **A:** Yes, ma'am.

[3] **Q:** What would he do in the storeroom?

[4] **A:** He was just giving the instruction to me.

[5] **Q:** Did he ever leave the storeroom?

[6] **A:** Yes, ma'am. Sometimes.

[7] **Q:** For how long?

[8] **A:** I don't remember.

[9] **Q:** Did you report the fact that you were not

[10] able to take breaks to take your medication to

[11] Mr. Noble?

[12] **A:** I don't remember because I was really

[13] afraid of him.

[14] **Q:** One of your claims in your complaint is a

[15] retaliation claim. Do you believe that Aramark

[16] retaliated against you?

[17] **MR. HOARE:** Objection. Calls for a legal

[18] conclusion.

[19] **THE WITNESS:** I don't know.

[20]         **BY MS. EMIG:**

[21] **Q:** Do you believe that Mr. Noble terminated

[22] you or terminated your employment because you had

Page 180

[1] complained about Phil Myers?

[2] **MR. HOARE:** Calls for speculation.

[3] **THE WITNESS:** I think so.

[4]         **BY MS. EMIG:**

[5] **Q:** Do you believe that Mr. Noble terminated

[6] your employment because of your race?

[7] **MR. HOARE:** Same objection.

[8] **THE WITNESS:** I don't know.

[9]         **BY MS. EMIG:**

[10] **Q:** Do you understand my question?

[11] **A:** Yes, ma'am.

[12] **Q:** Could you explain to me then in your own

[13] words what acts you feel were racially

[14] discriminatory?

[15] **MR. HOARE:** Calls for a legal conclusion.

[16] **THE WITNESS:** I don't know.

[17]         **BY MS. EMIG:**

[18] **Q:** Do you understand my question?

[19] **A:** Not very well.

[20] **Q:** Could you tell me all the things, all the

[21] reasons, all the things that Aramark did to you that

[22] you believe were based on your race.

Page 181

[1]  **A:** Calling me nigger. Calling me African
[2] chicken. Telling me to be looking at the letter N
[3] on the boxes. So he told me to be looking at those
[4] letter and tell him what the N stand for, N means.
[5] And I told him, I say the letter N stand for
[6] Nigeria, Nancy, New York, and something like that.
[7] And Phil Myers told me no, you didn't get it. You
[8] didn't get the popular one in America, dummy. He is
[9] referring to me. He said you dummy, you don't know
[10] what the N stand for. You telling me you live in
[11] America for a long time. You don't know what the
[12] letter N stand for? Letter N stand for nigger, man.
[13] Nigger. It's nigger. So the way to pronounce it.
[14] He said what did I say? I say you say N. So he
[15] say no, I want you to say it. Then I was crying. I
[16] said no, I'm not going to say it. Then I was
[17] crying.
[18]    I said this is tortured. You are
[19] torturing me. I've been working for Convention
[20] Center almost four years. I've never experienced
[21] something like this, inside the Convention Center,
[22] in America too, and America of today. I am very

Page 182

[1] happy that my grandmother bring me to this country
[2] and I will forever be grateful to her that she bring
[3] me to this country, and you make me feel so dirty
[4] and you don't even know the meaning of what you are
[5] doing to me.
[6]  **Q:** Were there any other actions taken
[7] against you by Aramark that you believe were on the
[8] basis of your race?
[9]  **A:** Yes, ma'am.
[10]  **Q:** What other actions?
[11]  **A:** Phil Myers was looking at my U.S., my
[12] passport, and he said who give you the passport?
[13] And I said President Bush. He said you dummy.
[14] President Bush is dummy too. Whoever give you the
[15] passport, everybody is dummy. They give you
[16] citizenship and just, just anyhow. He said he can't
[17] believe that people like you will give you a
[18] citizenship. Whoever give you is a dummy. You too,
[19] you a dummy.
[20]  **MS. EMIG:** We have to switch tape. I'm
[21] sorry. We will take a break.
[22]  **THE VIDEO OPERATOR:** This is the end of

Page 183

[1] tape three in the deposition of Shola Odeyale. Off
[2] the record at 3: 22.
[3]    (Brief pause.)
[4]  **THE VIDEO OPERATOR:** This begins tape
[5] four in the deposition of Shola Odeyale. On the
[6] record at 3:23.
[7]
[8]       BY MS. EMIG:
[9]  **Q:** Mr. Odeyale, you were describing some
[10] comments that Mr. Myers made to you about your
[11] passport. Do you remember when he made those
[12] comments to you?
[13]  **A:** I don't remember the date, but it is at
[14] the time I was working for him.
[15]  **Q:** Do you remember where you were when he
[16] made those comments to you?
[17]  **A:** Yes, ma'am.
[18]  **Q:** Where were you?
[19]  **A:** In the storeroom.
[20]  **Q:** Thank you. I'm sorry. You were also
[21] listing any acts by Aramark that you felt were based
[22] on your race. Are there any other incidents?
[23]  **A:** Yes, ma'am. He saw an e-mail that the

Page 184

[1] former presidential contestant, John Kerry, he saw
[2] the e-mail in my pocket and he dip his hand into my
[3] pocket and he remove it and he was asking me what
[4] connection do you have with this guy, with this
[5] dummy guy like you? So I don't know what he really
[6] was telling about. So I said what are you talking
[7] about? He said John Kerry send you e-mail? I say
[8] yeah. I say yes. So he said you? You? I say yes.
[9] He said how did you meet him? I said I've met him
[10] before. I met President Clinton. I've met the
[11] First Lady Hillary Clinton. I've been a volunteer
[12] to the Capitol and do something for them. And
[13] sometime they would say thank you to me and a lot of
[14] that.
[15]    And I say I am a registered Democrat.
[16] And he says you? I said yes, I'm a registered
[17] Democrat. And I show him my voter registration card
[18] in my pocket. I say I have it right now. So I show
[19] it to him. And he rip it — he squeeze it and he
[20] threw it to me. He said I can't believe John Kerry
[21] is a dummy too, writing you a letter, and somebody
[22] let you vote. So I take it and I put it back in my

[1]  **Q:** What supervisor?

[2]  **A:** The housekeeping supervisor.

[3]  **Q:** Who was the housekeeping supervisor?

[4]  **A:** Juanita is one of them. Juanita Jones.

[5] And some other people.

[6]  **Q:** Okay. Other managers of the Aramark

[7] staff — Mr. Noble, Mr. Myers — used the other

[8] office space, is that correct?

[9]  **A:** Yes, sir.

[10]  **Q:** All right. And you went back on the 22nd

[11] to where you last talked with Mr. Noble, is that

[12] correct?

[13]  **A:** Yes, sir.

[14]  **Q:** Is that the same location where Mr. Myers

[15] had an office or a work station?

[16]  **A:** Yes, sir.

[17]  **Q:** Okay. Now when you went back on the 22nd

[18] of November, sitting here today —

[19]  **A:** Yes, sir.

[20]  **Q:** — I'm sorry. Yes. The 22nd of October.

[21]  **A:** Yes, sir.

[22]  **Q:** Correct?

[1]  **A:** Yes, sir.

[2]  **Q:** Can you tell me with certainty that you

[3] saw Mr. Noble on that occasion?

[4]  **A:** I can't remember very well if I see him.

[5]  **Q:** Did you deal with a white man when you

[6] went back on the 22nd?

[7]  **A:** Yes, sir.

[8]  **Q:** Okay. Was Mr. Noble a white man?

[9]  **A:** Mr. Noble is a white man.

[10]  **Q:** Okay. And Mr. Myers is a white man as

[11] well, is that correct?

[12]  **A:** Yes, sir.

[13]  **Q:** All right. Now in addition to the names

[14] that you have identified here today that Mr. Noble

[15] used when speaking to you, and I'm referring to the

[16] N word —

[17]  **A:** No, Mr. Myers.

[18]  **Q:** — chicken — let me back up here. You

[19] apparently don't understand my question.

[20]  **A:** Okay.

[21]  **Q:** You have identified here today that

[22] Mr. Myers called you the N word.

[1]  **A:** Yes, sir.

[2]  **Q:** Made reference to you as chicken. Made

[3] reference to you as a sickler. And he may have

[4] called you other names. In addition to those names

[5] that you have identified here, did he refer to you

[6] using other terms?

[7]  **A:** Yes, sir.

[8]  **Q:** Did he call you the A word? Did he call

[9] you an asshole?

[10]  **A:** Yes, sir.

[11]  **Q:** All right. Can you identify for me today

[12] any other names that he used with respect to you?

[13]  **A:** The one he called me most is the N word,

[14] nigger.

[15]  **MR. HOARE:** All right. Thank you.

[16]  **MS. EMIG:** I have a couple questions.

[17]  **FURTHER EXAMINATION BY COUNSEL FOR DEFENDANT**

[18]  **BY MS. EMIG:**

[19]  **Q:** You had testified earlier today that you

[20] returned on the 22nd of October 2004 to Aramark to

[21] pick up your paycheck and that you had greeted Mike

[22] Noble and spoken with him on that day. Is that no

[1] longer correct? Are you changing your testimony?

[2]  **A:** No.

[3]  **Q:** Did you meet with Mike Noble on the 22nd?

[4]  **A:** I could be confused if it is Mike Noble

[5] that I met on the 22nd or another white person. But

[6] it was a white person that I met.

[7]  **Q:** So it was either Mike Noble or another

[8] white male, is that correct?

[9]  **A:** Yes, ma'am.

[10]  **Q:** What other white males were in the office

[11] that day?

[12]  **A:** I don't remember.

[13]  **Q:** Was Phil Myers in the office that day?

[14]  **A:** I don't remember if he was in the office.

[15]  **Q:** Was it Phil Myers that you met with?

[16]  **A:** I don't remember.

[17]  **Q:** About how many times do you think Phil

[18] Myers called you the N word?

[19]  **A:** It's frequent times. I can't — I don't

[20] remember how many times.

[21]  **Q:** Okay. I mean more than three times?

[22]  **A:** It could be so. It could be more.