# EXHIBIT D

# Abolishment of Position Notice



**WASHINGTON CONVENTION CENTER**

# MEMORANDUM

TO:     Shola Odeyale
        Building Services Supervisor

THRU:   Cecilia J. Bankins
        Director, Administration

FROM:   Frances W. Stubbs
        Manager, Human Resources

DATE:   August 30, 2004

RE:     ABOLISHMENT OF POSITION NOTICE

The purpose of this memorandum is to advise you that your position as a Building Services Supervisor at the Washington Convention Center Authority (WCCA) is being abolished effective close of business September 30, 2004. This action is due to a management decision to outsource the housekeeping functions of WCCA. Please be assured that this action results from a necessary business decision and is not related to your performance or any other personal factor.

As a result of this decision, the Authority is prepared to offer you a severance payment of $3,899.78, paid in one lump sum, less ordinary and legal payroll deductions (i.e., taxes, Medicare and social security withholdings). Your severance payment equates to one and a half (1.5) week's salary for each of your 3.44 years of full-time service with WCCA. You will be paid for any accrued vacation leave up to a maximum of 240 hours.

In addition, the housekeeping contractor is required to afford you the protections of the Privatization Procurement and Contract Procedures Act of 1993, D.C. Law 10-79, D.C. Code 2-305b. Those protections are (1) the right of first refusal in a comparable position for which you are qualified for at least six months and (2) continued employment with the Contractor providing your performance is satisfactory after the initial six months. You will be paid your current salary, $18.89 an hour. Furthermore, you are eligible to receive the fringe benefits package offered by the Contractor, if applicable, or an additional $2.36 an hour for health and welfare (the $2.36 health and welfare hourly rate equates to $94.40 a week or $409.07 a month).

OSO 0043

Shola Odeyale: Abolishment of Position
August 30, 2004
Page 2




In the interim, the Authority will continue to consider you for vacant positions that match your qualifications, experience and salary until September 30.

Please acknowledge receipt of this memorandum by signing the enclosed copy of the lower portion and returning it to me no later than September 10. I am available to discuss any questions you may have.

[✓]  I accept the severance and I (✓) wish to or ( ) do not wish to continue employment with the Housekeeping Contractor.

_____     9/7/04
Shola Odeyale                      Date
Building Services Supervisor

c: Personnel File

OSO 0044