# EXHIBIT E

# Application for Employment



# Application for Employment

As an EQUAL EMPLOYMENT OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER, ARAMARK does not discriminate against applicants or employees because of their age, race, color, religion, national origin, sex (except where sex is a bonafide occupational qualification) or on any other basis prohibited by law. Furthermore, ARAMARK will not discriminate against any applicant or employee because he or she is mentally or physically disabled, a disabled veteran, or a veteran of the Vietnam era, provided he or she is qualified and meets the requirements established by ARAMARK for the job.

**PLEASE TYPE OR PRINT CLEARLY**

DATE: 9/30/04

NAME (Last): ODEYALE  (First): OLOLADE  (Middle): SHOLA
SOCIAL SECURITY NUMBER: 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

CURRENT ADDRESS (Street): 2818 6TH ST. NE  (City): WASH  (State): DC  (Zip Code): 20017
PHONE NUMBER: (202) 832-7995

RESIDENT ADDRESS (if different from above): 
PHONE NUMBER: (202) 321-5796

ARE YOU 18 YEARS OR OLDER? ☒ YES  ☐ NO    IF NOT, STATE YOUR DATE OF BIRTH

## TYPE OF POSITION DESIRED

POSITION APPLIED FOR: OPERATION PROJECT MANAGER (DAYTIME)

☒ FULL TIME  ☐ PART TIME  ☐ SUMMER  ☐ TEMPORARY  ☐ OTHER

SALARY EXPECTED:

WILL YOU RELOCATE? ☒ YES ☐ NO  TO WHAT AREA? ANY
WILL YOU TRAVEL? ☐ YES ☐ NO
DATE AVAILABLE TO WORK WITH ARAMARK: IMMIDIATELY

HAVE YOU EVER WORKED FOR ARAMARK? ☐ YES ☒ NO    IF YES, WHEN AND WHERE?

HAVE YOU EVER APPLIED TO ARAMARK? ☐ YES ☒ NO    IF YES, WHEN AND WHERE?

To comply with the Immigration Reform and Control Act of 1986, if you are hired you will be required to provide documents to establish your identity and your authorization to be employed in the United States. Such documents will be required within the first three (3) business days following your hire, or upon your first work day if your employment period will be less than three (3) days.

HOW WERE YOU REFERRED TO ARAMARK? WCCA

ARE YOU WILLING TO TAKE A PHYSICAL EXAM AT OUR EXPENSE IF THE NATURE OF THE JOB REQUIRES ONE? ☒ YES ☐ NO

HAVE YOU EVER BEEN CONVICTED OF A CRIME (MISDEMEANOR OR FELONY)? ☐ YES ☒ NO

IF YES, EXPLAIN:  (WHERE)  (WHEN)  (CHARGED)  (SENTENCE)

(Disclosure of a criminal record will not necessarily disqualify you for employment. Each conviction will be evaluated on its own merits with respect to time, circumstances and seriousness, in relation to the job for which you are applying.)

220-002U (2/97)

D0038

## EXPERIENCE
(Most Recent Experience First)

| 1. NAME AND ADDRESS OF EMPLOYER | STARTING POSITION | ENDING POSITION |
|---|---|---|
| WASH. CONV. CENTER | Housekeeping Supervisor | |
| | **SALARY** | **NAME AND TITLE OF SUPERVISOR** |
| | Starting: $38,000  Ending: $ | Rice Datcher, Manager |
| FROM MO 4 YR 01 TO MO 9 YR 04 | **REASON FOR LEAVING** | |
| PHONE NUMBER (202) 249-3000 | Job Abolished | |

| 2. NAME AND ADDRESS OF EMPLOYER | STARTING POSITION | ENDING POSITION |
|---|---|---|
| Extended Stay America Alex. Virginia | Asst. General Manager | Asst. General Manager |
| | **SALARY** | **NAME AND TITLE OF SUPERVISOR** |
| | Starting: $43,000  Ending: $44,000 | Gelila Getahun, General Manager |
| FROM MO__ YR__ TO MO__ YR__ PHONE NUMBER ( ) | **REASON FOR LEAVING** Resigned | |

| 3. NAME AND ADDRESS OF EMPLOYER | STARTING POSITION | ENDING POSITION |
|---|---|---|
| Loews L'Enfant Plaza Hotel Wash. DC | Service Manager | Service Manager |
| | **SALARY** | **NAME AND TITLE OF SUPERVISOR** |
| | Starting: $  Ending: $ | Rashad Sahal, Dir. of Operations |
| FROM MO__ YR__ TO MO__ YR__ PHONE NUMBER ( ) | **REASON FOR LEAVING** Moved / Relocate | |

MAY WE CONTACT THE EMPLOYERS LISTED ABOVE? ☑ YES  ☐ NO
IF NO, INDICATE BY NUMBER WHICH ONE(S) YOU DO NOT WISH US TO CONTACT _____

USE THIS SPACE TO DESCRIBE ANY PREVIOUS WORK HISTORY AND/OR TO DETAIL PARTICULAR JOB RESPONSIBILITIES LISTED ABOVE. INCLUDE ANY ADDITIONAL INFORMATION WHICH YOU FEEL MAY BE RELEVANT TO THE JOB FOR WHICH YOU ARE APPLYING.

See Resume

This application shall only remain active for 60 days. After 60 days, if you are still interested in employment at ARAMARK, you must fill out a new application.

I hereby certify that all statements made in this application are true and correct to the best of my knowledge and belief. I understand and agree that any misrepresentation or omission of facts in my application may be justification for refusal to hire, or termination of employment.

I further understand that an investigative report may be made as to my character and general reputation. I authorize all past employers, schools, persons and organizations having relevant information or knowledge to provide it to ARAMARK or its duly authorized representative for its use in deciding whether or not to offer me employment and specifically waive any required written notification. I hereby release employers, schools, persons and organizations from all liability in responding to inquiries in connection with my application. Upon written request by me, within a reasonable period of time, ARAMARK will make available to me the nature and scope of all reports of every type obtained.

I understand that nothing contained in this employment application or in the granting of an interview is intended to create an employment contract between ARAMARK Corporation, its subsidiaries and affiliates, and me for either employment or for the providing of any benefit. If an employment relationship is established, I understand that my employment can be terminated, with or without cause, at the option of either ARAMARK or myself.

In signing this form, I certify that I understand all the questions and statements in this application.

Further, if granted a position with ARAMARK Corporation or any of its subsidiaries, I will comply with ARAMARK's Business Conduct Policy, a summary of which is printed below.



# BUSINESS CONDUCT POLICY

### THIS POLICY APPLIES WORLDWIDE

**Compliance with Laws**
It is ARAMARK's policy to comply with the laws in each country in which ARAMARK conducts business.

**Employment/Equal Opportunity**
ARAMARK's policy is to hire, promote, discipline and make all other personnel decisions without regard to race, color, religion, national origin, age, sex, disability, disabled veteran or Vietnam-era veteran status except where bona fide affirmative action programs allow for such considerations.

**Sexual Harassment**
Sexual harassment in any form will not be tolerated in the workplace. Any employee who feels that he or she has been subjected to sexual harassment is required to report the incident immediately.

**Illegal Substances**
It is ARAMARK's policy to maintain an environment free of drug and alcohol abuse.

**Environmental**
ARAMARK's policy is to comply with environmental laws in all countries in which ARAMARK conducts business.

**Collusion**
It is fundamental that ARAMARK independently determine the pricing, commissions and other contractual terms offered to clients or prospective clients.

**Copyright Infringement**
It is ARAMARK's policy to respect copyrights owned by others.

**Political Contributions**
Any political contribution or expenditure by a component is against ARAMARK policy. Also, any reimbursement of an employee for any such contribution or expenditure is against ARAMARK policy.

**Gifts and Entertainment**
It is ARAMARK's policy not to make any gift (other than a nominal holiday remembrance), or provide entertainment (except routine lunches or dinners during the conduct of regular business), to any government or union employee (except as provided in the Business Conduct Policy). Gifts given to non-government or non-union employees are restricted to a value of up to $200 (U.S.) per year; where entertainment is involved, lavish expenditures are to be avoided.

Gifts from any supplier or client to an ARAMARK employee may not total more than $200 (U.S.) per year

**Accurate Books and Reporting**
All transactions must be accurately recorded. No unrecorded fund, asset, or other improper account of ARAMARK shall be established or maintained for any reason.

**Conflicts of Interest/Related Party Transactions**
It is essential that all ARAMARK employees avoid any situation or interest which might interfere with his/her judgment concerning responsibilities to ARAMARK.

**Outside Employment**
An ARAMARK employee's outside employment should not conflict with his/her responsibilities to ARAMARK.

**Finder's Fee**
Payment of finder's fees is prohibited without the written approval of the General Counsel's Office.

**Disclosure**
If you are aware of possible violations of the BUSINESS CONDUCT POLICY, you must report them to the BUSINESS CONDUCT POLICY SECRETARY c/o the Office of General Counsel, at Corporate Headquarters in writing or by telephoning 1-800-999-8989 extension 3246, or 215-238-3246, or to others listed in the policy booklet.

_____
SIGNATURE OF APPLICANT

9/30/04
DATE

## FOR PERSONNEL USE ONLY

| DATE APPLICATION RECEIVED | REFERRAL SOURCE |
|---|---|
| INTERVIEWED BY | DEPARTMENT |
| REFERENCE CHECK COMPLETED (DATE, AND BY WHOM) | |
| DISPOSITION AND REASON | |

(MIDDLE INITIAL)
(FIRST)
APPLICANT'S NAME (LAST)

D0040

### RECORD OF EDUCATION

| Name and Address of School | | Dates Attended From Mo./Yr. | Dates Attended To Mo./Yr. | Graduated YES | Graduated NO | Type of degree/diploma received or expected | Major/Minor Fields of Study |
|---|---|---|---|---|---|---|---|
| High School (Last Attended) | | ■ | ■ | | | | |
| Colleges/ Universities | YABA Coll. of Tech | | | ✓ | | BSC | B/ADMIN. |
| Graduate School | | | | | | | |
| Other (Business, Technical, Secretarial, etc.) | EDUCATIONAL INST. | | | L | | CERT. AWARD DIPLOMA | DIPLOMA |
| | MICROSOFT COMPUTER | | | ✓ | | | |

LIST ANY CLUBS, ORGANIZATIONS, SOCIETIES, OR PROFESSIONAL GROUPS TO WHICH YOU BELONG WHICH HAVE A DIRECT BEARING UPON YOUR QUALIFICATIONS FOR THE JOB WHICH YOU ARE SEEKING. (INDICATE AMERICAN DIETETIC ASSOCIATION REGISTRATION NUMBER IF APPLICABLE TO THE POSITION FOR WHICH YOU ARE APPLYING.)

CERTIFIED MEETING PLANNER, OSHA

AMERICAN HOTEL + MOTEL ASSOCIATION

LIST ANY HOBBIES OR INTERESTS WHICH HAVE A DIRECT BEARING ON THE JOB FOR WHICH YOU ARE APPLYING.

GET THE JOB DONE, CUSTOMER SERVICES (AWARD)

LIST ANY SPECIAL SKILLS OR ABILITIES WHICH DIRECTLY RELATE TO THE JOB FOR WHICH YOU ARE APPLYING.

EDUCATION INSTITUTE of AMERICAN HOTEL + MOTEL ASS.

DO YOU POSSESS A VALID CURRENT DRIVER'S LICENSE (ONLY FOR JOBS REQUIRING DRIVING A VEHICLE)?  ☑ YES  ☐ NO
DRIVER'S LICENSE NUMBER AND STATE   9563883  DC

### MILITARY SERVICE RECORD

HAVE YOU EVER BEEN A MEMBER OF THE ARMED FORCES OF THE UNITED STATES?  ☐ YES  ☑ NO
IF YES, LIST ANY SPECIAL SKILLS OR ABILITIES YOU DEVELOPED WHILE IN MILITARY SERVICE WHICH DIRECTLY RELATE TO THE JOB FOR WHICH YOU ARE APPLYING.

D0041