# EXHIBIT F

# Job Description

**ARAMARK Facility Services**
at **WASHINGTON CONVENTION CENTER AUTHORITY**
WASHINGTON, D.C.

## JOB DESCRIPTION

**Effective Date:** October 1, 2004
**Department:** Housekeeping Services
**Reports To:** Assistant Manager

**Title:** *Supervisor*

### GENERAL FUNCTIONS:

Maintains a high quality standard in housekeeping services by training, supervising and motivating the staff to insure all schedules are completed.

### JOB DUTIES:

1.    People Development and Relationships

1.1    Instructs and trains employees in the proper use of new equipment and cleaning products and procedures.

1.2    Retrain employees every 6 months, as planned, as per departmental polices.

1.3    Assists with New Employee Orientation and completes per departmental policies and procedures.

1.4    Is committed to self-development, as evident by reading at least one business/management book a year.

1.5    Utilizes appropriate disciplinary measures as outlined in Union Labor Agreement & departmental employee handbook.

1.6    Demonstrates the ability to identify and resolve interpersonal conflicts when dealing with members of the organization.

1.7    Demonstrates an unselfish attitude when working with peers and is considered a Team Player.

1.8    Conducts bi-annual team meetings (my specific team), utilizing Program Feedback forms to document my specific operational concerns and performance standards.

1.9    Reviews standards of performance quarterly and evaluates progress for areas of improvement.

1.10    Spends more than 80% of time out on the floors following up with departments and employees.

1.11    Always observant of the needs and feelings of others. No evidence of misunderstanding within department.

### Customer Satisfaction, Responsiveness and Initiative:

2.1    Acts, as a liaison between all shifts with no noted communication problems with peers or managers.

2.2    Submits work orders for all applicable maintenance repairs in my area of responsibility.

ARAMARK FACILITY SERVICES  
DESCRIPTION                                                                                       PAGE 2

2.3   All legitimate requests within facility are met immediately - giving the department a high reputation for service.

2.4   Proactive in dealing with missed service with no record of repeat problems and missed service.

2.5   Exercises initiative by seeking additional responsibilities and assignments without having to be asked.

2.6   Presents department in a positive manner to visitors, customers and other WCCA personnel.

2.7   All requests by ARAMARK personnel for special projects are completed immediately with no needed follow up.

2.8   Performs assigned duties in case of internal/external disasters and fires (drills).

2.9   Demonstrates the ability to turn problems into opportunities to serve.

2.10  Demonstrates whatever it takes attitude to customers, Mangers and other Supervisors at all times.

2.11  Daily contact with Managers and/or Supervisors to discuss problems or concerns.

### Job Knowledge and Quality of Work

3.1   Attains a high level of technical knowledge of ARAMARK's equipment, chemicals and programs as evidenced through the quality of work being performed in my areas of responsibility.

3.2   Completed Supervisory Development Programs as assigned.

3.3   The standard of cleanliness results in positive comments by Administration, Department Heads, customers and visitors.

3.4   Attends all mandatory departmental and Authority in-services.

3.5   No documented counseling within the year regarding my work.

3.6   Inspect 100% of all major projects completed by staff, and no projects are re-done due to poor performance.

3.7   100% of Total Quality Inspections (TQI) are completed as scheduled.

3.8   All Departmental Service Satisfaction Surveys are followed up within the first 30 days, and achieve a minimum satisfaction score of 80%.

3.9   100% completion of Workers Compensation and General Liability reports within 24 hours of occurrences.

ARAMARK FACILITY SERVICES  
DESCRIPTION                                                                                   PAGE 3

3.10   Checks all assigned areas (at least 3 times daily) to insure personnel are performing work and that they are following their work schedule. Reacts appropriately to noted observations and reinforces behavior through either praise or corrective action.

3.11   Equipment is kept clean and in good running order at all times.

3.12   Storage areas and closets are kept neat and clean at all times.

3.13   Stockroom is neat, clean and organized at all times.

**Program Implementation and Financial Performance**

4.1   Exhibits satisfactory completion of all job assignments/tasks without the need of overtime unless approved by Operations Manager.

4.2   Prepares sign-in-sheets at least one week in advance.

4.3   Starts the shift, on time, and arranges for assigned areas to have adequate coverage at all times by checking sign-in-sheets and using personnel effectively. Coordinates and accounts for all radios and keys with all employees at beginning and end of shift.

4.4   Address abusive absenteeism and tardiness among employees.

4.5   Maintains at all times the proper control over the use of chemicals and supplies to insure proper usage and cost containment.

4.6   Ensures that all chemicals and solutions are in properly labeled containers at all times.

4.7   Knows schedules for all assigned areas and is alert for ways to improve them.

4.8   Daily and weekly project sheets are completed in advance to insure effective use of staffing and hours.

4.9   Reports the need of any equipment needing repair or any unsafe conditions to the Assistant Manager.

4.10  Responsible for making sure all employees working in my area of responsibility have adequate supplies and equipment to do the job correctly.

4.11  Follow-up 100% of the time to ensure sign-in-sheets are fully completed, with hours logged and all scheduled and un-scheduled time off logged appropriately. Helps insure that payroll is correct, and employees are properly paid for time worked.

**Organizational Skills and Professionalism**

5.1   Supervisor minutes are professionally written and clearly communicate the agenda topics for that day.

**ARAMARK FACILITY SERVICES**  PAGE 4
**DESCRIPTION**

5.2 All reports and memos are well written and submitted on a timely basis.

5.3 Demonstrates outstanding decision making skills in all situations. Inspires confidence in all subordinates and peers.

5.4 Has demonstrated the ability to work out detailed plans with possible alternatives that maximize effectiveness of self and others.

5.5 Plans for vacations and special days off in advance (at least one week) and gives appropriate notice to Operations Manager.

5.6 For all my personal absences, will provide adequate notice by calling my manager one-hour prior to beginning of shift.

5.7 Has suggested practical new ways of coordinating work efforts to improve productivity. Excellent use of time.

5.8 Has earned high regard of staff. Very professional in actions and appearance. Communicates knowledge and confidence.

5.9 Maintains at all times a high standard of personal appearance (per employee handbook) among housekeeping & grounds staff.

5.10 Utilizes appropriate departmental chain of command in resolving complaints, grievances or problems.

5.11 Keeps all ARAMARK manuals/videos, and all items of a confidential matter secure within the facility. Confidential Company information is not disclosed to the facility's personnel or to anyone within the facility.

5.12 Reports all pertinent information to Assistant Manager as appropriate.

5.13 Maintains office area in a clean and organized manner.

5.14 Demonstrates effective use of delegation that involves planning, action and review, as measured by productivity of employees.

6. **POSITION SPECIFICATIONS:**

   A. <u>Education & Formal Training Requirements</u>:

   High School Graduate – College Preferred

**ARAMARK FACILITY SERVICES**  
**DESCRIPTION**                                                                PAGE 5

    B.    <u>Experience Requirements</u>:

One-year previous experience as a housekeeping supervisor with demonstrated knowledge of experience with facility floor plan and storage areas. Training and demonstrable skills shall include (but not limited to): 7-Step Cleaning Procedures, Floor Cleaning Procedures, Battery Operated Equipment Cleaning Procedures, Spray Buffing, Carpet Shampooing, Wall Washing, and Commercial Vacuum Operations. Knowledge and familiarity with chemical use and dilution rates.

    C.    <u>Physical Requirements</u>:

Requires very good health and stamina: constant standing; occasionally must operate roto (50 lbs.) Regular lifting and moving of full buckets of solution and various pieces of equipment.

    D.    <u>Other Requirements</u>:

Able to lead by example and the gentle art of persuasions. Must be able to work under pressure as difficult situations arise and retain a sense of diplomacy and urgency. Prioritized effectively in the face of infinite demands and finite resources. Communicate effectively both orally and written. Problem solving skills sufficient to affect "win-win" outcome. Comfortable with the reality of accountability that this position holds. Able to work weekends as assigned.

7.    **PREPARATION & APPROVALS:**

    Date:                    <u>10/1/2004</u>

    Resident General Manager:          _____