# EXHIBIT G

# Organizational Chart



ARAMARK FACILTIES SERVICES

Housekeeping Services

D0136