# EXHIBIT H

# Memorandum from Phil Myers to Shola Odeyale dated October 6, 2004



**ARAMARK**

To: Shola Odeyale

From: Phil Myers
District Manager

Subject: Documented Verbal Counseling for Shola's File

Date: October 6, 2004
7:10am

Shola was counseled by me related to misrepresenting the facts and quoting an on-site manager Chris Cunningham on October 5, 2004. After Chris & Shola observed an employee Gerald Willis on the loading dock; Chris told Shola that Gerald had been wasting time and being non productive after receiving direct instruction from Shola to clean several waste containers. Shola proceeded to tell other supervisors and the Assistant Operations Manager Herman Redden that Chris indicated Gerald was to be terminated and fired due to an unacceptable attitude and being unproductive. When Shola was questioned by me on the morning of the 6th, I had asked him why he was telling other supervisors and managers to fire Gerald. Shola's answer to me was that Chris specifically told him to do so. Once I discussed this issue with Shola with Chris present, Shola again told me that Chris told him to have Gerald fired. After Chris heard Shola's statement, Chris clarified what was actually said and Shola was not telling the truth and that he told Shola Gerald needed to be counseled & disciplined and you must warn and give Gerald and other employees with this sort performance should receive written warnings for such performance. Chris explained to Shola ARAMARK had just started managing this facility and we must work with and warn employees first in this situation and follow progressive discipline. When I questioned Shola after Chris corrected what was really said the day before, Shola admitted that this was true and had no response when I asked him why he lied to others and myself. Shola was warned and reminded by me what progressive discipline steps are and I also told him not to jump to telling others untrue information again. This memo is to be placed in Shola's personnel record and is to sever as a written verbal warning.

cc: Mike Noble