# EXHIBIT I

# Memorandum from Phil Myers to Shola Odeyale dated October 6, 2004 re: Written Warning



October 6, 2004
11;10am

To:         Shola Odeyale

From:       Phil Myers
            District Manager

Subject:    Failure to Follow Direct Instruction
            WRITTEN WARNING

Date:       October 6, 2004


At 7:50am in the Housekeeping Warehouse, I specifically instructed Shola to begin straightening and reorganizing the area as specifically told by Chris Cunningham the previous day. I also told Shola that Chris would be in near 9:00am and for him to work until Chris arrives. If he required assistance, have one or two other employees assist him if needed. I also instructed Shola to contact Juanita and inform her to provide other workers in that assistance is needed. I also reviewed proper safety procedures to be followed and I told him to not stand on improper platforms, chairs or other unsafe devices when removing or placing supplies on the top or 2nd shelves of the warehouse. I also told Sola that the previous day he told me he was properly trained on all Housekeeping and forklift type equipment and that we was authorized and certified to operate these pieces by Diane Nelson. I learned in the afternoon of October 5, 2004 from Diane, that this wasn't true and that Shola must complete and test on several pieces of equipment including the fork lift. With this information received from Diane; I specifically instructed Shola to not operate the forklift. One hour later near 9:30am, I heard a forklift being operated in the warehouse and presumed Diane Nelson was operating it. When I walked out of the office with Chris Cunningham, Shola was driving a forklift; which he was instructed not to do. I was upset and approached Shola with Chris and we were soon joined by Diane as Shola was stopping the forklift. I instructed Shola to turn off the forklift and then I proceeded to ask Diane in front of Shola if he was certified to operate this equipment. Diane stated NO and looked at Shola an informed him he knew he was not to operate this equipment and Diane stated to Shola; "I have told you several times in the past not to operate the forklift"! Shola, aggressively stated that he has operated forklifts for several years including at the Old Convention Center. Diane stated that she had told him that he had failed to take the final test and that she has told him numerous

times <u>not</u> to operate it until that test was taken. I then told Shola that he deliberately ignored my direct order given him by me only 2 hours before and that if he continued to ignore this sort of safety related instruction he would be discipline accordingly. I also informed him that this incident would be documented as a written warning and if he violated this type of instruction in the future, further disciplinary action up to and including termination would occur.

Received by: _____
Shola Odeyale

Given by: _____ 10/7/04
Phil Myers; District Manager