# EXHIBIT J

# Excerpts from the Deposition Transcript of Selita Janey

# In The Matter Of:

*SHOLA ODEYALE   v.*
*ARAMARK MANAGEMENT SERVICES*

---

*SELITA JANEY*
*December 5, 2006*

---

*For The Record, Inc.*

*Court Reporting and Litigation Support*

*10760 Demarr Road*

*White Plains, MD  USA  20695*

*(301) 870-8025     FAX: (301) 870-8333*

*Original File 61205JAN.ASC, 64 Pages*
*Min-U-Script® File ID: 4077025701*

# Word Index included with this Min-U-Script®

Page 21

[1] **Q:** Do you remember where you were when you
[2] had this last conversation with him?

[3] **A:** No, I just know I was at work.

[4] **Q:** Okay. Does anything stand out in your
[5] mind about that conversation?

[6] **A:** Not particularly, no.

[7] **Q:** When did you learn that Mr. Odeyale had
[8] filed a lawsuit against Aramark?

[9] **A:** When I was contacted and asked to come
[10] in and speak with his representatives.

[11] **Q:** Okay. And do you remember when that
[12] was?

[13] **A:** Not off the top of my head, no.

[14] **Q:** Was it in the past year?

[15] **A:** It may have been.

[16] **Q:** Okay. Do you remember who you spoke
[17] with?

[18] **A:** A lady by the name of Cynthia Duffe, I
[19] think it was.

[20] **Q:** Okay.

[21] **A:** Yeah.

[22] **Q:** And can you tell me what you remember

Page 22

[1] about that conversation?

[2] **A:** She brought me in. She asked me a few
[3] questions. I answered the questions. And that
[4] was pretty much it.

[5] **Q:** What did her questions pertain to?

[6] **A:** The situation between Mr. Shola and the
[7] Aramark supervisor.

[8] **Q:** Okay. Can you describe for me that
[9] situation between Mr. Odeyale and the Aramark
[10] supervisor?

[11] **A:** Okay, of course, you understand it's
[12] been a while, and as I stated initially when I
[13] first spoke to Ms. Duffe, I was a distance away.
[14] I was on the house dock, coming down the house
[15] dock area, making my rounds, checking my areas.
[16] Mr. Shola — and I'm not sure what the
[17] gentleman's name was, but he worked for
[18] Aramark — were having like a conversation that
[19] had became heated because their — the volume of
[20] their voices had raised, and down in that area,
[21] it's kind of echoey, because again, it's a
[22] loading dock.

Page 23

[1] So, I, like, thought I had heard, you
[2] know, something that, you know, wasn't, you
[3] know, right, and I later discussed it with
[4] someone, a friend of mine, and they were, like,
[5] are you sure? I was, like, well, I can't say
[6] I'm 100 percent sure that's what was said, but,
[7] you know, I'm kind of thinking it was. And then
[8] when, you know, it was said that, you know — I
[9] don't know, I just — my — the point I'm trying
[10] to make is I can't say 100 percent that — you
[11] know, that that gentleman called him a nigger.
[12] I can't say 100 percent whether he did.

[13] Initially I said that he did, because
[14] that's what I thought I may have heard, but
[15] because of the distance and the echo and what
[16] have you, I've been thinking about it since then
[17] and — well, not lately, of course, but after
[18] the incident occurred, you know, I had given it
[19] some thought, and I was like, well, I don't
[20] think I would sit well really, you know, saying
[21] 100 percent that's what that gentleman said if,
[22] in fact, that was not.

Page 24

[1] **Q:** Okay.

[2] **A:** So, now I'm saying I'm uncertain as to
[3] what he said.

[4] **Q:** Okay. Well, let me just ask you a few
[5] follow-up things about that.

[6] **A:** Sure.

[7] **Q:** You were on the house dock?

[8] **A:** Um-hum.

[9] **Q:** And how far away would you say
[10] Mr. Odeyale and Mr. Myers were?

[11] **A:** I'm not good with that, so that's why
[12] I'm thinking. Fifty feet?

[13] **Q:** Okay. And is the house dock separate
[14] from the loading dock?

[15] **A:** Well, we have a couple of — there's
[16] like three different loading dock areas.

[17] **Q:** Okay.

[18] **A:** You have the house dock area, which is
[19] in the north building right below where the
[20] facility operations offices are, and adjacent to
[21] that is like central plant, and that's where
[22] like the engineers and the PEPCO people are.

Page 41

[1] conduct an investigation?

[2]     A: Well, they said that they were, but I

[3] never wound up hearing anything from the lady

[4] that I initially spoke with. Her name was

[5] Georgia Stewart. I never wound up hearing

[6] anything from her, you know, and I tried to make

[7] contact, and I kept getting the run-around and

[8] voicemails and things of that nature, so...

[9]     Q: And do you remember when that was, even

[10] approximately?

[11]     A: Hmm, I'm going to say the latter part

[12] of 2004, early 2005.

[13]     Q: Okay. Have you ever made a complaint

[14] about an Aramark employee?

[15]     A: No.

[16]     Q: Okay, looking back at Exhibit 1, which

[17] you have in front of you —

[18]     A: Um-hum, right.

[19]     Q: — it says, "During my shift on or

[20] about October 5th, 6th or 7th, 2004."

[21]     Do you have any recollection of which

[22] date it was that you observed this interaction?

Page 42

[1]     A: No, and that's why I said the 5th, 6th,

[2] 7th, because I — again, I didn't want to

[3] falsify anything.

[4]     Q: Okay. And when you met with Ms. Duffe,

[5] was Mr. — was anyone else present?

[6]     A: I think I spoke to her initially alone,

[7] and I don't think that — I think I went back

[8] like — there was another time where I went back

[9] and we did this, but initially, I think I spoke

[10] to her alone. I think it was a — she and I

[11] spoke with one another alone on both occasions,

[12] I would say. Yeah, I don't recall.

[13]     Q: So, you recall two conversations with

[14] her?

[15]     A: There may have been more than two

[16] conversations. Are you referring to them in person

[17] or phone-wise or — I mean, I have had a few

[18] phone conversations with her, and I've met with

[19] her a few times.

[20]     Q: Okay.

[21]     A: I think that's fair to say.

[22]     Q: Do you remember the first time you

Page 43

[1] spoke with her?

[2]     A: I'm going to say it was shortly after

[3] the incident occurred.

[4]     Q: Okay. And this is — this says —

[5] Exhibit 1 says, "Executed on October 18th,

[6] 2004."

[7]     Do you recall whether that's the date

[8] you signed this?

[9]     A: I'm thinking it must have been, because

[10] I remember speaking to them on whatever day this

[11] was done, and then the young lady left out, and

[12] she typed it up, and she brought it back, asked

[13] me to read over it, and then I signed off on it.

[14] So, I would say yes.

[15]     Q: Okay. So, had you — before the

[16] meeting where she prepared this, had you spoken

[17] to her previous to that?

[18]     A: This was someone new. I don't recall

[19] her name.

[20]     Q: Okay.

[21]     A: But it wasn't Ms. Duffe.

[22]     Q: Okay.

Page 44

[1]     A: Yeah.

[2]     Q: Was it someone from the same office as

[3] Ms. Duffe, though?

[4]     A: Yes.

[5]     Q: Okay. And so Ms. Duffe did not prepare

[6] this; someone else did. Is that what you're

[7] saying?

[8]     A: Yes.

[9]     Q: Okay. Did — when she prepared this,

[10] whoever it was, did you make any changes to it,

[11] to what she had prepared?

[12]     A: No, because at that time, I was certain

[13] that that's what transpired.

[14]     Q: Um-hum.

[15]     A: But again, afterwards, it started

[16] bothering me, and — after I spoke to my friend,

[17] and he was telling me, he was like, listen, you

[18] know, you don't want to perjure yourself. Are

[19] you 100 percent sure? You know, you have got to

[20] think about this is a person's reputation and

[21] this, that and the other, and I was like, wow,

[22] you know, you're absolutely right. I said, that

Page 45

[1] was the loading dock area, it is an echoey area,
[2] and I cannot say 100 percent. What should I do?
[3] I have already signed off on a paper saying
[4] that, you know, I did actually hear it, but if I
[5] can't say 100 percent that he did call him a
[6] nigger, then I don't want to be on paper or
[7] otherwise as saying that that gentleman called
[8] him a nigger.
[9]    **Q:** So, is it fair to say that you no
[10] longer agree with this declaration?
[11]    **A:** Absolutely.
[12]    **MR. HOARE:** Objection.
[13]          **BY MS. EMIG:**
[14]    **Q:** Have you spoken with anyone from
[15] Ms. Duffe or Mr. Hoare's office since the time
[16] you signed this declaration?
[17]    **A:** I spoke to someone during the summer
[18] months, and I think it may have been Ms. Duffe.
[19]    **Q:** And was that the summer of 2006?
[20]    **A:** Um-hum.
[21]    **Q:** Okay. And what was discussed?
[22]    **A:** I believe she called in reference to

Page 46

[1] this particular incident.
[2]    **Q:** And what was the purpose of — it was a
[3] telephone call?
[4]    **A:** Um-hum.
[5]    **Q:** And what was the purpose of her call?
[6]    **MR. HOARE:** Objection.
[7]          **BY MS. EMIG:**
[8]    **Q:** Or let me rephrase that question.
[9] What did she say to you on the phone
[10] call?
[11]    **A:** She basically was mentioning the case,
[12] I guess you could say, and that was pretty much
[13] it. It's not like she asked me to come into the
[14] office or — I guess because the time frame, you
[15] know, it was in the time frame of it, you know,
[16] coming to surface, so I guess she just wanted to
[17] discuss it again.
[18]    **Q:** Okay. Have you —
[19]    **A:** And she had said that she had mailed me
[20] some information that I hadn't gotten, and that
[21] was basically it.
[22]    **Q:** Did you ever receive any information in

Page 47

[1] the mail?
[2]    **A:** Yeah, I did eventually.
[3]    **Q:** What was it?
[4]    **A:** It was pretty much telling me something
[5] in regards to the case again. I don't think it
[6] was anything saying that they wanted me to meet
[7] with them or — or what have you. I don't
[8] recall, again, because I read it — when I
[9] finally got it, I read it, and then I put it
[10] away, and then that was that, so...
[11]    **Q:** Was it a letter to you?
[12]    **A:** Um-hum.
[13]    **Q:** And do you remember what the letter
[14] said?
[15]    **A:** No.
[16]    **Q:** Do you — have you ever discussed —
[17] excuse me.
[18]       When did you find out that Mr. Odeyale
[19] had filed a lawsuit against Aramark?
[20]    **A:** I think that there had been talk about
[21] it throughout the building, and then there was
[22] contact made, and then I went to their firm and

Page 48

[1] spoke to someone, so...
[2]    **Q:** And when you went — when you say you
[3] went to their firm and spoke to someone, was
[4] that in October of 2004?
[5]    **A:** Probably.
[6]    **Q:** Okay. Have you ever had a conversation
[7] with Mr. Odeyale about his allegations in this
[8] lawsuit?
[9]    **A:** No.
[10]    **Q:** Do you know what his allegations are in
[11] this lawsuit?
[12]    **A:** No.
[13]    **Q:** Did you bring any documents with you
[14] today?
[15]    **A:** No.
[16]    **Q:** Do you still have a copy of the letter
[17] that was sent to you?
[18]    **A:** I may have.
[19]    **MS. EMIG:** Okay, I don't have any other
[20] questions.
[21]    **MR. HOARE:** Let's take a short break.
[22] Do you have time to take a short break?

Page 57

[1] **A:** I doubt it.

[2] **Q:** Okay, all right. Do you know

[3] Mr. Cunningham?

[4] **A:** No.

[5] **Q:** Mr. Noble, Mike Noble?

[6] **A:** I think I remember him. I remember

[7] him.

[8] **Q:** Okay. Mr. Cunningham's first name is

[9] Chris, does that —

[10] **A:** I would have to see his face, actually.

[11] **Q:** Okay.

[12] **A:** Yeah.

[13] **Q:** And you remember a Mike Noble?

[14] **A:** I do remember Mike Noble.

[15] **Q:** Do you remember what position he had?

[16] **A:** He was in management.

[17] **Q:** Was he below or above Mr. — or the

[18] tall thin bald-headed guy?

[19] **A:** Good question. I have no idea.

[20] **Q:** Okay.

[21] All right, I very much appreciate your

[22] cooperation today.

Page 58

[1] **A:** All righty, okay.

[2]                    **EXAMINATION**

[3]                 **BY MS. EMIG:**

[4] **Q:** If can I just ask a couple more

[5] questions —

[6] **A:** Sure — no, I have one. If I wanted to

[7] withdraw this, is it too late or —

[8] **Q:** No.

[9] **A:** That's what I'd like to do.

[10] **Q:** So, are you saying that this statement

[11] is not true and correct?

[12] **MR. HOARE:** Objection.

[13] **THE WITNESS:** Yes.

[14]                 **BY MS. EMIG:**

[15] **Q:** And just to be clear, the statement

[16] refers to Phil Myers, but you witnessed an

[17] exchange between Mr. Odeyale and a tall thin

[18] bald man. Did you at some point confirm that

[19] that same person was Mr. Myers or —

[20] **A:** Yeah.

[21] **Q:** Were you — at the time of this

[22] statement — is it true that you — excuse me.

Page 59

[1]    Is the statement still true to the

[2] extent that it states that you heard an exchange

[3] between Shola Odeyale and Phil Myers?

[4] **A:** Well, what I had did was I asked

[5] someone, just like — I was having a general

[6] conversation, I never mentioned why I was asking

[7] them, and I was like, hey, what's that guy's

[8] name? I said he's kind of new around here, I

[9] haven't seen him much. And they said, well, his

[10] name is Phil Myers, and he's the one I saw

[11] having the exchange with Shola, so that's how I

[12] found out what his name was, because again, he

[13] was kind of like an unfamiliar face. He was,

[14] like, new.

[15]    I don't know if he was there or he came

[16] in periodically, but he was not around on a

[17] consistent basis. He had just started I would

[18] say working there, if that's what he was doing,

[19] or coming over as a project manager. I don't

[20] know what his job title was. I don't know.

[21] **Q:** Okay.

[22] Thank you, I have no further questions.

Page 60

[1] Thank you very much for coming in.

[2] **A:** Thank you.

[3] All right, do you guys want this back?

[4] **Q:** Yes, thank you.

[5]    (Discussion off the record.)

[6] **MR. HOARE:** For the record, Ms. Janey

[7] has decided to review the transcript.

[8]    (Reading and signature reserved.)

[9]    (Whereupon, at 11:56 a.m. the

[10] deposition was concluded.)

[11]

[12]

[13]

[14]

[15]

[16]

[17]

[18]

[19]

[20]

[21]

[22]