UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHOLA ODEYALE, <br><br> Plaintiff, <br><br> v. <br><br> ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP, <br><br> Defendant. | ) <br> ) <br> ) Civil Action No. 1:05cv02250 RMC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Upon consideration of Defendant's motion for summary judgment, Plaintiff's opposition thereto, and any reply, it is this _____ day of _____, 2007

ORDERED that Defendant's motion is DENIED.

_____
United States District Judge

Dated: _____