UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHOLA ODEYALE, | ) |
| Plaintiff, | ) Civil Action No. 1:05cv02250 RMC |
| v. | ) |
| ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP, | ) |
| Defendant. | ) |

PLAINTIFF'S LIST OF EXHIBITS
IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

| Exh. | Description |
|---|---|
| 1 | Odeyale Deposition |
| 2 | Cunningham Deposition |
| 3 | Janey Declaration |
| 4 | Janey Deposition |
| 5 | Myers Deposition |
| 6 | People Information Form |
| 7 | Letter from Michael Noble to Plaintiff |