UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA


SHOLA ODEYALE,                    )

      Plaintiff,               )

      vs.                      )  Case No. 1:05CV02250

ARAMARK MANAGEMENT SERVICES       )

LIMITED PARTNERSHIP,              )

      Defendant.               )

      -    -    -    -    -


      The deposition of OLOLADE SHOLA ODEYALE was
taken on Monday, January 29, 2007, commencing at
10:00 a.m., at Morgan, Lewis & Bockius, LLP, 1111
Pennsylvania Avenue, N.W., Washington, D.C., before
Karen Hinnenkamp, Registered Merit Reporter and
Notary Public.

      -    -    -    -    -



PLAINTIFF'S EXHIBIT

Page 22

```
1    Q    And what property did you work at?
2    A    Several places.  I can't remember.
3    Q    Do you recall when you worked at
4  Unlimited Security?
5    A    No, ma'am.  I don't recall.
6    Q    Was that your first job after you moved
7  to the United States?
8    A    I don't remember.
9    Q    You also mentioned Loews L'Enfant Plaza
10  Hotels?
11   A    Yes, ma'am.
12   Q    What was your position at Loews L'Enfant?
13   A    I'm the housekeeping manager.
14   Q    I'm sorry, if we could just go back one
15  second.  How long did you work at Unlimited
16  Security?
17   A    I don't remember how long.
18   Q    Was it more than a year do you think?
19   A    It's more than a year, but I don't
20  remember.
21   Q    Okay, thank you.  You were the
22  housekeeping manager at Loews, is that correct?
```

Page 23

```
1    A    Yes, ma'am.
2    Q    How long were you employed there?
3    A    I don't remember.
4    Q    Do you remember who your supervisor was?
5    A    Yes, ma'am.
6    Q    Who was that?
7    A    His name is Rashad.
8    Q    You don't remember his last name?
9    A    No, ma'am.
10   Q    What were your job responsibilities?
11   A    My job responsibility was hiring, hiring
12  process, assist in budgeting, monitoring the
13  supervisor that's under me, and sometimes doing the
14  guest rooms inspection in the buildings, and the
15  payroll.
16   Q    How many employees were you supervising?
17   A    I don't remember, ma'am.
18   Q    Were you supervising housekeepers?
19   A    Yes, ma'am.
20   Q    Did you receive any promotions when you
21  were in that job?
22   A    No, ma'am.
```

Page 24

```
1    Q    And why did you leave?
2    A    Because I get a more paying job.
3    Q    I'm sorry?  I couldn't hear you.  Could
4  you repeat that answer?
5    A    Yes, ma'am.  I get a more paying job
6  then.
7    Q    Okay.  Were you looking for a job at the
8  time?
9    A    I don't remember.
10   Q    What was that next job that you had?
11   A    Extended Stay America as a general
12  manager.
13   Q    And what is Extended Stay America?
14   A    It's a hotel.
15   Q    Where is it located?
16   A    Alexandria, Virginia.
17   Q    And I'm sorry, what was your position
18  there?
19   A    General manager.  Assistant general
20  manager, I'm sorry.  Assistant general manager.
21   Q    And what did that job entail?
22   A    You mean my job description?
```

Page 25

```
1    Q    Yeah.  What were your job
2  responsibilities?
3    A    Oh, it was including the hiring, hiring
4  process, assist in budgeting, payroll, retention,
5  and --
6    Q    I'm sorry, continue.
7    A    Yes, ma'am.  Including the evaluation of
8  the employees.
9    Q    How many employees were you supervising?
10   A    I don't remember, ma'am.
11   Q    Why did you leave Extended Stay America?
12   A    For more paying job.
13   Q    What was your next job?
14   A    Washington Convention Center.
15   Q    When did you start at the Washington
16  Convention Center?
17   A    April of '01.
18   Q    Did you work at the Capital Hilton at
19  some point before you began at the Washington
20  Convention Center?
21   A    Yeah, before.  Yes, ma'am.  Before all
22  that.
```

fbf2d5fe-b426-424a-af81-694e2dc0b44b

Page 26

1   Q   Do you remember when?
2   A   I work at the Hilton in the nineties,
3   before Extended Stay, before Loews L'Enfant Plaza,
4   before Washington Convention Center.
5   Q   Okay. Did you come to the United States
6   in the 1990s?
7   A   Yes, ma'am.
8   Q   Okay. What was your position at the
9   Washington Convention Center?
10   A   I'm the senior building -- building
11   services supervisor.
12   Q   Was your title building services
13   supervisor or senior building supervisor? Could you
14   tell me what your title is one more time?
15   A   Okay. Building services supervisor.
16   Q   Okay, thank you. How did you learn about
17   that position?
18   A   Through an application. I fill out an
19   application.
20   Q   You don't remember how you learned that
21   there was a job opening?
22   A   No, ma'am.

Page 27

1   Q   Did you interview for the position?
2   A   Yes, ma'am.
3   Q   Do you remember who interviewed you?
4   A   Yes, ma'am.
5   Q   Who was that?
6   A   Three people interview me. One is the
7   general manager. I forgot his name. And the
8   director of the administration, Cecilia Bankins.
9   And the third one is Patricia Kearney. Kearney
10   spelled K-E-A-R-N-E-Y.
11   Q   Who was your supervisor at the Washington
12   Convention Center?
13   A   Rick Datcher.
14   Q   What was Rick Datcher's position?
15   A   He was the manager.
16   Q   Was he the manager of building services?
17   A   Yes, ma'am.
18   Q   What were your job responsibilities as
19   building services supervisor?
20   A   Yes, ma'am. Retention. Evaluation of
21   the employees. Assist in budgeting of my
22   department. Assist in the payroll. I forward the

Page 28

1   employees' payroll to the accounting every biweekly.
2   And I check the building. I attend to our
3   customers. I check all the rooms, make sure all the
4   rooms is ready for the customers. And some other
5   thing I can't remember.
6   Q   Okay. You mentioned that you were
7   involved in retention and evaluation of employees,
8   is that correct?
9   A   Yes, ma'am.
10   Q   How many employees did you supervise?
11   A   I can't remember.
12   Q   Was it more than 10?
13   A   Yes, ma'am.
14   Q   Was it more than 20?
15   A   Yes, ma'am.
16   Q   Was it more than 50?
17   A   I don't know. I can't remember.
18   Q   What was the job title of the employees
19   that you supervised?
20   A   Housekeeping.
21   Q   They were all housekeeping.
22   A   Yes.

Page 29

1   Q   What shift did you work?
2   A   The middle shift, 2:30 to 11:30.
3   Q   What days of the week did you work?
4   A   My off days was Sunday, Monday.
5   Q   So you worked Tuesday through Saturday?
6   A   Through Saturdays, yes, ma'am.
7   Q   Did you receive any promotions while you
8   were employed at the Washington Convention Center?
9   A   No, ma'am.
10   Q   Were you ever disciplined during your
11   employment with the Washington Convention Center?
12   A   I'm sorry, can you rephrase the question
13   again?
14   Q   Did you receive any discipline while you
15   were employed at the Washington Convention Center?
16   A   No, ma'am.
17   Q   No?
18   A   Yes, ma'am.
19   Q   Did any employees ever make any
20   complaints about you while you were employed at the
21   Washington Convention Center?
22   MR. HOARE: Objection. Vague and

fbf2d5fe-b426-424a-af81-694e2dc0b44b

Page 38

1    Q    So you remained a -- was your position
2  building services supervisor?
3    A    Yes, ma'am.
4    Q    And then how did your position as a
5  building services supervisor for the Convention
6  Center, how did that end?
7    A    September the 30th, 2004.
8    Q    Okay.  And why did it end?
9        MR. HOARE:  Objection.  Calls for
10  speculation.
11       THE WITNESS:  Because they outsourced the
12  department.
13       BY MS. EMIG:
14   Q    Okay.  Were you offered any sort of
15  severance?
16   A    Yes.
17   Q    Do you remember how much severance you
18  were offered?
19   A    No, ma'am.
20   Q    Do you remember what you were earning
21  while you were employed by the Washington Convention
22  Center?

Page 39

1    A    I don't remember.
2    Q    Did you apply for employment with the new
3  contractor?
4    A    Yes, ma'am.
5    Q    What did the Washington Convention Center
6  tell you about the new contractor?
7    A    They told me that the new contractor
8  Aramark, they will give me a job that I'm doing
9  right now with the Convention Center, the same pay,
10  and I cannot be terminated until like maybe six
11  months.  If they still need me, they can keep me.
12   Q    And did you wish to work for the new
13  contractor?
14   A    Yes, ma'am.
15   Q    Okay.
16       MS. EMIG:  I would like to mark
17  Exhibit 1.
18           (The document referred to was
19            marked Deposition Exhibit
20            No. 1 for identification.)
21       BY MS. EMIG:
22   Q    Do you recognize this document?

Page 40

1    A    Yes.
2    Q    Can you tell me what it is?
3    A    It is a notice of abolishment of position
4  notice.
5    Q    On the second page, is that your
6  signature?
7    A    Yes.
8    Q    And it's dated September 7th, 2004, is
9  that correct?
10   A    Yes.
11   Q    Does that refresh your recollection as to
12  when you might have learned that the Convention
13  Center had decided to outsource your department?
14   A    Yes.
15   Q    Do you think it was around September 7th
16  that you learned this?
17   A    Yes.
18   Q    On the first page of this document, in
19  the third paragraph, it says "You will be paid your
20  current salary, $18.89 an hour."  Was $18.89 per
21  hour your salary at the Washington Convention
22  Center?

Page 41

1    A    I don't know.
2    Q    Does that sound to be approximately
3  correct?
4    A    Yes.
5    Q    Thank you.  Do you recall receiving any
6  other documents from the Washington Convention
7  Center with respect to its decision to outsource
8  your department?
9    A    I don't remember, ma'am.
10   Q    Thank you.  You can hand that back.
11   A    Yes, ma'am.
12   Q    What was the first contact you had with
13  Aramark?
14   A    With Mr. Phil Myers.
15   Q    And when did that occur?
16   A    He called me -- he called me when I
17  arrive at the airport.
18   Q    Where were you arriving from?
19   A    From New York.
20   Q    And why had you been in New York?
21   A    I was sick.
22   Q    You were sick?

Page 42

1    A    Yes.
2    Q    And why had you gone to New York?
3    A    To stay with my grandmother.
4    Q    Okay. Do you remember how long you were
5  in New York?
6    A    No, ma'am.
7    Q    Do you remember when that was?
8    A    It's got to be around that
9  August-September.
10    Q    August or September of 2004?
11    A    Yes.
12    Q    Did you go to New York and stay with your
13  grandmother while you were on the leave of absence?
14    A    Yes.
15    Q    Do you recall whether it would have been
16  after September 7th when you received notice of the
17  abolishment of position?
18    A    I don't remember.
19    Q    Can you describe your telephone
20  conversation with Mr. Myers?
21    A    Part of the conversation was he can't
22  wait to see me, that the housekeepers, they say I'm

Page 43

1  the best, I'm the best manager. And he, too, he
2  cannot wait to see me.
3    Q    What was your response?
4    A    My response was me too, I cannot wait to
5  come over there and join them and join the
6  organization.
7    Q    Did you make arrangements for when you
8  would start?
9    A    Yes, ma'am.
10    Q    Or actually can I rephrase the question?
11    A    Yes.
12    Q    Did you make arrangements for when you
13  would meet with Mr. Myers?
14    A    He called me a day prior to the day I'm
15  going to start working with him.
16    Q    Okay. So he asked you to come in the day
17  before you were going to start working.
18    A    No.
19    Q    I'm sorry, I could have misunderstood.
20    A    Yeah. The day --
21    MR. HOARE: What's the question?
22    MS. EMIG: The question is did he make

Page 44

1  arrangements to meet with Mr. Myers?
2    THE WITNESS: Yes.
3    BY MS. EMIG:
4    Q    And when were you going to meet with
5  Mr. Myers?
6    A    October the 1st, the day I supposed to
7  start working for them. He told me to come early
8  and so we can talk.
9    Q    Okay. He asked you to come on October
10  1st.
11    A    Yes.
12    Q    Okay. How long do you think this
13  telephone conversation lasted?
14    A    I don't remember how long.
15    Q    Did Mr. Myers ask you to submit a job
16  application?
17    A    No, ma'am.
18    Q    Did he indicate that he would want to
19  interview you?
20    MR. HOARE: Objection. Vague.
21  Ambiguous.
22    THE WITNESS: I don't remember.

Page 45

1    BY MS. EMIG:
2    Q    Were you aware that Aramark had been
3  conducting interviews of Convention Center
4  employees?
5    A    I don't remember.
6    Q    Do you remember what the last day you
7  worked at the Convention Center was?
8    A    Yes, ma'am.
9    Q    When was that?
10    A    September the 30th of 2004.
11    Q    Did you actually work that day?
12    A    Yes, ma'am.
13    Q    So you had returned from your leave of
14  absence by that time?
15    A    Yes, ma'am.
16    Q    Were you aware of any other supervisors
17  that you worked with at the Convention Center
18  applying for positions with Aramark?
19    A    Can you rephrase the question again,
20  ma'am?
21    Q    Were any of the other supervisors in your
22  department applying for positions with Aramark?

fbf2d5fe-b426-424a-af81-694e2dc0b44b

Page 50

BY MS. EMIG:

1  Q    Are there any other examples you can
2  think of?
3  A    No, that's all I can remember now.
4  Q    What was the first time you came to the
5  Aramark office?
6  A    October the 1st, 2004.
7  Q    Who did you meet with?
8  A    Phil Myers, my supervisor.
9  Q    Did you meet with anyone else?
10 A    I don't remember.
11 Q    Was anyone else present?
12 A    No, only him.
13 Q    Phil Myers was the only person in the
14 Aramark office?
15 A    In the Aramark office, yes.  And some,
16 and some girls there.  I don't remember.
17 Q    I'm sorry, did you say some girls?
18 A    Some, like two ladies.
19 Q    Okay.  Do you remember who those women
20 were?
21 A    No, ma'am.

Page 51

1  Q    What did you and Mr. Myers discuss?
2  A    He was looking at my -- we were
3  discussing and he was telling me that people, former
4  employees, they talk very good about you, the woman,
5  the housekeepers, and the management.  There is a
6  lot of good talk, very good, highly good about me.
7  Q    What else did you discuss?
8  A    We discuss about my, what my citizenship.
9  Looking at my passport.  I show him my passport and
10 he say, you know, that's nice.  You know, he say
11 welcome back aboard.
12 Q    What did he tell you about possible
13 employment with Aramark?
14 MR. HOARE:  Objection.  Assumes facts not
15 in evidence.
16 BY MS. EMIG:
17 Q    Did he tell you anything about possible
18 employment with Aramark?
19 A    He told me I'm going to be the evening
20 shift supervisor.
21 Q    Anything else?
22 A    And he said as the temps goes on, he is

Page 52

1  going to make me the evening shift manager.
2  Q    Do you remember what time of day this
3  meeting occurred?
4  A    I don't remember.
5  Q    How long do you think the meeting lasted?
6  A    I don't remember, ma'am.
7  Q    Did Mr. Myers tell you what the job
8  responsibilities were for the evening shift
9  supervisor?
10 A    Yes, ma'am.
11 Q    What did he say?
12 A    He told me I'm going to be basically
13 doing the things that I've been doing before with
14 the Convention Center.  He said maybe sometimes I
15 would be showing the Aramark management staff,
16 showing them around the building, because the
17 convention staff said I'm the one that know both in
18 and out of the Convention Center, both the
19 corridors, where to go in case of the emergencies.
20 So I'm going to be the right person to go to.  And I
21 said that would be no problem, sir.
22 Q    And who was going to be your supervisor?

Page 53

1  A    Phil Myers.
2  Q    He was going to be your direct
3  supervisor?
4  A    Yes.
5  MS. EMIG:  Mark this Exhibit 3, please.
6  (The document referred to was
7  marked Deposition Exhibit
8  No. 3 for identification.)
9  BY MS. EMIG:
10 Q    Mr. Odeyale, can you review this document
11 and tell me whether or not you recognize it?
12 MR. HOARE:  Take your time to look at it,
13 please.
14 THE WITNESS:  Yes.
15 (Brief pause.)
16 THE WITNESS:  Yes.
17 BY MS. EMIG:
18 Q    Can you tell me what this document is?
19 A    It is employment application for
20 employment.
21 Q    Is this your handwriting on this
22 document?

fbf2d5fe-b426-424a-af81-694e2dc0b44b

Page 54

1   A   Yes.
2   Q   On the third page is that your signature?
3   A   Yes.
4   Q   And is that your handwriting which
5   indicates the date 9-30-04?
6   A   Yes.
7   Q   Do you remember completing this document?
8   A   Yes.
9   Q   When did you complete it?
10  A   9-30-04.
11  Q   After you have had a chance to review it,
12  is the information that's provided on this
13  application for employment accurate?
14  A   Yes.
15  Q   At the time that you completed this
16  application had you already spoken with Mr. Myers on
17  the telephone?
18  A   Yes.
19  Q   And who gave you this application to
20  complete?
21  A   Phil Myers.
22  Q   He gave it to you.

Page 55

1   A   Yes.
2   Q   When was the first time you met Mr. Myers
3   in person?
4   A   I think it's on or about 9-30-04.
5   Q   Was 9-30-04 the day you came to meet with
6   him at the office?
7   A   On or about.
8   Q   Okay. On the first page, which in the
9   right-hand corner is labeled D0038, in the space
10  that says position applied for you wrote operation
11  project manager, daytime, is that correct?
12  A   Yes.
13  Q   Is that the position you were applying
14  for?
15  A   No, Phil told me to put it down, so
16  because the daytime operation project manager is
17  going to be open when the full -- when they are
18  going full in the operations. So he told me to just
19  write this down and put it down.
20  Q   Okay. What was your understanding, or
21  what did the operation project manager do?
22  A   I don't really know what the Aramark

Page 56

1   project manager operation would be doing.
2   Q   Would this position be more senior to a
3   supervisor position?
4   MR. HOARE: Objection. Calls for
5   speculation.
6   THE WITNESS: I don't know.
7   BY MS. EMIG:
8   Q   Did Mr. Myers tell you anything else
9   about this position?
10  A   No.
11  Q   Did he give you a sense of when the
12  operation would be up and running or when this
13  position would be available?
14  MR. HOARE: Objection. Vague.
15  Ambiguous. Compound.
16  THE WITNESS: No, ma'am.
17  BY MS. EMIG:
18  Q   Let me rephrase that question. Did he
19  tell you when this position would be available?
20  A   He just say when they go into full
21  operation and he would let me know.
22  Q   At the time you were filling out this

Page 57

1   application was Aramark just beginning its
2   operations?
3   MR. HOARE: Objection. Vague.
4   Ambiguous.
5   THE WITNESS: I don't know.
6   BY MS. EMIG:
7   Q   Had Aramark had employees at the
8   Convention Center before September of '04?
9   MR. HOARE: Calls for speculation.
10  THE WITNESS: I don't know.
11  BY MS. EMIG:
12  Q   Did Mr. Myers ask you any questions
13  during this meeting?
14  A   I don't remember.
15  Q   Did you meet with anyone else that day?
16  A   I don't remember.
17  Q   What position did you have at Aramark?
18  A   I supposed to be the supervisor.
19  Q   So did Mr. Myers hire you that day?
20  A   Yes, ma'am.
21  Q   And what position did he hire you for?
22  A   He hire me for a supervisor.

Page 66

1    Q    Do you recall whether you worked on
2  Sunday, October 3rd?
3    A    I don't recall.  No, ma'am.
4    Q    Did you work on Sunday, October 3rd?
5    A    No, ma'am.
6    Q    Did you work on Monday, October 4th?
7    A    No, ma'am.
8    Q    Do you remember what the last day you
9  worked at Aramark was?
10   A    Yes, ma'am.
11   Q    What day was that?
12   A    October the 6th, 2004.
13   Q    So is it accurate that you worked four
14  days for Aramark?
15   A    Yes, ma'am.
16   Q    Okay, thank you.
17   A    Thank you.
18   Q    What were you asked to do on your first
19  day of work?
20   A    My supervisor, Phil Myers --
21        MR. HOARE:  Let me object to the form of
22  the question to the extent that it assumes facts not

Page 67

1  in evidence and it's vague and ambiguous.
2        BY MS. EMIG:
3    Q    You can continue.
4    A    Okay.  He told me to follow him to the
5  big storage room.  I'm to be rearranging and moving
6  heavy stuff.
7    Q    What sort of things were you rearranging?
8    A    I can remember a few, like sands,
9  S-A-N-D, sands in the bag and snow salt, chemicals,
10  and some other things.
11   Q    How big or how heavy were the bags of
12  sand?
13   A    A hundred pound.
14   Q    And how heavy were the bags of snow salt?
15   A    It's about a hundred pounds too.
16   Q    Did Mr. Myers tell you what he wanted you
17  to do in the storeroom?
18   A    He told me -- he showed me the big
19  storage room and he told me -- can I describe it for
20  you?
21   Q    Yes.
22   A    Okay.  He said about like half of this

Page 68

1  room full of snow salt and a lot of things.  He want
2  me to move them to other places.  And I was trying
3  to explain to him that that's the right place to be.
4  But he is my supervisor and I was talking to him
5  very cautiously, that that is the place that is need
6  to be.  And I told him, I say this big storage room,
7  I help to set it up.  And the general manager, the
8  director, everybody, they look at it, they say
9  perfect.  So I say --
10        MR. HOARE:  No, we're interested in what
11  he said to you.
12        THE WITNESS:  Okay.  So he told me to
13  move all the stuff on the floor and rearrange it and
14  put it away somewhere.
15        BY MS. EMIG:
16   Q    And what did you say to him?
17   A    So I start doing it and he told me to use
18  my hands to lift it.  And I say I have to go and get
19  the pallet jack.  So I went to get the pallet jack.
20  So I remove a lot of them and we still have a lot of
21  them.  Because the pallet jack cannot reach the
22  place he want me to put it, so I use my hand.

Page 69

1        MS. EMIG:  Can we go off the record?
2        THE VIDEO OPERATOR:  Off the record at
3  11:41.
4        (Brief pause.)
5        THE VIDEO OPERATOR:  On the record at
6  11:41.
7        BY MS. EMIG:
8    Q    Mr. Odeyale, could you continue telling
9  me what you were saying to Mr. Myers about the
10  storeroom?
11   A    Right.
12   Q    I believe Mr. Hoare interrupted your
13  testimony on that.  Could you finish that?
14        MR. HOARE:  Well, it assumes facts not in
15  evidence.  Maybe you could -- can we repeat the
16  question?
17        BY MS. EMIG:
18   Q    What was your response when Mr. Myers
19  asked you to rearrange the storeroom?
20   A    He told me to be moving the heavy objects
21  and put them away.
22   Q    And did you think that was a good idea?

1    A    No.
2    Q    Why not?
3    A    Because the heavy stuff supposed to be on
4    the floor, not on the shelf, before if we need it,
5    so to remove them again is going to be very, very
6    difficult.
7    Q    And had you set up the storeroom as it
8    was arranged when Mr. Myers was showing it to you?
9         MR. HOARE: Vague. Ambiguous.
10         THE WITNESS: Can you rephrase the
11   question so I can understand it?
12        BY MS. EMIG:
13   Q    Did you ever work in that storeroom when
14   you were an employee of the Washington Convention
15   Center?
16   A    I monitoring people working over there.
17   I supervise people that work over there.
18   Q    Had you designed the way the storeroom
19   had been set up?
20   A    Yes.
21   Q    And how was it set up?
22   A    We set it up that the employees can get

1    whatever, what they want to use, what equipment or
2    chemicals they want to use, that is not going to
3    hurt them and in a very timely manner.
4    Q    Where were the chemicals and equipment
5    stored, or how was it stored?
6    A    We store some on the lower shelf. Every,
7    all the heavy heavy stuff, we don't put them on the
8    top top top top. We put them on the lower lower
9    lower level.
10   Q    And how did Mr. Myers ask you to
11   rearrange it?
12   A    He wanted me to put all the heavy stuff
13   on the top top of the shelf and the light light
14   stuff, he wanted that to be on the floor.
15   Q    And what did you tell Mr. Myers? Did you
16   tell Mr. Myers anything about it?
17   A    Yes.
18   Q    What did you say?
19   A    I told him I don't think that's a good
20   idea, that the lighter stuff supposed to be on the
21   floor.
22   Q    And what was his response?

1    A    He said that's how he want it.
2    Q    So did you go ahead and start rearranging
3    things?
4    A    Yes. As he wanted.
5    Q    And how did you move the chemicals and
6    the sand and the snow salt and the other heavy items
7    that were in the storeroom?
8    A    I was using both -- I was using my hands
9    to carry it. You want me to describe it?
10   Q    Yes, please.
11   A    I have to -- can I use this as example?
12   Q    Sure.
13   A    Okay. I have to like bend down like this
14   and put it on my knee because it's very heavy and I
15   go like this. I would do this.
16   Q    And then would you put it on the shelf?
17   A    Yes, I would put it on the shelf.
18   Sometimes with the ladder.
19   Q    Thank you.
20   A    You're welcome.
21   Q    How high was the shelf?
22   A    I don't remember how many steps, but it's

1    long.
2    Q    Was the shelf taller than you are?
3    A    Yes.
4    Q    Could you reach the shelf without a
5    ladder?
6    A    There is some you can reach with that
7    ladder and there is some you cannot reach with that
8    ladder.
9    Q    So there is different heights.
10   A    Yes.
11   Q    There is different shelves.
12   A    Yes, ma'am.
13   Q    How long did you work in the storeroom
14   that day?
15        MR. HOARE: What day are we talking
16   about?
17        MS. EMIG: October 1st, 2004.
18        THE WITNESS: All day.
19        BY MS. EMIG:
20   Q    All day?
21   A    Yes, ma'am.
22   Q    Was anyone in the storeroom with you?

fbf2d5fe-b426-424a-af81-694e2dc0b44b

Page 78

1    MR. HOARE: Objection. Vague.
2  Ambiguous. Assumes facts not in evidence. Without
3  foundation.
4    BY MS. EMIG:
5    Q    You can answer if you understand my
6  question.
7    A    Yes, ma'am. They supervising the
8  employees.
9    Q    How many other supervisors were working
10  on the same shift with you?
11    A    Two others.
12    Q    Do you remember their names?
13    A    Yes, ma'am.
14    Q    What were their names?
15    A    Valerie. Cassandra Wooten. That's all I
16  can remember now.
17    Q    Do you remember where they were working?
18    A    They worked for Aramark.
19    Q    And what were they doing? What were
20  their responsibilities on those days?
21    A    I don't know.
22    Q    Do you know that they were supervising

Page 79

1  employees?
2    A    Yes, I know they were supervising
3  employees.
4    Q    How do you know that?
5    A    Because they told me.
6    Q    Did you speak with them during those
7  first few days?
8    A    Yes.
9    Q    What did they say?
10    A    They approach me first. They say Shola,
11  where are you? We don't see you. And I say I'm in
12  the storeroom.
13    Q    Did they say anything else?
14    A    I don't remember. I don't remember.
15    Q    Did you say anything else?
16    A    I don't remember if I say something to
17  them.
18    Q    Did you return to work the next week at
19  Aramark after those first two days?
20    A    Yes, ma'am.
21    Q    And what shift were you working that next
22  week?

Page 80

1    A    I don't remember. I don't remember the
2  shift.
3    Q    Can we look at Exhibit 5 again?
4    A    Yes, ma'am.
5    Q    If you turn to D0047?
6    MR. HOARE: Tuesday, October 5th.
7    THE WITNESS: Yes, ma'am.
8    BY MS. EMIG:
9    Q    Does this refresh your recollection as to
10  what shift you might have been working?
11    A    Yes, ma'am.
12    Q    What shift were you working on Tuesday,
13  the 5th?
14    A    Morning shift.
15    Q    Okay. And what hours is morning shift?
16    A    Morning shift could be from any time from
17  7 a.m., you know.
18    Q    Do you remember was there an overnight
19  shift?
20    A    I don't remember.
21    Q    Okay, thank you. What were you assigned
22  to do on Tuesday, October 5th?

Page 81

1    A    The same thing I was doing on previous
2  time. In the storage room.
3    Q    Did you meet with Mr. Myers that morning?
4    A    Yes, ma'am.
5    Q    And what did he say that morning?
6    A    The same thing he always said. Follow me
7  to the storage room.
8    Q    And did he stay in the storage room with
9  you all day?
10    A    Sometimes he would go and take a break,
11  go and smoke and come back.
12    Q    But would he spend the majority of his
13  time in the storeroom with you besides for smoke
14  breaks?
15    MR. HOARE: Vague and ambiguous.
16    THE WITNESS: I don't know.
17    BY MS. EMIG:
18    Q    How long were you in the storeroom on
19  Tuesday, October 5th?
20    A    All the time.
21    Q    For the entire shift.
22    A    Yes, ma'am.

Page 82

1    Q    Was anyone else present in the storeroom
2  that day?
3    A    I don't remember, ma'am.
4    Q    How big is the storeroom?
5    A    It's very big.
6    Q    Can you estimate how big it is in either
7  feet or yards or whatever?
8    A    It's very big.  I can't describe it.
9  It's very huge.
10   Q    Were you coming close to finishing
11 reorganizing it?
12       MR. HOARE:  Objection.  Vague and
13 ambiguous.
14       THE WITNESS:  Can you rephrase the
15 question for me, ma'am?
16       BY MS. EMIG:
17   Q    How many days would you think it would
18 take for you to finish reorganizing the storeroom
19 the way Mr. Myers had asked you to reorganize it?
20       MR. HOARE:  It's without foundation.
21       THE WITNESS:  I don't know, ma'am.
22       BY MS. EMIG:

Page 83

1    Q    During the time that you were working in
2  the storeroom with Mr. Myers was he giving you
3  instructions as to how he wanted it organized?
4    A    Yes, ma'am.
5    Q    Would he give you instructions throughout
6  the day?
7    A    Yes, ma'am.
8    Q    Was he moving any of the materials?
9    A    I don't remember.
10   Q    Did he help you move the materials?
11   A    No, ma'am.
12   Q    Who was Chris Cunningham?
13   A    Chris Cunningham, I don't remember his
14 position, but I saw him there too.  I saw him there.
15 Phil introduced him to me.
16   Q    Did he work for Aramark?
17   A    Yes, ma'am.
18   Q    Was he a manager?
19   A    I don't know his position, but he is
20 management type.
21   Q    Did you ever work with Chris Cunningham?
22       MR. HOARE:  Objection.  It's vague,

Page 84

1  ambiguous.
2        BY MS. EMIG:
3    Q    If you understand my question, you can
4  answer it.
5        MR. HOARE:  Same objection.
6        THE WITNESS:  I just walk, I just walk
7  around with him for one day, for a couple of, maybe
8  one hours or two.
9        BY MS. EMIG:
10   Q    So you walked around with -- I'm sorry,
11 I'm just trying to understand -- you walked around
12 with Mr. Cunningham for some time on one day?  Is
13 that what you said?
14   A    Yeah, he came to the storeroom and he
15 asked me if I can follow him to the hall and show
16 him something.
17   Q    Okay.  Do you remember what day that was?
18   A    That would be on the 6th.
19   Q    On the 6th.  How long were you with
20 Mr. Cunningham that day?
21   A    I believe it's like around 11 a.m. for a
22 couple of minutes and he came back and get me for

Page 85

1  some couple of more minutes.
2    Q    Did you have a conversation with
3  Mr. Cunningham?
4    A    Yes, ma'am.
5    Q    Can you describe that conversation?
6        MR. HOARE:  Objection.  Calls for a
7  narrative answer.
8        MS. EMIG:  I'm sorry, what was your
9  objection?
10       MR. HOARE:  It calls for a narrative
11 answer.
12       BY MS. EMIG:
13   Q    If you understand my question, you can
14 answer it.
15   A    Okay.  We were just talking generally
16 about how big is the Convention Center and, you
17 know, he was talking about the storeroom.  He said
18 he never see anything like that.  It's a very huge
19 storage room, the place I was working at with Phil.
20 So I was showing him the emergency doors, the exit
21 doors and, you know, the halls, particularly A hall.
22   Q    A hall, like the letter A?

Page 86

1    A    A, as in apple, hall.
2    Q    Was he asking you questions about the
3  Convention Center?
4    A    Yes.
5    Q    Was he new at the Convention Center?
6    A    He worked for Aramark, yes, ma'am.
7    Q    Had he just recently started working for
8  Aramark at the Convention Center?
9    A    I don't know.
10    Q    Did you talk about anything else?
11    A    Yes.
12    Q    What else did you talk about?
13        MR. HOARE:  Same objection.  It calls for
14  a narrative answer.
15        THE WITNESS:  Talking about the employee
16  that was loafing, like sitting down doing nothing.
17  So he was showing me the employee and he was asking
18  me if I see the employee, and I said yes, I see him
19  sitting down.  He told me to go and tell him to go
20  to work.
21        So I went to go and tell him to go to
22  work, and he got up.  So maybe probably a couple

Page 87

1  minutes.  So I return back to the storage room.  So
2  I was working.  And I believe maybe probably around
3  1:00 again he came back and get me and say Shola,
4  that guy, I saw him, he is still sitting down there.
5  So he want me to follow him again.
6        BY MS. EMIG:
7    Q    And where did he want you to follow him?
8    A    Follow him to the same hall.  And I saw
9  the guy again and I say why are you still sitting
10  down?  So he, Chris Cunningham, told me to tell the
11  supervisor.  So the supervisor, he work with direct,
12  his direct supervisor.  So I went to go and tell the
13  supervisor.  Her name is Juanita Jones.  Because he
14  told me to tell Juanita that Juanita need to get rid
15  of that guy.  And I told Juanita that.
16        I came back to -- Chris was still there
17  and he told me to write, he told me to write
18  something here for Phil Myers.  Told me to write
19  something.  So after I finish giving it to him, then
20  he told me to put supervisor on the -- in between my
21  signature, put supervisor there.
22    Q    Okay.  Who was the employee who was

Page 88

1  loafing?
2    A    His name is Gerry Willis.
3    Q    What was his job?
4    A    I don't know what his job.
5    Q    Was he an employee of Aramark?
6    A    Yes, ma'am.
7    Q    Was he part of your department?
8    A    I'm basically working inside the
9  storeroom so I don't know.
10    Q    Were you a part of housekeeping services
11  at Aramark?
12    A    Yes, ma'am.
13    Q    Was Mr. Willis a part of housekeeping
14  services at Aramark?
15    A    Yes, ma'am.
16    Q    How many conversations did you have with
17  Mr. Willis?
18    A    Just only that back and forth.
19    Q    Just one.
20    A    No.  The first time I told him that he
21  need to get up to go to work.  Then the second time
22  like around maybe 1 p.m. or so that Chris Cunningham

Page 89

1  came back and get me and said the guy is still
2  sitting down there.  So I went back to say, to tell
3  him to get up and start working.
4    Q    Okay.  What did you tell him the first
5  time you spoke with him I think more in the morning
6  around 11 you said?
7    A    Yeah.  I can't remember all the
8  conversation, but I remember I tell him to get up
9  and go on working.
10    Q    What was his response?
11    A    He said yes, sir.
12    Q    And then did you see what he did after
13  that conversation?
14    A    No, ma'am.  Because I went back to the
15  storeroom.
16    Q    You went back to the storeroom.
17    A    Yes, ma'am.
18    Q    Where was he when you had this
19  conversation?
20    A    I believe he's in between A loading dock
21  and the hall.
22    Q    What is Mr. Willis' race?

Page 94

1  A   I don't remember what I said to her.
2  Q   After you spoke with Mr. Willis the
3  second time you indicated that you then spoke with
4  Juanita Jones, his supervisor?
5  A   Yes.
6  Q   Is that correct?
7  A   Yes, ma'am.
8  Q   Do you remember that conversation with
9  Juanita Jones?
10    MR. HOARE:  Asked and answered.
11    BY MS. EMIG:
12  Q   You can answer that.
13  A   That's just what I told you previously.
14  What Chris Cunningham told me to tell.
15  Q   And what was her response?
16  A   I don't remember her response.
17  Q   Do you know whether she spoke with
18  Mr. Willis after your conversation with her?
19  A   I don't know, ma'am.
20  Q   Do you remember anything else about your
21  conversation with Ms. Jones?
22  A   No, ma'am.

Page 95

1    MS. EMIG:  Mark this Exhibit 6.
2      (The document referred to was
3      marked Deposition Exhibit
4      No. 6 for identification.)
5    (Brief pause.)
6    THE WITNESS:  I've seen this.
7    BY MS. EMIG:
8  Q   Have you had a chance to see this?
9  A   I'm just seeing it now.
10  Q   Do you recognize this document?
11  A   No.
12  Q   Have you ever seen this document before?
13  A   No.
14  Q   Did you ever receive this document from
15  Phil Myers?
16  A   No, ma'am.
17  Q   Thank you.
18    Did you ever discuss the incident with
19  Gerald Willis with Mr. Myers?
20  A   I don't remember, no.
21  Q   You don't remember?
22  A   No, ma'am.

Page 96

1  Q   Did you ever discuss it any further with
2  Mr. Cunningham?
3  A   No, ma'am.
4  Q   Mr. Willis, was his employment
5  terminated?
6  A   I don't know.
7  Q   Did you ever ask what had happened?
8  A   No, ma'am.
9  Q   What was your understanding of
10  Mr. Cunningham's instruction to you to get rid of
11  him?  Am I correctly stating the instruction?
12  A   Yes, ma'am.
13  Q   How did you understand that?
14  A   It just a simple and plain English.  He
15  instruct me to tell his supervisor that you need to
16  get rid of this guy.  Instruct to tell the
17  supervisor that.
18  Q   Did that mean to fire him?
19  A   I don't know, maybe that's what they
20  interpreted it to.
21  Q   I'm sorry?
22  A   I said I don't know, maybe that's what it

Page 97

1  means. But that's just the simple English he told
2  me to.
3  Q   Those were the words he used.
4  A   The words he used.
5  Q   What did you think they meant?
6  A   I think probably it meant a lot of stuff.
7  Maybe probably to change where he was working, send
8  him somewhere else, or something of that nature.
9  Q   Did you know what it meant?
10    MR. HOARE:  Objection.  Asked and
11  answered.
12    BY MS. EMIG:
13  Q   You can answer.
14  A   I didn't know.  It could mean a lot of
15  stuff, including firing.
16  Q   Did you ask him what he meant?
17  A   No.
18  Q   Did Juanita ask you what he meant?
19  A   No, ma'am.
20    MS. EMIG:  Exhibit 7.
21      (The document referred to was
22      marked Deposition Exhibit

fbf2d5fe-b426-424a-af81-694e2dc0b44b

Page 114

1  don't know which one.
2       BY MS. EMIG:
3    Q    All right, I will rephrase my question.
4  Were you using forklifts in the storeroom?
5    A    Yes.
6    Q    How were you using forklifts?
7    A    To move the heavy heavy, the pallets, the
8  stuff on the pallets.
9    Q    Had you been using a forklift every day?
10   A    Not when I was with Aramark.
11   Q    Not when you were with Aramark.
12   A    Yeah, not until on that day.
13   Q    Okay.  And when you refer to that day are
14  you referring to October 6, 2004?
15   A    Yes.
16   Q    So October 6th, 2004, was the first day
17  that you used a forklift while you were employed
18  with Aramark.
19   A    Yes.
20   Q    Was the forklift in the storeroom on the
21  previous days that you had been working there?
22   A    I don't -- it is not in the storeroom.

Page 115

1    Q    But on the 6th the forklift was in the
2  storeroom?
3    A    No, ma'am.
4    Q    I thought you said you were using the
5  forklift.
6    A    Right.  I went to --
7         MR. HOARE: Wait for the question.
8         BY MS. EMIG:
9    Q    I'm sorry.  I thought you indicated that
10  you were using the forklift to move pallets in the
11  storeroom on October 6th.
12   A    Yes.
13        MR. HOARE: Okay.
14        BY MS. EMIG:
15   Q    That's correct.
16   A    Yes, ma'am.
17   Q    Okay.  So on October 6th, 2004, there was
18  a forklift in the storeroom, is that correct?
19   A    No, ma'am.
20   Q    Okay.  Where was the forklift?
21   A    It's inside the -- there is a place
22  before we reach the big storeroom.  There is a place

Page 116

1  that we store the equipment, the motorized
2  equipment, and I have the key with me.  So I went to
3  go and get it.
4    Q    Why did you have the key?
5    A    The key is always with me.  Diane gave it
6  to me.  Diane Nelson.
7    Q    And who is Diane Nelson?
8    A    She -- we worked together before.
9    Q    Did you work with her at the Washington
10  Convention Center?
11   A    Yes.
12   Q    Was she an Aramark employee?
13   A    No.
14   Q    Was she a Washington Convention Center
15  employee?
16   A    Yes.
17   Q    Do you know what her position was?
18   A    Supervisor.
19   Q    So you had the key to the forklifts from
20  when you were an employee of the Washington
21  Convention Center.
22   A    Yes.

Page 117

1    Q    Your employment with the Washington
2  Convention Center had ended at this point, is that
3  correct?
4    A    Yes.
5    Q    Did they know that you still had the key?
6         MR. HOARE: Objection.  Calls for
7  speculation.  It's without foundation.
8         BY MS. EMIG:
9    Q    You can answer if you understand my
10  question.
11   A    I don't know.
12   Q    Did they ever ask you to return the key?
13   A    They only told me to return the key to
14  the building.
15   Q    And so you kept the key to the forklift.
16   A    Yes.
17   Q    Who owned the forklift?
18   A    Convention Center.
19   Q    So on October 6th you were working in the
20  storeroom with Phil Myers, is that correct?
21   A    Yes.
22   Q    Was he present in the storeroom?

Page 118

1    A    Yes.
2    Q    And did you go and get the forklift?
3    A    Yes.
4    Q    Did you ask Phil if you could use the
5    forklift?
6    A    I just told Phil that I want to go and
7    get the forklift.
8    Q    And did Phil respond?
9    A    He said okay.
10    Q    Then did you bring the forklift into the
11    storeroom?
12    A    Yes.
13    Q    Were you driving the forklift?
14    A    Yes, ma'am.
15    Q    And did you move anything with the
16    forklift?
17    A    Yes.
18    Q    What were you moving?
19    A    I don't remember, but it's heavy stuff,
20    on the pallet.
21    Q    Was Phil watching you move things with
22    the forklift?

Page 119

1    A    Yes.
2    Q    Was Ms. Nelson watching you move things
3    with the forklift?
4    A    I don't remember.
5    Q    Did you drive forklifts when you were an
6    employee of the Washington Convention Center?
7    A    Yes, ma'am.
8    Q    How often?
9    A    Almost every day.
10    Q    Had you had any conversations with Phil
11    Myers about driving forklifts as an Aramark
12    employee?
13    A    No.
14    Q    Had you had any conversations with anyone
15    at Aramark about driving forklifts?
16    A    No.
17    Q    Were you trained on how to drive a
18    forklift?
19    A    Yes, ma'am.
20    Q    Who trained you?
21    A    Diane Nelson.
22    Q    When?

Page 120

1    A    When I first started working at the
2    Convention Center.
3    Q    Did you tell Mr. Myers that you were
4    authorized to operate a forklift?
5    MR. HOARE:  Objection.  Assumes facts not
6    in evidence.  It is inconsistent with the witness'
7    testimony.
8    BY MS. EMIG:
9    Q    You can answer my question if you
10    understand it.
11    A    I don't remember.
12    Q    Did you tell Mr. Myers that you had been
13    trained to operate a forklift?
14    A    I don't remember.
15    Q    Did Mr. Myers at any point ask you to
16    stop driving the forklift?
17    A    Yes.
18    Q    When did that happen?
19    A    That's when I was operating the forklift
20    and he told me he want to go and smoke, so he showed
21    up with Diane Nelson.
22    Q    And what happened when he showed up with

Page 121

1    Diane Nelson?
2    A    He and Diane have some conversation but I
3    don't know, and he came to me, he said I didn't tell
4    him I'm not supposed to be using a forklift.  And I
5    told him that I've been using the forklift since
6    I've been working with, you know, Washington
7    Convention Center.
8    Q    What was his response?
9    A    He was very angry.
10    Q    How do you know he was angry?
11    A    He was very upset.  It show in his face.
12    He was coming, and I was moving back like this, and
13    I think probably he is going to strike me.
14    Q    You thought he was going to strike you?
15    A    Right.
16    Q    Were you on the forklift at this time?
17    A    Yes, ma'am.
18    Q    When he was talking to you, did you stop
19    the forklift?
20    A    Yes.
21    Q    So you had stopped the forklift.
22    A    Yeah.  I put it on parking brake.

fbf2d5fe-b426-424a-af81-694e2dc0b44b

Page 122

1    Q    Okay. And Mr. Myers approached you in
2  the forklift?
3    A    Yes, ma'am.
4    Q    How close did he get to you?
5    A    Very, very close.
6    Q    And what did he say?
7    A    He raised his voice. He used some verbal
8  language and say why don't you tell me you supposed
9  to be -- you are using the forklift?
10   Q    Did he raise his hand as if to strike
11 you?
12   A    The motion that he was coming, it look
13 like he is going to strike me.
14   Q    Did he strike you?
15   A    He didn't strike me.
16       MS. EMIG: Okay. I think we're running
17 out of time on the tape so we can stop here.
18       THE WITNESS: Okay.
19       THE VIDEO OPERATOR: This is the
20 conclusion of tape two in the deposition of Shola
21 Odeyale. Off the record at 12:51.
22       (Whereupon, at 12:51 p.m., the deposition

Page 123

1  in the above-entitled matter was recessed for lunch,
2  to reconvene at 1:45 p.m. this same day.)
3       - - - - -
4            AFTERNOON SESSION
5              (1:53 p.m.)
6       THE VIDEO OPERATOR: This begins tape
7  three in the deposition of Shola Odeyale. On the
8  record at 1:53.
9       BY MS. EMIG:
10   Q    Mr. Odeyale, before the break we were
11 talking about some events that happened on October
12 6th, 2004, I believe, involving the forklift?
13   A    Yes, ma'am.
14   Q    While you were employed by Aramark did
15 you ever witness any other Aramark employees driving
16 the forklift?
17   A    I can't remember.
18   Q    I'm sorry?
19   A    I don't know.
20   Q    You don't know? I just didn't hear you.
21   A    I don't know.
22   Q    Did Diane Nelson say anything to you

Page 124

1  after you stopped driving the forklift?
2    A    Yes.
3    Q    What did she say?
4    A    She said Shola, you supposed to be
5  certified to be operating the forklift.
6    Q    And were you certified to drive the
7  forklift?
8    A    No.
9    Q    No. Did she ask to take the forklift key
10 back?
11   A    No. Phil Myers.
12   Q    Phil Myers asked you for the key.
13   A    Yes.
14   Q    Did you give it to him?
15   A    Yes.
16   Q    Did this occur on the same day that the
17 incident with Gerald Willis had occurred?
18   A    Yes, ma'am.
19   Q    Did anything happen after you gave
20 Mr. Myers the key back?
21       MR. HOARE: Objection. Vague.
22 Ambiguous. Requires definition. It's without

Page 125

1  limitation as to time or circumstance.
2       BY MS. EMIG:
3    Q    What happened after you gave Mr. Myers
4  the key back?
5       MR. HOARE: Same objection.
6       BY MS. EMIG:
7    Q    You can answer if you understand my
8  question.
9    A    Okay.
10       MR. HOARE: Same objection.
11       THE WITNESS: He walk towards me and
12 raise his voice and he came with the very angry and
13 I think probably he's going to strike me and he was
14 yelling and he say give me the key, give me the key
15 and I gave him the key.
16       BY MS. EMIG:
17   Q    And then did he say anything else?
18   A    I don't remember.
19   Q    Did you return to working after that?
20   A    Yes, ma'am.
21   Q    Did Mr. Myers ever give you any written
22 discipline for this incident?

Page 126

```
1      A    No, ma'am.
2      Q    Did he ever indicate that he was
3  disciplining you in any way?
4           MR. HOARE:  Objection.  Vague.
5  Ambiguous.  Without definition as to time or
6  circumstance.
7           THE WITNESS:  I don't remember that.
8           BY MS. EMIG:
9      Q    Did he ever tell you he was giving you a
10 warning?
11     A    No, ma'am.
12     Q    Was Diane Nelson angry?
13     A    No, ma'am.
14          MR. HOARE:  I will object to that
15 question as vague, ambiguous, and requiring
16 speculation.
17          BY MS. EMIG:
18     Q    Did -- sorry, lost my train of thought.
19          MR. HOARE:  Can't help you.
20          BY MS. EMIG:
21     Q    Do you remember what time of day it was
22 when this happened?
```

Page 127

```
1      A    I don't remember the time, but it's in
2  the afternoon.
3      Q    Was this after you had written the memo
4  about Mr. Willis?
5      A    Yes.
6      Q    Was this the last day that you worked at
7  Aramark?
8      A    Yes, ma'am.
9      Q    How did your employment with Aramark end?
10     A    I was terminated.
11     Q    When did that happen?
12     A    I believe on October the 7th, 2004.
13     Q    Who terminated your employment?
14     A    Mike Noble.
15     Q    Who was Mike Noble?
16     A    I believe by the time he is the general
17 manager.
18     Q    When did you first meet Mr. Noble?
19     A    I don't remember.
20     Q    Had you met him before October 7th?
21     A    Yes.
22     Q    Did you report to work on October 7th?
```

Page 128

```
1      A    No, ma'am.
2      Q    Did you meet with Mr. Noble?
3      A    Yes, ma'am.
4      Q    Why did you meet with Mr. Noble?
5      A    Because I want to complain and report
6  what happened on the previous day, on the 6th.
7      Q    Do you remember what time you met with
8  Mr. Noble?
9      A    I don't remember the time, ma'am.
10     Q    Was it in the morning?
11     A    Yes, ma'am.
12     Q    And what did you tell him?
13     A    I was explaining to him how I've been
14 treated in the storage room.
15     Q    Can you elaborate on what you said, what
16 your more specific complaints were?
17     A    Yes, ma'am.  I told him that I was trying
18 to see you yesterday, that would be October the 6th,
19 but I didn't have a chance to see him and I came
20 back on that following morning on the 7th and I was
21 explaining to him everything that happened.
22     Q    What did you explain to him about what
```

Page 129

```
1  had happened in the storage room?
2      A    I was showing him my forehead, that Phil
3  Myers pushed me from the ladder, like swing me or
4  push me.
5           MR. HOARE:  Phil Myers pushed --
6           THE WITNESS:  Phil Myers pulled me from
7  the ladder and I fell down with the ladder.  I was
8  explaining that to him.  And I say he will never let
9  me go and take my medicine.  I am a diabetes.  I
10 just came back from the sick leave.  So Phil Myers
11 won't let me take my medication.  I beg him almost
12 all the time that I work there.  He didn't let me
13 take my medicine.  My diabetes, my high blood
14 pressure, he did not allow me to go and take my
15 medicine.
16          And I told him, I say he was telling me
17 to be moving all the heavy heavy stuff without any
18 help.  I beg him to give me some more employee to
19 help me to do the job and Phil Myers say no, I have
20 to continue doing that all the time, my work in the
21 storage room, I have to be doing all those stuff,
22 all those work by myself.  And I just came back from
```

Page 130

1  the sick leave.
2      And I told him that he called me sickler,
3  he called me N word, he called me act like a
4  chicken, and some other names that I can't recall.
5  And I explain all that to Mike Noble.
6      Mike Noble said Phil Myers don't like
7  you, he cannot work with you, so you're terminated.
8  And I told him, I said I am very scared because I
9  know you the big boss. You are all of our boss.
10  Because he was introduced to me as the general
11  manager. So I say I am very scared to come to you,
12  to come forward and tell you because I don't, I
13  never experienced something like that, somebody
14  calling me nigger and, you know. And I was very,
15  very hot. And I told him, I say I was crying. And
16  that's it. That's what I can remember now.
17      BY MS. EMIG:
18  Q   I'm sorry. Were you crying when you
19  spoke with Mike Noble?
20  A   Yes.
21  Q   You mentioned that Phil Myers had pulled
22  you off a ladder. When did that happen?

Page 131

1  A   On October the 6th.
2  Q   Do you remember when that day it
3  happened?
4  A   No, ma'am. I believe it's in the
5  afternoon, but I don't remember.
6  Q   Did it happen after you were using the
7  forklift?
8  A   Yes, ma'am, after that.
9  Q   Can you explain to me where you were in
10  the storeroom?
11  A   I was inside the storeroom and there is
12  stuff that I was using with the forklift because he
13  take the key from me, so he didn't let me to use
14  forklift no more, so he told me to go and get the
15  ladder.
16      MR. HOARE: The question is where were
17  you?
18      THE WITNESS: I was inside the storeroom.
19      BY MS. EMIG:
20  Q   After you could no longer use the
21  forklift how were you going about moving things?
22  A   Can I describe it for you?

Page 132

1  Q   Yes.
2      MR. HOARE: Is it the same demonstration
3  you gave us last time?
4      THE WITNESS: Yes.
5      BY MS. EMIG:
6  Q   Oh, no, that's okay, I understand.
7  A   Okay.
8  Q   So after you stopped using the forklift
9  were you on a ladder lifting things?
10  A   Yes. I carry stuff on my head or, you
11  know, I put it away.
12  Q   Okay. How tall was the ladder?
13  A   I can't remember how tall.
14  Q   Do you remember how high on the ladder
15  you were?
16  A   No, ma'am.
17  Q   Can you explain to me how Phil pulled you
18  off the ladder?
19  A   Okay. Phil is a lot, a lot taller than
20  me, so he grab my pant and -- because I didn't know
21  he was behind me. He just let go.
22  Q   So he came up from behind you and grabbed

Page 133

1  your pants?
2  A   No, he was on the floor.
3  Q   Okay. Did you see him approach you?
4  A   Yes.
5  Q   So did he come up alongside of you or did
6  he come up behind you?
7  A   Behind me.
8  Q   How did you see him approach you then?
9  A   Because he was talking to me, he was
10  raising his voice to me and say you this, he was
11  calling me names, and he was saying can you do on
12  time? And can you do on time? And also before
13  that, before I even go on the ladder, he was telling
14  me to look at the letter N, telling me, you know,
15  what is that for? So all that. So I was on the
16  ladder maybe a minute, a minute or something, I
17  don't know, but I was on the ladder.
18  Q   I'm sorry. You said he was saying why
19  can't you do things on time? Is that what he was
20  saying?
21  A   Yes.
22  Q   I'm not sure I understood you correctly

Page 134

1  so please correct me if I'm wrong.
2      A    Okay.  He was just --
3          MR. HOARE:  Do you understand the
4  question?
5          THE WITNESS:  Can you repeat it?
6          BY MS. EMIG:
7      Q    I'm just trying to understand what he was
8  saying to you.  I wasn't sure I understood you
9  correctly the first time.
10     A    He called me nigger, used N word for me
11  nigger, and called me chicken, chicken something
12     Q    And this is while you were on the ladder?
13     A    Before and after.
14     Q    Did you have any idea why he was upset?
15  Or I'm sorry.  Was he raising his voice to you?
16     A    Yes, ma'am.
17     Q    Do you have any idea why he was raising
18  his voice to you?
19         MR. HOARE:  Objection.  Calls for
20  speculation.
21         THE WITNESS:  He is like upset or angry.
22  I don't know.  So I don't know why.

Page 135

1          BY MS. EMIG:
2      Q    Did he tell you what he was upset or
3  angry about?
4      A    No, ma'am.
5      Q    So at some point after you stopped using
6  the forklift, you were on the ladder.
7      A    Yes, ma'am.
8      Q    And Phil approached you and started
9  calling you names.
10     A    He called me names before I used the
11  ladder, before I even used the forklifts too.
12     Q    Were you having a conversation before he
13  started calling you names?
14         MR. HOARE:  Objection.  Vague.
15  Ambiguous.
16         THE WITNESS:  I don't know.  I don't
17  remember.
18         BY MS. EMIG:
19     Q    Did Mr. Myers leave the storeroom after
20  he asked you to stop using the forklift?
21     A    I don't remember.
22     Q    Do you remember how long it was between

Page 136

1  when you stopped using the forklift and when you
2  were on the ladder?
3      A    I don't remember, ma'am.
4      Q    Did the ladder fall over as well?  Did
5  the ladder fall over when Mr. Myers pulled you?
6      A    We landed that way.  We fall down
7  together.
8      Q    How did you land?
9      A    I don't remember how I land.
10     Q    Did you land on your feet?
11     A    No.  I lied, I lied, I lying on the floor
12  with the ladder.
13     Q    Okay.
14     A    I was completely on the floor.
15     Q    Okay.  Were you injured?
16     A    Yes, ma'am.
17     Q    How were you injured?
18     A    I hit my forehead on the shelf and my
19  back too.
20     Q    Did you hit your back on the shelf?
21     A    I don't know if it is on the shelf or on
22  the floor.

Page 137

1      Q    Okay.  But your back was injured as well.
2      A    Yes.
3      Q    Were you bleeding?
4      A    I don't remember, ma'am.
5      Q    Were you unconscious at any point?
6      A    I don't remember.
7      Q    Was anyone in the storeroom when this
8  happened?
9      A    No, ma'am.
10     Q    Did Mr. Myers say anything to you when
11  you were laying on the floor?
12     A    I don't remember if he said anything to
13  me.
14     Q    Did he help you get up?
15     A    No, ma'am.
16     Q    Did you report this incident to anyone on
17  that day?
18     A    Yes.
19     Q    Who did you report it to?
20     A    The security.  The security officer on
21  duty.
22     Q    And who was that?

fbf2d5fe-b426-424a-af81-694e2dc0b44b

Page 138

1    A    Salita Janey.
2    Q    Did you file a written report?
3    A    No, ma'am.
4    Q    You told her about it.
5    A    Yes.
6         MR. HOARE:  Objection.
7         BY MS. EMIG:
8    Q    Did you tell her about it verbally?
9    A    She first tell me that she was hearing
10   somebody is yelling at me, and she saw me and I'm
11   still crying and --
12   Q    So when you went to report it to
13   Ms. Janey --
14        MR. HOARE:  Objection.  Misstates the
15   witness' testimony.
16        MS. EMIG:  Actually I wasn't finished
17   with my question.
18        MR. HOARE:  I apologize.
19        BY MS. EMIG:
20   Q    You indicated that you reported this to
21   Ms. Janey, is that correct?
22   A    Yes.

Page 139

1    Q    What did she tell you after you told her
2    this?
3    A    She said because she was walking towards
4    the storage room, she was walking towards us, she
5    says she was hearing a lot of yelling, loud noise,
6    in the storage room.  And she say who is calling you
7    nigger?  I can hear nigger.  Who is calling you
8    nigger?  And I say Phil.  And she say and he do this
9    to you?  And he was looking at my forehead.  It was
10   still fresh by then.  She said Shola, why did you
11   allow that man to do that to you?  And she was
12   referring to herself as he cannot do this to us.
13   She was referring to herself as African American,
14   that Phil cannot do this to us.  You should have
15   punched him in the face.  And I said no, I would
16   never do that.  And that's it, right there.
17   Q    Did you know or did you see that
18   Ms. Janey was near the storeroom when all this
19   happened?
20   A    When I go out of the storage room, that's
21   when I see her.
22   Q    I see.  So did you report it to anyone

Page 140

1    else in security?
2    A    No, ma'am.
3    Q    Did you report this incident to the
4    police?
5    A    No, ma'am.
6    Q    So after you left the storeroom you saw
7    Ms. Janey and you had this conversation with her.
8    A    Yes, ma'am.
9    Q    Where were you at the time?
10   A    I'm like in between the storage room and
11   the walkway, the entrance that leads to the storage
12   room.
13   Q    Did she say anything else?
14   A    She just say Shola, go to the bathroom
15   and take care of yourself and, you know.
16   Q    Was this incident where Mr. Myers pulled
17   you off the ladder, was that the first time he had
18   physically touched you?
19   A    Yes, ma'am.
20   Q    Was this the first time he had called you
21   a name?
22   A    No, ma'am.

Page 141

1    Q    What other times had he called you names?
2    A    Frequently.
3    Q    What names would he call you?
4    A    I can only remember a few.  Nigger is one
5    that hurt me most.  And because I'm from Nigeria and
6    I'm a U.S. citizen, when he call me that, I told
7    him, I said look it, you are hurting my feelings so
8    bad, it's like you are torturing me, you are torture
9    me, and this is not good, you're doing this to me.
10   I came to this country to have a better life.  And
11   all the time that I've been working, that nobody
12   ever treat me this way.
13   Q    Did he call you that on the first day
14   that you worked there?
15   A    I don't remember.
16   Q    Did he call you that on the second day
17   you were working there?
18   A    I believe so.
19   Q    Did he call you that when you came in on
20   September 30th?
21   A    I don't remember, ma'am.
22   Q    Did anyone ever overhear him call you the

fbf2d5fe-b426-424a-af81-694e2dc0b44b

Page 142

1  N word?
2        MR. HOARE: Objection. Calls for
3  speculation. No foundation.
4        THE WITNESS: I don't know.
5  BY MS. EMIG:
6    Q    Did anyone ever tell you they overheard
7  him call you the N word?
8    A    Yes.
9    Q    And who was that?
10   A    That would be the security officer on
11  patrol, Salita Janey.
12   Q    And when did she tell you that?
13   A    On the 6th. October the 6th, 2004.
14   Q    Was that the same conversation after you
15  had hit your head?
16   A    Yes, ma'am.
17   Q    Did you ever hear Mr. Myers call anyone
18  else by that name?
19   A    No, ma'am.
20        MR. HOARE: Do you want to take a break?
21        THE WITNESS: Maybe.
22        MS. EMIG: Yes, we can take a break if

Page 143

1  you would like.
2        THE VIDEO OPERATOR: Off the record at
3  2:19.
4        (Brief recess.)
5        THE VIDEO OPERATOR: On the record at
6  2:22.
7  BY MS. EMIG:
8    Q    Mr. Odeyale, did you seek medical
9  treatment after the 6th?
10   A    Yes, ma'am.
11   Q    And what doctors did you see?
12   A    Dr. Riley.
13   Q    Did you see any other doctors?
14   A    I don't remember, ma'am.
15   Q    What did you see her for?
16   A    For depression. For my constantly
17  headache. And for my back pain. And other stuff I
18  can't remember.
19   Q    When did you begin experiencing
20  headaches?
21   A    It's like maybe, after like one week or
22  something.

Page 144

1    Q    Did your head injury require stitches?
2    A    No, ma'am.
3    Q    How long was it swollen? Or I'm sorry.
4  Was it swollen? I can't remember if you testified
5  to that.
6    A    Yes, ma'am.
7    Q    How long was it swollen?
8    A    I don't know.
9    Q    You also mentioned you were experiencing
10  back problems?
11   A    Yes, ma'am.
12   Q    What sort of problems?
13   A    Just a sharp pain, like a sharp pain.
14   Q    How far would you estimate that you fell?
15   A    I don't know, ma'am.
16   Q    When Mr. Myers pulled you, was he
17  standing on the ground?
18   A    Yes, ma'am.
19   Q    And where on your pants did he grab you?
20   A    On my -- on my belt.
21   Q    Near your belt?
22   A    Right.

Page 145

1    Q    Did you attempt to talk with Mr. Noble
2  about this incident on the 6th?
3    A    Yes, ma'am.
4    Q    Were you able to speak with him on the
5  6th?
6    A    No, ma'am.
7    Q    Was he in the office or was he at the
8  Convention Center on October 6th do you know?
9    A    No, ma'am.
10   Q    Why were you unable to speak with him?
11        MR. HOARE: Objection. Calls for
12  speculation.
13        THE WITNESS: Because I was trying to see
14  him and the girls in the office told me to come
15  back, that he's busy.
16        BY MS. EMIG:
17   Q    Do you remember who was in the office?
18   A    I don't know, ma'am.
19   Q    Was it more than one person?
20   A    I don't remember.
21   Q    Well, you mentioned girls. Was it women?
22   A    Yes, ma'am.

fbf2d5fe-b426-424a-af81-694e2dc0b44b

Page 170

1  position?
2    A  Yes, ma'am. Working in the storage room,
3  moving heavy stuff, so that's not what I was doing
4  at the Convention Center.
5    Q  Were you permanently assigned to work in
6  the storeroom for Aramark?
7    A  That's where Phil Myers put me
8  permanently.
9    Q  Did he ever tell you that you would
10  continue to work there on a long-term basis?
11    A  No, ma'am.
12    Q  Is it possible that you were just being
13  asked to work there during the first week?
14    MR. HOARE: Objection. Calls for
15  speculation. Without foundation.
16    THE WITNESS: I don't know.
17    BY MS. EMIG:
18    Q  Had you ever been asked to organize the
19  storeroom when you were employed with the Convention
20  Center?
21    A  I am the one that make that decision that
22  the storeroom need to be reorganized.

Page 171

1    Q  And you had decided how it would be
2  organized, correct?
3    A  Yes, ma'am.
4    Q  Was anyone else asked to organize the
5  storeroom --
6    MR. HOARE: Calls for speculation.
7    BY MS. EMIG:
8    Q  -- at Aramark?
9    MR. HOARE: Calls for speculation. Lack
10  of foundation.
11    THE WITNESS: No, ma'am.
12    BY MS. EMIG:
13    Q  Do you know whether anyone else has been
14  asked to organize the storeroom?
15    A  I don't know, ma'am.
16    Q  Was Chris Cunningham ever in the
17  storeroom with you?
18    A  Yes, ma'am.
19    Q  What was he doing in the storeroom?
20    A  He came back and get me to follow him to
21  the hall.
22    Q  Did he ever do any work in the storeroom?

Page 172

1    A  Not that -- no, ma'am. I don't know.
2    Q  Did he ever move any of the items in the
3  storeroom?
4    A  I don't know, ma'am.
5    Q  Did you ever witness him move any of the
6  items in the storeroom?
7    A  No, ma'am.
8    Q  Do you believe that you were asked to
9  work in the storeroom because of your race?
10    A  I don't know.
11    Q  Did you ever raise your concerns about
12  your job responsibilities and specifically your
13  assignment to the storeroom with Mr. Myers?
14    A  Yes, ma'am.
15    Q  When was that?
16    A  I don't remember the date. But I've
17  talked to him about it. I don't remember the date.
18    Q  What did you tell him?
19    A  I told him that what I'm doing now is not
20  the job description that I'm doing for Convention
21  Center and he need to read the agreement between the
22  Convention Center and the Aramark before they get

Page 173

1  the contract and what the Convention Center tell
2  them on the paper that the supervisor, you know,
3  will be doing or employees will be doing. Like the
4  people that were transferred to the Aramark, we
5  supposed to have our job, what we are doing before
6  at the Convention Center. So we would be doing the
7  same thing for the Aramark.
8    Q  How did Mr. Myers respond?
9    A  He was raising his voice on me.
10    Q  After you said this to him?
11    A  Yes.
12    Q  Do you remember what he said?
13    A  He calling me names. He told me you do
14  as I told you to do. You have to listen to me. You
15  do it how I want it to be. I don't care what the
16  Convention Center. This is not the Convention
17  Center. This is Aramark right now. So you do
18  whatever I ask you to do.
19    Q  Did you raise these concerns with him on
20  more than one occasion?
21    A  Yes, ma'am.
22    Q  How many times?

1    A    I told him, I say it's like you tortured
2 me. You don't let me take my medicine. I just came
3 back from my -- from sick leave. I didn't take no
4 medicine and my doctor say I have to take this
5 twice, or three times a day. So I said well, you
6 didn't let me do it. I beg him. I say can you let
7 me go and take a water, quickly? Or let me have --
8 because I dose medicine. It's one that I have to
9 take with food. On my lunch. Please, Phil. I
10 talked to Phil. Phil, please, let me go and eat a
11 little bit of food.
12        He did not let me take my 15 minutes
13 break, he did not let me take nothing, but I need to
14 take my medicine. I just came back. You know I
15 just came back from my sick leave. Please. I'm
16 begging him. I beg you, Phil, please, don't kill
17 me. Let me go and take medicine.
18        He said medicine? I show it to him. I
19 wrap it in the paper towel. I show it to him. I
20 have to take this. He said no no no. You listen to
21 me. N word. Go and do your job. Go and do this.
22 I don't care. And I was sweating. He say I don't

1 care.
2    Q    Do you remember what medicine it was that
3 you needed to take?
4    A    The most important thing, one of them is
5 I think Metformin.
6    Q    What does that treat?
7    A    My diabetes.
8    Q    And how many times a day would you take
9 it?
10    A    Twice a day.
11    Q    Would you take it in the morning and then
12 in the evening?
13    A    Yes, ma'am.
14    Q    So would there be one time during work
15 when you would need to take it?
16    A    Sometimes. But all the time that I work
17 for him, I have to take the two, right there,
18 because he didn't let me go home on time. And the
19 time I supposed to take my medicine, I would tell
20 him let me go and take my medicine, he would say no.
21    Q    So when you were working, on the days
22 that you worked from 2:30 to 11:30, what time did

1 you need to take your medicine?
2    A    I take it in the morning.
3    Q    So you would take it once in the morning.
4    A    Yes.
5    Q    At home?
6    A    Yes.
7    Q    And then when would you take the second
8 dose?
9    A    After four, five hours.
10    Q    So while you were at work?
11    A    Yes.
12    Q    Did you get a lunch break on those days?
13    A    He didn't let me go no lunch break.
14    Q    He didn't let you take a lunch break at
15 all.
16    A    Frequently. Maybe only -- maybe I took
17 lunch maybe only one time.
18    Q    Okay. Do you remember taking lunch the
19 first day?
20    A    No, ma'am.
21    Q    Do you remember taking lunch the second
22 day?

1    A    I don't remember which day I took lunch.
2    Q    Okay. But you think out of the four days
3 you worked you only received a lunch break one day
4    A    Yes.
5    Q    Would you be permitted to take breaks to
6 go to the bathroom?
7    A    Yeah. But as a supervisor, I don't have
8 to tell him I'm going to the bathroom or I want to
9 take a medicine, because my job before is to monitor
10 the employees, make sure they do what they are
11 supposed to be doing, walking around the building,
12 checking on the employees. But when I was working
13 with Phil Myers, it was like he confined me into the
14 storage room.
15    Q    Would he let you leave to go to the
16 bathroom?
17    A    I don't remember.
18    Q    How many times during those four days did
19 you ask to take breaks to take your medication?
20    A    I believe it's two times.
21    Q    Two times?
22    A    Yes.

Page 178

1    Q    And both times he said no?
2    A    He said no.
3    Q    Were you able to take the medicine
4  without taking a break?
5    A    I don't remember.
6    Q    Did you become sick?
7    A    Yes.
8    Q    As a result of not taking the medicine?
9    A    Yes.
10    Q    What happened?
11    A    I was sweating so much.  And I told him I
12  was sick.  So he said you're a sickler.  He said
13  you're a sickler and called me other names.
14  Chicken.  You don't have no strength.  Something
15  like that.
16    Q    What does sickler mean?
17        MR. HOARE:  Objection.  Calls for
18  speculation.
19        THE WITNESS:  As I know, I think sickler
20  means somebody who is sick, of that nature.
21        BY MS. EMIG:
22    Q    Just so I understand, Mr. Myers was in

Page 179

1  the storeroom with you all four days?
2    A    Yes, ma'am.
3    Q    What would he do in the storeroom?
4    A    He was just giving the instruction to me.
5    Q    Did he ever leave the storeroom?
6    A    Yes, ma'am.  Sometimes.
7    Q    For how long?
8    A    I don't remember.
9    Q    Did you report the fact that you were not
10  able to take breaks to take your medication to
11  Mr. Noble?
12    A    I don't remember because I was really
13  afraid of him.
14    Q    One of your claims in your complaint is a
15  retaliation claim.  Do you believe that Aramark
16  retaliated against you?
17        MR. HOARE:  Objection.  Calls for a legal
18  conclusion.
19        THE WITNESS:  I don't know.
20        BY MS. EMIG:
21    Q    Do you believe that Mr. Noble terminated
22  you or terminated your employment because you had

Page 180

1  complained about Phil Myers?
2        MR. HOARE:  Calls for speculation.
3        THE WITNESS:  I think so.
4        BY MS. EMIG:
5    Q    Do you believe that Mr. Noble terminated
6  your employment because of your race?
7        MR. HOARE:  Same objection.
8        THE WITNESS:  I don't know.
9        BY MS. EMIG:
10    Q    Do you understand my question?
11    A    Yes, ma'am.
12    Q    Could you explain to me then in your own
13  words what acts you feel were racially
14  discriminatory?
15        MR. HOARE:  Calls for a legal conclusion.
16        THE WITNESS:  I don't know.
17        BY MS. EMIG:
18    Q    Do you understand my question?
19    A    Not very well.
20    Q    Could you tell me all the things, all the
21  reasons, all the things that Aramark did to you that
22  you believe were based on your race.

Page 181

1    A    Calling me nigger.  Calling me African
2  chicken.  Telling me to be looking at the letter N
3  on the boxes.  So he told me to be looking at those
4  letter and tell him what the N stand for, N means.
5  And I told him, I say the letter N stand for
6  Nigeria, Nancy, New York, and something like that.
7  And Phil Myers told me no, you didn't get it.  You
8  didn't get the popular one in America, dummy.  He is
9  referring to me.  He said you dummy, you don't know
10  what the N stand for.  You telling me you live in
11  America for a long time.  You don't know what the
12  letter N stand for?  Letter N stand for nigger, man.
13  Nigger.  It's nigger.  So the way to pronounce it.
14  He said what did I say?  I said you say N.  So he
15  say no, I want you to say it.  Then I was crying.  I
16  said no, I'm not going to say it.  Then I was
17  crying.
18        I said this is tortured.  You are
19  torturing me.  I've been working for Convention
20  Center almost four years.  I've never experienced
21  something like this, inside the Convention Center,
22  in America too, and America of today.  I am very