IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CIVIL ACTION NO. 1:05cv02250 RMC

SHOLA ODEYALE, )
)
       Plaintiff, )
)
vs. )
)
ARAMARK MANAGEMENT SERVICES )
LIMITED PARTNERSHIP, )
)
       Defendant. )
_____)

D E P O S I T I O N

OF

**CHRISTOPHER M. CUNNINGHAM**

At Charlotte, North Carolina

Wednesday, December 13, 2006



REPORTER:   VONDA L. REED, CVR
                Notary Public

**REED & ASSOCIATES**
2401 Whirlaway Court
Matthews, NC 28105
(704) 844-6198


PLAINTIFF'S EXHIBIT 2

1  Q.  Did Mr. Noble?
2  A.  I would assume he would have, because he would have
3      been in charge of that facility directly.  That would
4      have been his account.
5  Q.  Would he have answered to Mr. Myers?
6  A.  Yes.
7  Q.  Did you have any difficulty with Mr. Odeyale?
8  A.  None that I can remember.
9  Q.  Did you consider Mr. Odeyale to be a supervisor?
10 A.  I can't remember his title.
11 Q.  Did he supervise any employees?
12 A.  He was at least a lead, I think.
13         MR. HOARE:  Excuse me.  Let's go off the
14             record for a minute.
15         (Discussion off the record)
16         (Plaintiff's Exhibit 1 is marked.)
17 Q.  Mr. Cunningham, I'm going to hand you what has been
18     marked as Plaintiff's Exhibit 1.  Do you recognize
19     the compilation of documents?  And it's a four-page
20     compilation of sign-in sheets containing October 1st,
21     October 2nd, October 5th, and October 6th.  Do you
22     recognize that compilation of documents?
23 A.  10/1, 10/2, 10/5, and 10/6, yes.
24 Q.  Does your handwriting appear on any of those sheets?
25 A.  No.