## DECLARATION OF SELITA JANEY

I, Selita Janey, state as follows:

During my shift (2:30 p.m.-11:30 p.m.) on or about October 5, 6 or 7, 2004, while doing my security rounds, I heard an exchange between Shola Odeyale and Phil Myers.

I heard Mr. Myers call Mr. Obeyale a "nigger" in a loud voice.

I did not hear Mr. Obeyale raise his voice during the exchange.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2004.

Selita Janey

PLAINTIFF'S
EXHIBIT
3