```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3
 4   _____
 5   SHOLA ODEYALE,
 6              Plaintiff,
 7       v.                        Civil Action
 8   ARAMARK MANAGEMENT SERVICES    No. 1:05cv02250RMC
 9   LIMITED PARTNERSHIP,
10              Defendant.
11   _____
12
13            DEPOSITION OF PHILLIP MYERS
14
15
16              November 29, 2006
17              Richmond, Virginia
18
19
20
21
22            HALASZ REPORTING & VIDEO
23               P. O. Box 1644
                 Richmond, VA 23218-1644
24               (804) 741-5215
25   Reported by: Cynthia G. Shortlidge, RPR
```

```
 1                    I N D E X
 2   Deponent:        Examination by:        Page:
 3   Phillip Myers    Mr. Hoare              4
 4                    Ms. Emig               97
 5                    Mr. Hoare              100
 6
 7
 8
 9                    E X H I B I T S
10   Myers Depo.
11   Exhibit No.:     Description:           Page:
12      1             Proposal Book          26
13      2             Job Description        40
14      3             Job Description        41
15      4             Correspondence prepared 70
16                    by Phillip Myers
```

PLAINTIFF'S EXHIBIT 5

```
 1       Deposition of PHILLIP MYERS, taken by and before
 2   Cynthia G. Shortlidge, Notary Public in and for the
 3   Commonwealth of Virginia at large, pursuant to Rule 4:5 of
 4   the Rules of the Supreme Court of Virginia, and by Notice to
 5   take Deposition, commencing at 10:30 a.m., November 29,
 6   2006, at the Medical College of Virginia CSC Building, 1201
 7   East Marshall Street, Richmond, Virginia 23219.
 8
 9   Appearances:
10       MICHAEL J. HOARE, P.C.
         BY:  MICHAEL J. HOARE, ESQUIRE
11       attorney, of counsel for the plaintiff
         (1101 14th Street, N.W., Suite 710,
12           Washington, DC 20005-5601)
13       MORGAN, LEWIS & BOCKIUS
         BY:  KATHERINE J. EMIG, ESQUIRE
14       attorney, of counsel for the defendant
         (1111 Pennsylvania Avenue, NW,
15           Washington, DC 20004)
```

```
 1                    PHILLIP MYERS
 2       was sworn and deposed as follows:
 3                    EXAMINATION
 4   BY MR. HOARE:
 5   Q   All right Mr. Myers, would you please identify
 6   yourself for the record?  State your full name, your your
 7   home address and telephone number.
 8   A   Okay, Phillip, D as in David, Myers, M-y-e-r-s.
 9   Home address is 5613 Trail Ride, two words, Drive, Moseley,
10   M-o-s-e-l-e-y, Virginia, 23120.
11   Q   And your home phone number?
12   A   Area code, now you're going to test me, we're
13   new to the area so forgive me.  804-632-0060.
14   Q   Thank you.
15       How old are you, sir?
16   A   Fifty-two.
17   Q   Fifty-two?
18       And how tall are you?
19   A   Six foot.
20   Q   And what is your educational background?  Can
21   you briefly outline it for me since graduation from high
22   school?
23   A   High school graduate, approximately two years of
24   miscellaneous classes but no degree.
25   Q   Where did you attend high school?
```

1   A  I was district manager of that location.
2   Q  And were you supervising people?
3   A  Yes.
4   Q  What were your duties and responsibilities?
5   A  As outlined in our contract when we began on
6 October 1st would be all the cleaning of that facility and
7 sidewalks and grounds.
8   Q  Interior and exterior?
9   A  Yes.
10  Q  Were there other persons responsible also for
11 cleaning the facility?
12  A  Labor work force and our leadership team.
13  Q  Labor work force and the --
14  A  Leadership team, which would be supervisors and
15 managers.
16  Q  I see, okay.
17      And the labor work force would have an in-house
18 labor work force?
19  A  There were, I can't recall the quantity of
20 employees that worked directly for the Convention Center,
21 but there was a group of grandfathered employees that
22 supported our business in the office locations there, but
23 everyone else was placed on Aramark payroll effective
24 October 1st.
25  Q  Some people responsible for cleaning the

1 Convention Center were on the Convention Center payroll?
2   A  On October first?
3   Q  Yes.
4   A  Yes, there was a small amount.  It was greater
5 than ten but less than 15.
6   Q  And what was the size of your work force, ball
7 park?
8   A  One hundred people.
9   Q  Okay.
10  A  Temporary people would come and go depending on
11 the shows.  So there were some full-time permanents, but
12 most of the staff would come and go as the work would
13 require.
14  Q  So were you responsible for set-up as well as
15 housekeeping?
16  A  Yes, I was totally accountable for that startup
17 business until I exited.
18  Q  Were you -- I'm using setup in the context of
19 what I believe is the term used to describe the work force
20 within the Convention Center that actually puts up the walls
21 and helps set the tables and all that.
22  A  No, no, we would not have the responsibility of
23 the exhibit halls, if that's your question.
24  Q  You would not have the responsibility?
25  A  Of the exhibit hall.

1   Q  Okay, except to clean them?
2   A  After, post the show.
3   Q  All right, Mr. Odeyale, do you recall him from
4 your stint in Washington, D.C.?
5   A  Yes.
6   Q  Okay.  What area of the Convention Center so far
7 as you were concerned was he working?
8   A  I don't believe he had a geographic area.
9   Q  Was there a particular area in which he worked?
10  A  During the time of my interaction, which was one
11 week, he was in a relief supervisory capacity.  That's what
12 he was recruited to be by me.  And he would be a
13 supervisor, the role he was going to become if a supervisor
14 was off he would fill in to do whatever their specific roles
15 may have been that particular off day, which meant different
16 shifts potentially and different duties each and every day.
17  Q  All right.  And did you anticipate that Mr.
18 Odeyale would be relieving supervisory personnel who were
19 directly responsible for housekeepers?
20  A  Yes.
21  Q  Did that ever happen?
22  A  Not during the course of the first week of the
23 startup.
24  Q  Did he work during the course of the first week?
25  A  Yes.

1   Q  Where did he work?
2   A  At first he worked with general setup of our
3 startup which were the supply lines, meaning our store room
4 spaces where we had equipment and supplies.  As I recall
5 that was the primary focus during the course of that first
6 week or four or five days that he worked on site.
7   Q  What do you mean by general setup in that
8 context?
9   A  When we started the business the client, meaning
10 the Convention Center, had supplies that were in these
11 warehouses and store rooms.  The day that we took the
12 business contract we were able to move and organize their
13 inventory and either A, replace it with our organization in
14 such a means that would be functional to us to assist the
15 operation logistically.
16  Q  And then where was that inventory stored?
17  A  Most likely it was in the same room.  I don't
18 know if items truly left there and were disbursed to
19 different store rooms.  I think there was some of that.
20  Q  What was that room called?
21  A  The warehouse.  There were other supply rooms.
22 I can't remember any names or numbers.  We had one large
23 area and multiple smaller areas.
24  Q  And the large area was called the warehouse?
25  A  That's my name.  I can't tell you the name of

| | |
|---|---|
| 1 that. | 1    Q  Temporary housekeeping office? |
| 2    Q  And the smaller areas were called? | 2    A  Yes. |
| 3    A  Housekeeping store rooms. | 3    Q  What time of the day did the conversation take |
| 4    Q  What did you store in those rooms, the smaller | 4 place? |
| 5 ones? | 5    A  I can't recollect if it was in the morning -- |
| 6    A  Equipment, chemicals, disposable items, paper | 6    Q  You can't tell me whether it was in the morning |
| 7 towels, plastic bags. What I mean by disposable, cleaning | 7 or in the afternoon? |
| 8 supplies, anything doing with the housekeeping function. | 8    A  No, sir, this has been over two years ago. |
| 9    Q  All right, and did you store different things in | 9    Q  Was anyone else present? |
| 10 the larger area? | 10   A  Yes. |
| 11   A  Maybe larger volume of the same types of items. | 11   Q  Who? |
| 12 I believe part of that warehouse could have had items that | 12   A  Mike Noble. |
| 13 belonged to the Convention Center. It was not just our | 13   Q  Mr. Noble's title was? |
| 14 warehouse, so as I remember there were Convention Center | 14   A  General manager of our housekeeping department. |
| 15 items, goods that they had or whatever. They were not | 15   Q  How long did the meeting last? |
| 16 related to our business. | 16   A  I can't recollect. It was not very lengthy. |
| 17   Q  You indicated that Mr. Odeyale was there for a | 17 Maybe ten minutes, maybe. |
| 18 week. Is that correct? | 18   Q  Who initiated the meeting? |
| 19   A  That's correct. | 19   A  I recollect that we spoke on the phone. I can't |
| 20   Q  Is that a seven day week? | 20 recall. I would have to -- again, some of the documents |
| 21   A  To my recollection his first start day with | 21 that we dealt with I don't know if I talked to him the |
| 22 Aramark would have been a Friday, October 1st, and he | 22 previous day or if we spoke that morning. I can't recall. |
| 23 resigned his position verbally to myself on or about the 6th | 23   Q  You don't remember how the meeting started? |
| 24 or 7th, 8th of October, whatever that Thursday, Friday was | 24   A  The meeting basically started when Shola showed |
| 25 the following week. | 25 up. I don't know if we had a preset time or it was a |

| | |
|---|---|
| 1    Q  Was it on Thursday or Friday? | 1 walk-in event or I had some documents to review. And as we |
| 2    A  I'd have to look at the document, sir. I can't | 2 started to talk about the documents we did not complete that |
| 3 remember the actual day that he had told me he was quitting | 3 conversation when as I recall he just basically informed me |
| 4 and no longer wanted the job. | 4 of his resigning the position and quitting. |
| 5    Q  What documents would you look at? | 5    Q  Which documents did you have? |
| 6    A  There were some documents that were issues were | 6    A  I had some documents that were the performance |
| 7 arising, some timelines that were issued from myself to | 7 issues that had been taking place during the course of the |
| 8 help. I can't recall the three or four that were | 8 last two business days. |
| 9 performance issues were happening that I would have to look | 9    Q  Did you show him these documents? |
| 10 at to see what day he actually told me he resigned or quit. | 10   A  I believe so. |
| 11   Q  Is there a document that indicates that he told | 11   Q  So you had documents, you showed them to him? |
| 12 you that he resigned or quit? | 12   A  Yes. |
| 13   A  One of those would be reflective of my last | 13   Q  Did you discuss them with him? |
| 14 conversation with him, yes. | 14   A  Yes, I believe we did. I mean we went to a |
| 15   Q  Okay. What was the nature of the last | 15 certain point when the meeting was ceasing and in his |
| 16 conversation you had with him? | 16 frustration threw his hands up and informed me that he was |
| 17   A  Primarily we were dealing with some issues that | 17 quitting his employment with Aramark. |
| 18 had happened the previous day or so. We had some | 18   Q  So when you say I believe he did, you mean by |
| 19 performance issues and the nature of the conversation played | 19 that that you don't know whether or not he did? |
| 20 out very quickly. The meeting did not last long as I | 20   A  I know I was in the process of completing |
| 21 remember where he said he quit. He said I resign, I no | 21 whatever documents I had, and either we went completely |
| 22 longer want to work here and walked out of the office. | 22 through those or we were near the end, we had covered what |
| 23   Q  Where did that conversation take place? | 23 the issues were and to me it appeared that either the |
| 24   A  In the temporary housekeeping office located | 24 meeting, again this is over two and a half years ago, so as |
| 25 next to the warehouse I've been referring to. | 25 the meeting concluded either I completed that, reviewed |

1 these documents and then he informed me he quit or we were
2 through the process near the end of these documents when he
3 had heard enough, one of the two. But it was an
4 abrupt decision that he reported to me that he was
5 resigning.
6     Q   All right. Have you reviewed those documents?
7     A   Recently?
8     Q   Yes.
9     A   Yes.
10    Q   In anticipation of this deposition?
11    A   That's right. Katherine had notified me and I
12 had been away from these things.
13    Q   When did you review them?
14    A   This morning.
15    Q   All right, do you remember anything that Mr.
16 Odeyale said to you?
17        MS. EMIG: At what time?
18        MR. HOARE: During that meeting.
19    Q   Let me rephrase the question because I didn't
20 want to confuse you.
21        We're still talking about this meeting that
22 you're describing that you had with Mr. Odeyale on Thursday
23 or Friday of the last work week that he was at the
24 Convention Center. And my question to you is: Do you
25 remember anything that he said to you?

1     A   I remember distinctly his resigning and
2 quitting. That I can recall.
3     Q   Can you recall anything else?
4     A   No, sir, I cannot. And as we went through the
5 documents I don't know if there was any exchange or any
6 reaction or response from him. I can't recall.
7     Q   Okay.
8         Other than what Mr. Odeyale said to you which
9 you cannot recall, do you recall what you said to Mr.
10 Odeyale?
11    A   The only things I would have had conversations
12 about is the content of those memorandums from me.
13    Q   Do you recall what you said to him?
14    A   I would have more read the items. If I had
15 those I'm sure we covered it and I would have mostly, again,
16 reviewed the content of what it was saying. Did we veer off
17 of that? I can't recall.
18    Q   Okay. Did Mr. Noble have any contribution in
19 this conversation?
20    A   None whatsoever.
21    Q   What was he doing there?
22    A   He was starting that week as the general manager
23 so he was new on site, and during the course of that
24 particular week Mike's responsibilities were to be a client
25 and understanding the management, so Mike's focus was

1 directly that of understanding the Convention Center
2 specifically away from the day-to-day startup operations
3 which I was managing. So Mike was primarily there as a
4 witness and being the general manager that would go on in
5 the future.
6     Q   In what context do you use the term witness?
7     A   Being present. Number one I think could have
8 the first time, and I don't recall that he met Shola during
9 the course of the week. I don't know how much, if any,
10 interaction they had previous to that day. But it was
11 imperative because my stint of starting up the business was
12 going to be short, being defined in weeks, if you will, that
13 Mike was going to be resident general manager of this
14 business on a daily basis.
15    Q   Did you use the term witness in the context that
16 you wanted him available to observe what happened between
17 you and Mr. Odeyale?
18    A   No, sir, just mostly being present because he
19 was going to be the general manager, he would be in complete
20 charge of this facility in my absence.
21    Q   And in that context what value would it have
22 been for him to observe your interaction with Mr. Odeyale on
23 that particular occasion?
24    A   Well, I think the items that we were referring
25 to were performance issues that needed to be at Mike's

1 attention. Mike's role was to be there daily in his job.
2 He would be accountable for the day-to-day operations. I
3 felt that Mike needed to, number one, either meet Shola for
4 the first time, second, be aware of the events that have
5 been transpiring over the course of the last couple of days,
6 which I'm not certain, but most likely the day or two before
7 I would have tried to keep Mike staffed if there was
8 something significant going on I would have shared it.
9         So Mike was going to be the general manager of
10 this location when I was to exit, so he needed to be
11 involved with decisions that were going to affect him in the
12 future and to potentially meet Shola for the first time.
13    Q   Did you introduce Mike Noble to other employees?
14    A   During the course of that first week?
15    Q   Yes.
16    A   At times, sure.
17    Q   Did you take him around and introduce him to the
18 hundred employees who were working there?
19    A   Not necessarily the hundred. I think Mike would
20 be present on clock-in times when all the employees would be
21 reporting. I recall him being at the table and observing
22 multiple times during the first few days of his employment
23 with Aramark he would meet people, yes, I would introduce
24 him to people. He potentially could have met Shola through
25 the course of that week. I can't remember. There was

```
1    A  Yes.
2    Q  Do you have a writing relating to that?
3    A  A writing submitted from him of his resignation?
4    Q  Of your meeting with Mr. Odeyale?
5    A  No, sir, I have no anecdotal note or anything
6 with me, no.
7    Q  You didn't create anything relating to that
8 event?
9    A  Other than these documents, no.
10   Q  Now, we're talking now specifically, sir, about
11 the event you say occurred on October 7th of 2004 when Mr.
12 Odeyale came in in response to your telephone call which is
13 outlined on page 23 of exhibit four and you say he resigned.
14   A  Uh-huh.
15   Q  Now, with reference to that resignation meeting,
16 we'll use your term resignation, you don't have any writings
17 related to that meeting?
18   A  There was after he had informed me of this
19 decision then I prepared one more document.
20   Q  What document was that?
21   A  That would be in exhibit four where I mailed to
22 his home clarify what he said to me and sent it certified
23 mail.
24   Q  Where is that, please?
25   A  It would be your document number 24.

1    Q  Did you type that up?
2    A  Yes, I did.
3    Q  Did you sign it?
4    A  No, I did not.
5    Q  Did you put your name on it?
6    A  No, I did not.  The original document I believe
7 was signed by Mike Noble.
8    Q  Where is the original document?
9    A  I don't know, it's not here.
10   Q  But you have an original document signed by
11 Mike?
12   A  I do not, I would reflect that Mike would have
13 signed it.  I don't see that here in the stack.
14   Q  Do you know where it is?
15   A  No, sir.
16   Q  In the ordinary course Mike Noble would have
17 signed this?
18   A  Yes.
19   Q  Why?
20   A  He was fully aware based on the events that
21 happened that morning to have this passed he was apprised on
22 and what we were meeting about the future.
23   Q  My question to you is why would he sign the
24 document.
25   A  At that juncture Mike was a party of all of

1 these pieces.  This was the first time Mike's been brought
2 into it.
3    Q  Now, Mike was your subordinate, is that correct?
4    A  That's correct.
5    Q  You typed correspondence for Michael Noble?
6    A  That's correct.
7    Q  And anything else, any other explanations as to
8 why Mike Noble would sign this?
9    A  Other than Mike was fully brought up to speed
10 that morning and was joining us at that meeting to talk
11 about the call-in procedures and things.  I requested his
12 presence and I requested Mike's presence, not knowing that
13 this was going to be an outcome of that meeting.
14   Q  Sir, explain to me why if you typed this letter
15 you didn't type also your name and you sign it.
16   A  I can't answer that.
17   Q  You don't have an explanation?
18   A  No, sir.
19   Q  What is your explanation for your assertion here
20 in this letter that your final paycheck will be available on
21 Friday, October 22nd?
22   A  What is my assertion?
23   Q  What is your explanation for that assertion?
24   A  That would be the next payday that would have
25 been there when the employees were fired, time earned

1 through a given pay period.
2    Q  Do you know when in fact Mr. Odeyale was paid
3 his final paycheck?
4    A  No, sir, I don't know that.
5    Q  Where did you get information that he would be
6 paid on October 22nd?
7    A  I would have known when pay days would have
8 occurred by starting the business there or confirmed that
9 with HR there as this situation unfolded.
10   Q  All right, did you ever hear from Mr. Odeyale in
11 response to this letter that you wrote from Mr. Noble?
12   A  No, sir.  I do recall information coming back, I
13 believe I recollect that things, you know, this was mailed
14 and sent and I want to believe that items returned at some
15 point before I subsequently left on the 22nd or 24th, it was
16 returned postage or no one at that address.
17   Q  Okay.  On this Exhibit page 24 of Exhibit four,
18 does your writing appear on that exhibit any place?
19   A  Yes.
20   Q  Where?
21   A  The anecdotal note that's here, mailed 10-12-04.
22   Q  And what about the receipt, does your
23 handwriting appear on the mail receipt?
24   A  No, sir, that is not my writing.
25   Q  Who addressed the envelope to Mr. Odeyale?
```