**ARAMARK Facility Services** — **PEOPLE INFORMATION FORM** — Please Print Clearly

- ☒ New Hire (A,B,C,D,E,H)
- ☐ Separation (A,F,H)
- ☐ Address/Phone Change (A,D,H)
- ☐ LOA –Complete Application
- ☐ Rehire (A,B,C,D,E,H)
- ☐ Transfer (A,C,D,E,H)
- ☐ Tax Change (A,D,H)
- ☐ Salary Modification (A,C,H)
- ☐ Job Data Change (A,C,D,E,H)
- ☐ Other

File No: 
Paygroup: YJG

| A. EFFECTIVE DATE: 10/1/04 | Last Name: Odeyale | First Name: Ololade | MI: S | SSN: 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 | EMPID: |
|---|---|---|---|---|---|

| B. PERSONAL DATA | Nickname: | Date of Birth: 2/2/62 | C. JOB DATA | Action: HIR= Hire | Reason: HIR-Hire |
|---|---|---|---|---|---|

Street 1: 2818 6th Street NE

| Company: 005 | Fac. # / Cost Ctr: 006091 | Service: 002 | Facility State: WADC |
|---|---|---|---|

Street 2:   Home Phone: 202-832-7995

Fac. Name: Washington D.C. Convention Center
Fac. Phone #:

City: Washington   State (Res): DC   Zip Code: 20017

Job Code: HCMS

Resident County:
(PA) Municipality Required:

Res. Sch. Dist.:
Ohio must fill out an IT-4 Form
Listing Sch. Dist. Name & No.

Job Title - Salary Band:

Gender: M ☒ F ☐
Marital Status: ☒ Married ☐ Single
Ethnic Group: Black

☒ FT (30 hrs wk or >)   ☐ PT (<30 hrs wk)

Spouse's Name (First, MI, Last):   Military Status: CLICK HERE

☐ Regular   ☐ (temp <6 mon)

☐ Hrly ☐ Day   Scheduled Hrs/Wk: 40

Emergency Contact Name, Phone #, & Relationship:
Joke Odeyale 202-425-6499

☐ Sal (exempt)   ☒ Sal (non-exempt)

| Rate of Pay, Per: Annual ☐ Hr ☒ Day ☐ | Reason 1: CLICK HERE | Reason 2: CLICK HERE |
|---|---|---|

Disabled? ☐   Disabled Veteran? ☐   Disability Status: CLICK HERE

Current Rate of Pay: $ 18.89   New Rate of Pay 1: $   New Rate of Pay 2: $

If Rehire/Separation Date:   Highest Education Level: A=Not Indicated

Prev. Amt Inc (Dec) $   Amt Inc (Dec) $   Amt Inc (Dec) $

Union: Yes ☐   Start Date: 10/01/2004

Prev. Pay Chng. % % Inc (Dec)   % Inc (Dec)   % Inc (Dec)

Union Dues: $   Union Health & Welfare $   Date of Last Change:   Next Salary Review Date:

WOTC: ☐ Yes ☐ No   Contact: Name:   Date Called: Conf. #:

Performance: CLICK HERE   Promotability: CLICK HERE

| D. TAX DATA | Former Work State: | AGPA – Amt. Per Month: | AGPA End Date: |
|---|---|---|---|

Fed W/H: Exemptions: 2   $     %
Marital Status: ☒ Married ☐ Single

| E. LABOR ALLOCATION | Fac. # / Cost Cntr: | Service: |
|---|---|---|

State W/H: Exemptions: 2   $     %
Marital Status: ☒ Married ☐ Single

ALA Date:   ALA Percentage:   ALA: ☐ Activate ☐ Remove

**F. FOR SEPARATIONS ONLY**   Action: CLICK HERE   Reason: CLICK HERE   Last Date Worked:

Company property returned: Yes ☐ No ☐
If No, Explain:

Employee Money Outstanding: Yes ☐ No ☐
Amount? $

Reason for Money Outstanding:
Relocation ☐   Education ☐

Will Contest Unemployment Benefits? Yes ☐ No ☐
Would you Rehire? Yes ☐ No ☐
Exit Interview? Yes ☐ No ☐
Severance Requires Agreement to be submitted to the Payroll Department
Wks Basic     Wks Enhanced
Vac. Days Due:

**G. FOR HR USE ONLY**   Hired from Competitor:

Referral Source: CLICK HERE
Background Check Yes ☐ No ☐
Drug Testing to be Set Up? Yes ☐ No ☐
Is Relo Required? Yes ☐ No ☐
Sign on Bonus $

Packet Sent to:   Recruiter:   Referring Employee:

**H. APPROVALS**

Initiator/Immediate Manager - Name/Signature/Date/Phone:   2nd Level Approval - Name/Signature/Date:   Payroll H

Human Resources - Name/Signature/Date:
Jessica Fentress 9/30/04

Employee - Signature/Date:

PLAINTIFF'S EXHIBIT 6

D0030