```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

Postage              $   $0.60
Certified Fee            $2.30
Return Reciept Fee       $1.75
(Endorsement Required)
Restricted Delivery Fee  $0.00
(Endorsement Required)
Total Postage & Fees $   $4.65            10/12/2004

Sent To
    MR. OLOLADE ODEYALE
Street, Apt. No.;
or PO Box No.  2818 6th Street NE
City, State, ZIP+4
               20017

PS Form 3800, June 2002              See Reverse for Instructions
```

MN*D*
10/12/04

'K

Dear Shola,

In follow-up to our meeting on Friday, October 8, 2004, you expressed your intent to resign your position with ARAMARK effective immediately. I have also enclosed the following documents in which you refused to sign or take with you when you walked out of my office.

Verbal Counseling Dated 10/6/04
Written Warning Dated 10/6/04
Call in Procedures Dated 10/7/04

Your final pay check will be available on Friday, October 22, 2004. At that time, please return your uniforms issued you on September 30, 2004. I wish you the best of luck in your future endeavors.

Michael Noble
Resident General Manager
D.C. Convention Center

PLAINTIFF'S
EXHIBIT
7

D0024