IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHOLA ODEYALE**<br><br>**Plaintiff,**<br><br>v.<br><br>**ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,**<br><br>**Defendant.** | **Civil Action No. 1:05CV02250 RMC** |

**DEFENDANT'S RESPONSE TO
THE COURT'S ORDER TO SHOW CAUSE**

Defendant ARAMARK Management Services Limited Partnership ("AMSLP" or "Defendant"), by and through its undersigned counsel, respectfully submits this response in accordance with the Court's October 3, 2007 order to show cause why the instant case should not be remanded to D.C. Superior Court for lack of subject matter jurisdiction.

Diversity jurisdiction is proper in this matter under 28 U.S.C. § 1332 because complete diversity exists between the parties.  As set out more fully in the affidavit of Lilly Dorsa, Corporate Paralegal for ARAMARK, neither AMSLP nor any of its general or limited partners are citizens of the District of Columbia.  *See* Affidavit of Lilly Dorsa attached hereto as Ex. A. As of October 6, 2005, the date on which the instant complaint was filed, AMSLP was a partnership organized and existing under the laws of the State of Delaware with its principal place of business in Illinois.[1]  *See* Ex. A at ¶ 2.   AMSLP is and was 99 percent owned by ARAMARK Corporation.  *Id.* at ¶ 3.  As of October 6, 2005 and continuing today, ARAMARK

---

[1] In Defendant's Notice of Filing of Removal, Defendant averred that AMSLP's principal place of business was Pennsylvania.  The correct principal place of business as of October 6, 2005, is Illinois, as indicated in the affidavit of Lilly Dorsa.  *See* Ex. A.  The current principal place of business of AMSLP is Pennsylvania.  *Id.* at ¶ 2.  Regardless, because Plaintiff is not a citizen of either Pennsylvania or Illinois, this does not affect the Court's jurisdictional analysis.

Corporation is incorporated under the laws of Delaware with its principal place of business in Pennsylvania. *Id.* at ¶ 5. AMSLP is and was 1 percent owned by ARAMARK SMMS, LLC, a limited liability corporation. *Id*. at ¶ 3. As of October 6, 2005, ARAMARK SMMS, LLC was formed under the laws of Delaware, with its principal place of business in Illinois.[2] *Id.* at ¶ 6. ARAMARK SMMS, LLC, is 100 percent owned by ARAMARK Corporation. *Id.* at ¶ 6. There are no other general or limited partners of AMSLP. *Id.* at ¶ 4.

Plaintiff is a resident of the District of Columbia. *See* Complaint. Because none of the general and limited partners of AMSLP are citizens of the District of Columbia, complete diversity exists and therefore, jurisdiction is proper before this Court.

WHEREFORE, for the foregoing reasons, ARAMARK respectfully requests that the Court retain jurisdiction over this matter.

Respectfully submitted:

\_\_\_\_/s Katherine J. Emig_____
Grace E. Speights (D.C. Bar No. 392091)
Katherine J. Emig (D.C. Bar No. 496410)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 739-3000
Fax: (202) 739-3001

*Counsel for Defendant*
*ARAMARK Management Services Limited Partnership*

Dated: October 11, 2007

---

[2] Its principal place of business is now Pennsylvania. *Id.* at ¶ 6.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed electronically a copy of the foregoing Defendant's Notice In Response To The Court's Order To Show Cause, this 11th day of October, 2007, upon counsel for Plaintiff:

>Michael J. Hoare, Esq.
>Michael J. Hoare, P.C.
>1101 14th Street, N.W., Suite 710
>Washington DC 20005

>/s/ Katherine J. Emig
>Katherine J. Emig