# EXHIBIT A

# AFFIDAVIT OF LILLY DORSA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHOLA ODEYALE<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>Defendant. | Civil Action No. 1:05CV02250 RMC |

### AFFIDAVIT OF LILLY DORSA

I, Lilly Dorsa, being duly sworn, attest to the following:

1. I am a Corporate Paralegal with responsibility for maintaining the corporate records for the parents, subsidiaries and affiliates of ARAMARK Management Services Limited Partnership ("AMSLP"). As such, I have personal knowledge of the facts described in this affidavit.

2. As of October 6, 2005, AMSLP was a partnership organized and existing under the laws of the State of Delaware with its principal place of business in Illinois. Its principal place of business is now Pennsylvania.

3. From October 6, 2005 to the present, AMSLP was and is 99% owned by ARAMARK Corporation and 1% owned by ARAMARK SMMS, LLC.

4. From October 6, 2005 to the present, ARAMARK Corporation and ARAMARK SMMS, LLC have been the only general and limited partners of AMSLP.

5. From October 6, 2005 to the present, ARAMARK Corporation has been a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Pennsylvania.

1-WA/2839496.1

6. As of October 6, 2005, ARAMARK SMMS, LLC was a limited liability corporation that was organized and existing under the laws of the State of Delaware, with its principal place of business in Illinois. Its principal place of business is now Pennsylvania. Since October 6, 2005, ARAMARK SMMS, LLC has been 100% owned by ARAMARK Corporation. As indicated above, ARAMARK Corporation is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Pennsylvania.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on October 11 2007.

*Lilly Dorsa*

City/County of Philadelphia

Sworn to and subscribed before me
on this 11th day of October 2007.

*Mattie B. Wilson*
Notary Public
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Mattie B. Wilson, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Oct. 28, 2009

Member, Pennsylvania Association of Notaries