UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHOLA ODEYALE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 05-2250 (RMC) |
| ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's motion to for partial summary judgment [Dkt. #18] is **GRANTED in part and DENIED in part**; and it is

**FURTHER ORDERED** that the hostile work environment claim is **DISMISSED**. Count I (discriminatory discharge), Count II (retaliation), and Count III (violation of D.C. Payment and Collection of Wages Act) remain at issue.

**SO ORDERED.**

Date:   October 29, 2007          _____/s/_____
                                                                ROSEMARY M. COLLYER
                                                                United States District Judge