UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHOLA ODEYALE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:05cv02250 RMC |
| ARAMARK MANAGEMENT SERVS. LIMITED PARTNERSHIP, | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT**

COMES NOW Plaintiff Shola Odeyale, and moves this honorable Court to reconsider part of its ruling granting partial summary judgment to Defendant in this case. On October 29, 2007, this Honorable Court dismissed Plaintiff's claim for hostile work environment under the D.C. Human Rights Act as stated in Count 1 of the Complaint. Plaintiff respectfully moves for reconsideration of this Order and to alter or amend the judgment under Fed. R. Civ. P. Rule 59(e).

A memorandum of points and authorities is filed herewith setting forth the reason this motion should be granted.

WHEREFORE, Plaintiff respectfully moves that this Honorable Court alter or amend the judgment and reinstate his hostile work environment claim. A proposed Order is attached.

Respectfully submitted,

____/s/ _____
Michael J. Hoare [D.C. Bar No. 206979]
Michael J. Hoare, P.C.
1101 14th Street, NW, Suite 710
Washington, DC 20005
202.408.7901
202.408.7903 (fax)
Attorney for Plaintiff