UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| SHOLA ODEYALE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05cv02250 RMC |
| | ) |
| ARAMARK MANAGEMENT SERVS. LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Plaintiff's Motion to Alter or Amend Judgment, and any opposition thereto, and for good cause shown, it is this _____ day of _____, 2007

ORDERED that the motion is GRANTED.  Count 1 of Plaintiff's Complaint, alleging race-based hostile work environment in violation of the District of Columbia Human Rights Act, is hereby reinstated.

_____
Judge Rosemary M. Collyer