UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **SHOLA ODEYALE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2250 (RMC) |
| | ) | |
| **ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Having been advised that this action has been settled, it is hereby

**ORDERED** that this case is **DISMISSED**. The dismissal shall be without prejudice for a period of 45 days from the date of this Order. If settlement is not consummated within that 45-day period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed *with* prejudice.

**SO ORDERED.**


Dated: February 27, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge